UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARC H. FISHMAN,

                              Plaintiff,

              -against-

CITY OF NEW ROCHELLE, ET AL.,

                              Defendants.

19-CV-0265 (CM)

ORDER DENYING IFP APPLICATION

COLLEEN McMAHON, Chief United States District Judge:

Leave to proceed in this Court without prepayment of fees is denied because Plaintiff has sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $400.00 in fees – a $350.00 filing fee and a $50.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice.

The Clerk of Court is directed to assign this action to my docket, mail a copy of this order to Plaintiff, and note service on the docket.

SO ORDERED.

Dated:    January 10, 2019
          New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge