# Marc Fishman
## 3200 Netherland Avenue
## Apartment G
## Bronx, NY 10463
## (914) 837 – 3209
## Facsimile (347) 843 - 6894

Via Hand Delivery

January 22, 2019

Honorary Judge Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Chambers Room 2550
New York, NY 10007

Re: 19-CV-00265-CM
    Request for Service Papers
    Fishman vs. New Rochelle et,al.

Dear Honorable Judge McMahon:

Per my conversation with your staff last week, please send me a service order and service papers so I can have defendants served.

The $400 filing fee was paid per your request the same day you asked for it a couple of weeks ago.

Defendants continue to discriminate against me in violation of title two of the ada and Rehabilitation act.

Thank you for your assistance.

Very Truly Yours,

Marc Fishman, Pro Se
Plaintiff,

C:     Donna Drumm, ADA Advocate