UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MARC H. FISHMAN, Individually and on behalf of
other similarly situated,

                            Plaintiff,

                                                  <u>AFFIDAVIT OF SERVICE</u>
  -against-                                        Case No. 19 CV 265


CITY OF NEW ROCHELLE; WESTCHESTER COUNTY, POLICE OFFICER LANE
SCHLESINGER, SHIELD No.1058; POLICE DETECTIVE W. JOSEPH, SHIELD No.18;
and POLICE COMMISSIONER JOSEPH F. SCHALLER
                         Defendants.
------------------------------------------------------------------------X
STATE OF NEW YORK            )
                            )ss.:
COUNTY OF WESTCHESTER    )

       The undersigned deponent, being duly sworn deposes and says that said deponent is not a
party to this action, is over the age of eighteen years and resides in New Fairfield, CT.  Deponent
served the within process as follows:

Process Served: SUMMONS IN CIVIL ACTION & COMPLAINT
Party Served: CITY OF NEW ROCHELLE
Party Accepting Service: MARIE PAPA, Secretary to the Corporation Counsel.
Location of Service: 515 North Avenue, New Rochelle, NY 10801
Date of Service: 3/1/2019              Time of Service:    3:10PM.
An approximate description of the person served with process listed herein:
Sex:  F           Skin Color:  White           Hair:  Black
Height: 5'6"          Weight:  135lbs           Age:  35-45

Deponent further states that the within process was served in the following manner:

By delivering to and leaving with the above-named person who is an agent of said
corporation/business.

                                        EFRAIM RAMOS

Sworn to before me on this
5th Day of March 2019

_____
Notary Public



CHRISTOPHER R. BLOCK
Notary Public, State of New York
No. 02BL6228131
Qualified in Suffolk County
Commission Expires September 27, 20_2 2_