UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
MARC H. FISHMAN, Individually and on behalf of
other similarly situated,

                           Plaintiff,

                                                                            AFFIDAVIT OF SERVICE
-against-                                                       Case No. 19 CV 265


CITY OF NEW ROCHELLE; WESTCHESTER COUNTY, POLICE OFFICER LANE
SCHLESINGER, SHIELD No.1058; POLICE DETECTIVE W. JOSEPH, SHIELD No.18;
and POLICE COMMISSIONER JOSEPH F. SCHALLER
                           Defendants.
---------------------------------------------------------------------X
STATE OF NEW YORK              )
                                     )ss.:
COUNTY OF WESTCHESTER  )

       The undersigned deponent, being duly sworn deposes and says that said deponent is not a party to this action, is over the age of eighteen years and resides in New Fairfield, CT. Deponent served the within process as follows:

Process Served: SUMMONS IN CIVIL ACTION & COMPLAINT
Party Served: POLICE OFFICER LANE SCHLESINGER, SHIELD No.1058.
POLICE DETECTIVE W. JOSEPH, SHIELD No.18.
POLICE COMMISSIONER JOSEPH F. SCHALLER.
Party Accepting Service: LIANE DIMEGLIO, authorized to accept service by Captain Rosenberg
Location of Service: 475 North Avenue, New Rochelle, NY 10801
Date of Service: 3/1/2019               Time of Service:   3:00PM.
An approximate description of the person served with process listed herein:
Sex:  F              Skin Color: **White**             Hair:  **Black**
Height: **5'3"**      Weight: **120lbs**             Age:  **24-34**

Deponent states that the person served reviewed the Summons & Complaint with Captain Rosenberg who then told me Mrs. DiMeglio is authorized to accept services for all 3 above defendants.
Deponent further states that the within process was served in the following manner:
By delivering to and leaving with the above-named person who is an agent of said corporation/business.

                                                EFRAIM RAMOS

Sworn to before me on this
5th Day of March 2019

_____
Notary Public

                          CHRISTOPHER R. BLOCK
                    Notary Public, State of New York
                            No. 02BL6228131
                       Qualified in Suffolk County
            Commission Expires September 27, 2022



RECEIVED
MAR 05 2019
U.S.D.C.
WP