UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARC H. FISHMAN, Individually and on behalf of
other similarly situated,

                        Plaintiff,

                                                                        AFFIDAVIT OF SERVICE
-against-                                                          Case No. 19 CV 265

CITY OF NEW ROCHELLE; WESTCHESTER COUNTY, POLICE OFFICER LANE
SCHLESINGER, SHIELD No.1058; POLICE DETECTIVE W. JOSEPH, SHIELD No.18;
and POLICE COMMISSIONER JOSEPH F. SCHALLER
                       Defendants.
-------------------------------------------------------------------X
STATE OF NEW YORK              )
                                      )ss.:
COUNTY OF WESTCHESTER    )

       The undersigned deponent, being duly sworn deposes and says that said deponent is not a party to this action, is over the age of eighteen years and resides in New Fairfield, CT. Deponent served the within process as follows:

Process Served: SUMMONS IN CIVIL ACTION & COMPLAINT
Party Served: WESTCHESTER COUNTY
Party Accepting Service: VICTORIA LASCOLA
Location of Service: 800 Michaelian Office Building, 148 Martine Avenue, 6th Floor
White Plains, New York 10601
Date of Service: 3/1/2019                  Time of Service:    1:50PM.
An approximate description of the person served with process listed herein:
Sex:   F         Skin Color: White                     Hair:  Black
Height:  5'5"     Weight: 150lbs                     Age:   45-55

Deponent further states that the within process was served in the following manner:

By delivering to and leaving with the above named person who is an agent of said corporation/business.

                                                   EFRAIM RAMOS

Sworn to before me on this
5th Day of March 2019

_____
Notary Public

                      CHRISTOPHER R. BLOCK
                   Notary Public, State of New York
                          No. 02BL6228131
                     Qualified in Suffolk County
            Commission Expires September 27, 20_22_



RECEIVED MAR 05 2019 USDC WP