AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Marc H. Fishman <br> *Plaintiff* <br> v. <br> City of New Rochelle et al. <br> *Defendant* | ) ) ) ) ) Case No.   19-CV-265 (NSR) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of New Rochelle, Lane Schlesinger, Joseph F. Schaller and Myron Joseph (s/h/a "W. Joseph")

Date: 03/21/2019

*Attorney's signature*

Lalit K. Loomba
*Printed name and bar number*

Wilson, Elser, Moskowitz, Edelman & Dicker LLP
1133 Westchester Avenue
White Plains, NY 10604

*Address*

lalit.loomba@wilsonelser.com
*E-mail address*

(914) 323-7000
*Telephone number*

(914) 323-7001
*FAX number*