UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED

------------------------------------------------------------------x
MARC H. FISHMAN,

                       Plaintiff,

**NOTICE OF APPEARANCE**

**19 CIV 265 (NSR)**

   -against-

CITY OF NEW ROCHELLE, WESTCHESTER
COUNTY et al.

                     Defendants.
------------------------------------------------------------------x

     **PLEASE TAKE NOTICE** that John M. Nonna, Westchester County Attorney, by

Taryn A. Chapman-Langrin, Sr. Assistant County Attorney, of Counsel, hereby appears as

Counsel to Defendant, the County of Westchester, in the above-captioned action.

Dated: White Plains, New York
       October 17, 2019

                              JOHN M. NONNA
                              Westchester County Attorney
                              Attorney for County Defendants

                              By:_____/s/_____
                              TARYN A. CHAPMAN-LANGRIN
                              (TC1221)
                               Sr. Assistant County Attorney
                                  of Counsel
                              600 Michaelian Office Building
                              148 Martine Avenue
                              White Plains, New York 10601
                              (914) 995-2684

To:   Marc Fishman
       3200 Netherland Ave. Apt. G
       Bronx, New York 10463

       Lalit K. Loomba Esq.
       Wilson, Elser, Moskowitz, Edelman & Dicker LLP
       1133 Westchester Avenue
       White Plains, New York 10604

## AFFIDAVIT OF SERVICE BY REGULAR MAIL

STATE OF NEW YORK        )
                                          ss.:
COUNTY OF WESTCHESTER )

ELLEN A. TROTTA being duly sworn, deposes and says:

I am not a party to this action; I am over 18 years of age; I am employed in White Plains, New York.

On October 17, 2019, I served one copy of the within *Notice of Appearance*

**(Re: Fishman v. City of New Rochelle, et al. – 19CIV265 (NSR))** on the following:

Marc Fishman
3200 Netherland Ave., Apt. G
Bronx, NY 10463

Lalit K. Loomba, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
1133 Westchester Avenue
White Plains, NY 10604

being the address designated for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, regular mail in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

ELLEN A. TROTTA

Sworn to before me this 17th day of October 2019

NOTARY PUBLIC

NAILE HOXHAJ
Notary Public, State of New York
No. 01HO6131068
Qualified in Putnam County
Commission Expires July 25, 2021