UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------- x
MARC FISHMAN, INDIVIDUALLY, and on behalf of all others similarly situated,

                       Plaintiff,

-against-

CITY OF NEW ROCHELLE, New Rochelle Police Department, LANE SCHLESINGER, individually and in his administrative and official capacity as a police officer #1058 employed by the City of New Rochelle, JOSEPH F. SCHALLER, individually, and in his administrative and official capacity as a police commissioner/officer employed by the City of New Rochelle, and W. JOSEPH, individually, and in his administrative and official capacity as a police officer/detective #18 employed by the City of New Rochelle, and WESTCHESTER COUNTY,

                       Defendants.
-------------------------------------------------------------------------------- x

Docket No. 19 CV 265 (NSR)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK     }
                            } ss:
COUNTY OF WESTCHESTER }

     I, Cathy Carter, being duly sworn, deposes and says: I am not a party to the action, am over the age of 18 years of age. On June 2, 2020, I served the within **MEMORANDUM ENDORSEMENT,** by depositing a true copy thereof enclosed in a postpaid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

                        Marc H. Fishman, Pro Se
                        3200 Netherland Avenue, Apt. G
                        Bronx, NY  10463

                                            s/  *Cathy Carter*
                                            Cathy Carter

Sworn to before me this
2nd day of June, 2020

*Lalit K. Loomba*

LALIT K. LOOMBA
Notary Public, State of New York
No. 60-5006806
Qualified in Westchester County
Commission Expires Jan. 11, 2023

8292213v.1