UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MARC H. FISHMAN,

                      Plaintiff,                    **DECLARATION**

    -against-                                  **19 CIV 265 (NSR)**

CITY OF NEW ROCHELLE, WESTCHESTER
COUNTY, et al.

                      Defendants.
------------------------------------------------------------------x

**TARYN A. CHAPMAN-LANGRIN,** an Attorney duly admitted to practice before the United States District Court for the Southern District of New York, declares pursuant to 28 U.S.C. § 1746:

1.    I am an Associate County Attorney in the Office of John M. Nonna, Westchester County Attorney, Statutory Attorney for the County of Westchester, (hereinafter "County Defendant") in the above-captioned action. I submit this Declaration in support of the County Defendant's Motion to Dismiss the Complaint.

2.    Attached to this Declaration as **Exhibit A** is a copy of the Complaint filed by Plaintiff, *pro se* on or about January 8, 2019, as noted on the face of the Complaint.

3.    A copy of this Declaration, County Defendant's Notice of Motion, and the supporting Memorandum of Law are being served on Plaintiff at the below address.

4.    In accordance with Local Civil Rule 12.1, a copy of "Notice to *Pro Se* Litigant Who Opposes a Rule 12 Motion Supported by Matters Outside the Pleadings" is being served upon the *pro se* Plaintiff at the below address.

5.    Plaintiff is being provided with copies of the unpublished opinions cited in the Memorandum of Law.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on July 17, 2020
White Plains, New York

**JOHN M. NONNA**
Westchester County Attorney
*Counsel for the County Defendant*

By: Taryn A. Chapman-Langrin
Associate County Attorney
148 Martine Avenue, Suite 600
White Plains, New York 10601
(914) 995-2684

TO:   Marc Fishman
      3200 Netherland Ave., Apt. G
      Bronx, NY 10463

      Lalit K. Loomba, Esq.
      Wilson Elser Moskowitz Edelman & Dicker, LLP
      1133 Westchester Avenue
      White Plains, NY 10604