WILSON, ELSER, MOSKOWITZ
ELDEMAN & DICKER, LLP
Attorneys for the City Defendants
1133 Westchester Avenue
White Plains, NY 10604
(914) 323-7000
Attn: Peter A. Meisels, Esq.
      Lalit K. Loomba, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------- x

MARC FISHMAN, INDIVIDUALLY, and on behalf of all others similarly situated,

                    Plaintiff,

    -against-

CITY OF NEW ROCHELLE, New Rochelle Police Department, LANE SCHLESINGER, individually and in his administrative and official capacity as a police officer #1058 employed by the City of New Rochelle, JOSEPH F. SCHALLER, individually, and in his administrative and official capacity as a police commissioner/officer employed by the City of New Rochelle, and W. JOSEPH, individually, and in his administrative and official capacity as a police officer/detective #18 employed by the City of New Rochelle, and WESTCHESTER COUNTY,

                    Defendants.

------------------------------------------------------------------------------- x

Docket No. 19 CV 265 (NSR)

CITY DEFENDANTS' NOTICE OF MOTION TO DISMISS COMPLAINT

TO:   MARC H. FISHMAN, *Pro Se*
       3200 Netherland Avenue, Apt. G
       Bronx, NY 10463

      PLEASE TAKE NOTICE that, upon the annexed notice to pro se litigant who opposes a Rule 12 motion supported by matters outside the pleadings dated July 17, 2020; the annexed declaration of Lalit K. Loomba, dated July 17, 2020; the accompanying memorandum of law dated July 17, 2020; and all the prior proceedings herein, defendants City of New Rochelle, Police Commissioner Joseph Schaller, Sgt. Myron Joseph (s/h/a as "W. Joseph"); and Police Officer Lane Schlesinger (collectively, the "City Defendants"), will move this Court, before the

-1-

8293850v.1

Hon. Nelson S. Roman, on September 16, 2020, or on such other date as the Court may determine, for an Order, pursuant to Rule 12(b)(2), Rule 12(b)(5) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing plaintiff's complaint with prejudice, and for such other, different and further relief as the Court in its discretion may deem just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to the briefing schedule established by order of the Court, opposition to the within motion must be served (but not filed) on the undersigned on September 1, 2020, and reply papers must be served on September 16, 2020. All papers are to be electronically filed on September 16, 2020.

Dated:   White Plains, New York
         July 17, 2020

                                            Respectfully submitted,

                                            WILSON, ELSER, MOSKOWITZ,
                                            EDELMAN & DICKER LLP
                                            Attorneys for the City Defendants

                                            */s/ Lalit K. Loomba*

                                            _____
                                            Peter A. Meisels
                                            Lalit K. Loomba

                                            1133 Westchester Avenue
                                            White Plains, NY 10604
                                            (914) 323-7000
                                            Our File No.  07367.00109

Certificate of Service

      Lalit K. Loomba, an attorney admitted to practice law before the Courts of the State of New York and the United States District Court for the Southern District of New York, hereby certifies, under penalty of perjury, that on July 17, 2020, I caused the within document entitled "**THE CITY DEFENDANTS' NOTICE OF MOTION TO DISMISS**" and all documents annexed thereto, to be served on:

| MARC H. FISHMAN, *Pro Se*<br>3200 Netherland Avenue, Apt. G<br>Bronx, NY  10463 | OFFICE OF THE WESTCHESTER COUNTY ATTORNEY<br>Attorneys for Defendant Westchester County<br>148 Maritime Avenue, 6th Floor<br>White Plains, NY  10601<br>(914) 995-2684<br>Attn:  Taryn A. Chapman-Langrin, Esq. |
|---|---|

at the address(es) designated by said attorney(s) for that purpose by causing to be deposited a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                                */s/ Lalit K. Loomba*

                                        _____
                                        Lalit K. Loomba