**eJusticeNY** INTEGRATED JUSTICE PORTAL

People » Driving Records » License Check  |+| Feedback

Drivers License

# NYS Order of Protection Detail

## Caveat Text
** DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER - ORDER IS ENFORCEABLE **

## Order of Protection
- **MKE:** FINAL
- **Court ORI:** NY059023J - WESTCHESTER COUNTY FAMILY COURT
- **Court Type:** FC
- **Law Enforcement ORI:** NY0590000 - WESTCHESTER COUNTY DEPARTMENT OF PUBLIC SAFETY 914-864-7701
- **Court Order Number:** 2017-003868
- **Docket Number:** O-07850-14/14A
- **Family Unit:** 131794   **Family:** TRUE
- **Service Required:** FALSE   **Court Advised:** TRUE
- **Warrant Returned:** FALSE   **Brady:** TRUE
- **Judge:** SCHAUER, MICHELLE I
- **Issued:** 06/27/2017   **Served:** 06/27/2017   **Expires:** 06/27/2019
- **Served Date:**   **Time:**

## Order of Protection Against
- **Name:** FISHMAN, MARC H
- **Birth Date:**
- **Sex:** MALE   **Race:** WHITE
- **Height:** 6 ft. 01 in.   **Weight:** 250 lbs.
- **Eye Color:** HAZ   **Hair Color:** BRO
- **SSN:**
- **Term Details:**

*Dec 7th cancelled*

## Party Requesting Order

**NOTE: Requesting Party is Also a Protected Person**
- **Name:** SOLOMON, JENNIFER S
- **Birth Date:**
- **Sex:** FEMALE   **Race:** WHITE
- **SSN:**
- **Term Details:**

REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT, STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION, CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY, COERCION OR ANY CRIMINAL OFFENSE AGAINST JENNIFER S SOLOMON (DOB: ); (02)
REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL, VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH JENNIFER S SOLOMON (DOB: ) BY ANY MEANS, INCLUDING THROUGH THIRD PARTIES; (14)
STAY AWAY FROM THE PERSON : JENNIFER S SOLOMON (DOB: ); (1A)
STAY AWAY FROM THE HOME OF : THE HOME OF JENNIFER S SOLOMON (DOB: ); (1B)
STAY AWAY FROM THE PLACE OF EMPLOYMENT OF : THE PLACE OF EMPLOYMENT OF JENNIFER S SOLOMON (DOB: ) AT THE CHATSWORTH SCHOOL, INCLUDING THE CHATSWORTH SCHOOL GROUNDS; (1E)

## Caveat Text
** DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER - ORDER IS ENFORCEABLE **

## Order of Protection

                              **MKE:** FINAL
                   **Court ORI:** NY059023J - WESTCHESTER COUNTY FAMILY COURT
                   **Court Type:** FC
 **Law Enforcement ORI:** NY0590000 - WESTCHESTER COUNTY DEPARTMENT OF PUBLIC SAFETY
                                    914-864-7701
  **Court Order Number:** 2017-003870
       **Docket Number:** O-07850-14/15D
         **Family Unit:** 131794  **Family:** TRUE
  **Service Required:** FALSE  **Court Advised:** TRUE
   **Warrant Returned:** FALSE  **Brady:** TRUE
              **Judge:** SCHAUER, MICHELLE I
             **Issued:** 06/27/2017  **Served:** 06/27/2017  **Expires:** 06/27/2019
     **Served Date:**  **Time:**

## Order of Protection Against

     **Name:** FISHMAN, MARC H
**Birth Date:** ▇▇▇▇▇▇
      **Sex:** MALE      **Race:** WHITE
  **Height:** 6 ft. 01 in.  **Weight:** 250 lbs.
 **Eye Color:** HAZ    **Hair Color:** BRO
      **SSN:** ▇▇▇▇▇▇
**Term Details:**


## Party Requesting Order

**NOTE: Requesting Party is Also a Protected Person**
     **Name:** SOLOMON, JENNIFER S
**Birth Date:** ▇▇▇▇▇▇
      **Sex:** FEMALE    **Race:** WHITE
  **SSN:** ▇▇▇▇▇▇
**Term Details:**
REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT, STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION, CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY, COERCION OR ANY CRIMINAL OFFENSE AGAINST JENNIFER S SOLOMON (DOB: ▇▇▇▇▇▇); (02)
REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL, VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH JENNIFER S SOLOMON (DOB: ▇▇▇▇▇▇) BY ANY MEANS, INCLUDING THROUGH THIRD PARTIES; (14)
STAY AWAY FROM THE PERSON : JENNIFER S SOLOMON (DOB: ▇▇▇▇▇▇); (1A)
STAY AWAY FROM THE HOME OF : THE HOME OF JENNIFER S SOLOMON (DOB: ▇▇▇▇▇▇); (1B)
STAY AWAY FROM THE PLACE OF EMPLOYMENT OF : THE PLACE OF EMPLOYMENT OF JENNIFER S SOLOMON (DOB: ▇▇▇▇▇▇) ATTHE CHATSWORTH SCHOOL, INCLUDING THE CHATSWORTH SCHOOL GROUNDS; (1E)

## Caveat Text

** DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER - ORDER IS ENFORCEABLE ** *** NOTE: THIS ORDER HAS NOT BEEN SERVED ***

## Order of Protection

                              **MKE:** FINAL
                   **Court ORI:** NY059023J - WESTCHESTER COUNTY FAMILY COURT
                   **Court Type:** FC
 **Law Enforcement ORI:** NY0590000 - WESTCHESTER COUNTY DEPARTMENT OF PUBLIC SAFETY
                                    914-864-7701
  **Court Order Number:** 2018-003894
       **Docket Number:** V-08186-14/15B
         **Family Unit:** 131794  **Family:** TRUE
  **Service Required:** TRUE  **Court Advised:** TRUE
   **Warrant Returned:** FALSE  **Brady:** TRUE
              **Judge:** SCHAUER, MICHELLE I
             **Issued:** 06/13/2018  **Expires:** 06/13/2019
     **Served Date:**  **Time:**

## Order of Protection Against
**Name:** FISHMAN, MARC H
**Birth Date:** ███
**Sex:** MALE      **Race:** WHITE
**Height:** 6 ft. 01 in.   **Weight:** 250 lbs.
**Eye Color:** HAZ   **Hair Color:** BRO
**SSN:** ███
**Term Details:**
SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: MARC H FISHMAN (DOB: ███) SHALL HAVE NO GIFTS SENT TO THE CHILDREN; (99)

## Party Requesting Order
**Name:** SOLOMON, JENNIFER S
**Birth Date:** ███
**Sex:** FEMALE   **Race:** WHITE
**SSN:** ███
**Term Details:**
SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: MARC H FISHMAN (DOB: ███) SHALL HAVE NO GIFTS SENT TO THE CHILDREN; (99)

## Other Protected Persons
**Name:** ███
**Birth Date:** ███
**Sex:** MALE   **Race:** WHITE
**Term Details:**
REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT, STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION, CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY, COERCION OR ANY CRIMINAL OFFENSE AGAINST ███ (DOB: ███), ███ (DOB: ███), ███ (DOB: ███) AND ███ (DOB: ███); (02)
REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL, VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH ███ (DOB: ███), ███ (DOB: ███), ███ (DOB: ███) AND ███ (DOB: ███); (14)
STAY AWAY FROM THE PERSON : ███ (DOB: ███), ███ (DOB: ███), ███ (DOB: ███) AND ███ (DOB: ███) EXCEPT FOR SUPERVISED ACCESS AS PROVIDED BY COURT ORDER ENTERED JUNE 13, 2018; (1A)
STAY AWAY FROM THE HOME OF : THE HOME OF ███ (DOB: ███), ███ (DOB: ███), ███ (DOB: ███) AND ███ (DOB: ███); (1B)
STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF ███ (DOB: ███), ███ (DOB: ███), ███ (DOB: ███) AND ███ (DOB: ███); (1C)
SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: MARC H FISHMAN (DOB: ███) SHALL HAVE NO GIFTS SENT TO THE CHILDREN; (99)

**Name:** ███
**Birth Date:** ███
**Sex:** FEMALE   **Race:** WHITE
**Term Details:**
REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT, STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION, CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY, COERCION OR ANY CRIMINAL OFFENSE AGAINST ███ (DOB: ███), ███ (DOB: ███), ███ (DOB: ███) AND ███ (DOB: ███); (02)
REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL, VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH ███ (DOB: ███), ███ (DOB: ███), ███ (DOB: ███) AND ███ (DOB: ███); (14)
STAY AWAY FROM THE PERSON : ███ (DOB: ███), ███ (DOB: ███), ███ (DOB: ███) AND ███ (DOB: ███) EXCEPT FOR SUPERVISED ACCESS AS PROVIDED BY COURT ORDER ENTERED JUNE 13, 2018; (1A)
STAY AWAY FROM THE HOME OF : THE HOME OF ███ (DOB: ███), ███ (DOB: ███), ███ (DOB: ███) AND ███ (DOB: ███); (1B)
STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF ███ (DOB: ███), ███ (DOB: ███), ███ (DOB: ███) AND ███ (DOB: ███); (1C)
SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: MARC H FISHMAN (DOB: ███) SHALL HAVE NO GIFTS SENT TO THE CHILDREN; (99)

**Name:** ▇▇▇▇▇▇▇▇
**Birth Date:** ▇▇▇▇▇▇
    **Sex:** MALE    **Race:** WHITE
**Term Details:**
REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT, STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION, CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY, COERCION OR ANY CRIMINAL OFFENSE AGAINST ▇▇▇▇ (DOB: ▇▇▇▇), ▇▇▇▇ (DOB: ▇▇▇▇), ▇▇▇▇ (DOB: ▇▇▇▇) AND ▇▇▇▇ (DOB: ▇▇▇▇); (02)
REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL, VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH ▇▇▇▇ (DOB: ▇▇▇▇), ▇▇▇▇ (DOB: ▇▇▇▇), ▇▇▇▇ (DOB: ▇▇▇▇) AND ▇▇▇▇ (DOB: ▇▇▇▇); (14)
STAY AWAY FROM THE PERSON : ▇▇▇▇ (DOB: ▇▇▇▇), ▇▇▇▇ (DOB: ▇▇▇▇), ▇▇▇▇ (DOB: ▇▇▇▇) AND ▇▇▇▇ (DOB: ▇▇▇▇) EXCEPT FOR SUPERVISED ACCESS AS PROVIDED BY COURT ORDER ENTERED JUNE 13, 2018; (1A)
STAY AWAY FROM THE HOME OF : THE HOME OF ▇▇▇▇ (DOB: ▇▇▇▇), ▇▇▇▇ (DOB: ▇▇▇▇), ▇▇▇▇ (DOB: ▇▇▇▇) AND ▇▇▇▇ (DOB: ▇▇▇▇); (1B)
STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF ▇▇▇▇ (DOB: ▇▇▇▇), ▇▇▇▇ (DOB: ▇▇▇▇), ▇▇▇▇ (DOB: ▇▇▇▇) AND ▇▇▇▇ (DOB: ▇▇▇▇); (1C)
SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: MARC H FISHMAN (DOB: ▇▇▇▇) SHALL HAVE NO GIFTS SENT TO THE CHILDREN; (99)

**Name:** ▇▇▇▇▇▇▇▇
**Birth Date:** ▇▇▇▇▇▇
    **Sex:** FEMALE    **Race:** WHITE
**Term Details:**
REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT, STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION, CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY, COERCION OR ANY CRIMINAL OFFENSE AGAINST ▇▇▇▇ (DOB: ▇▇▇▇), ▇▇▇▇ (DOB: ▇▇▇▇), ▇▇▇▇ (DOB: ▇▇▇▇) AND ▇▇▇▇ (DOB: ▇▇▇▇); (02)
REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL, VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH ▇▇▇▇ (DOB: ▇▇▇▇), ▇▇▇▇ (DOB: ▇▇▇▇), ▇▇▇▇ (DOB: ▇▇▇▇) AND ▇▇▇▇ (DOB: ▇▇▇▇); (14)
STAY AWAY FROM THE PERSON : ▇▇▇▇ (DOB: ▇▇▇▇), ▇▇▇▇ (DOB: ▇▇▇▇), ▇▇▇▇ (DOB: ▇▇▇▇) AND ▇▇▇▇ (DOB: ▇▇▇▇) EXCEPT FOR SUPERVISED ACCESS AS PROVIDED BY COURT ORDER ENTERED JUNE 13, 2018; (1A)
STAY AWAY FROM THE HOME OF : THE HOME OF ▇▇▇▇ (DOB: ▇▇▇▇), ▇▇▇▇ (DOB: ▇▇▇▇), ▇▇▇▇ (DOB: ▇▇▇▇) AND ▇▇▇▇ (DOB: ▇▇▇▇); (1B)
STAY AWAY FROM THE SCHOOL OF : THE SCHOOL OF ▇▇▇▇ (DOB: ▇▇▇▇), ▇▇▇▇ (DOB: ▇▇▇▇), ▇▇▇▇ (DOB: ▇▇▇▇) AND ▇▇▇▇ (DOB: ▇▇▇▇); (1C)
SPECIFIC OTHER CONDITIONS RELATING TO : OBSERVE SUCH OTHER CONDITIONS AS ARE NECESSARY TO FURTHER THE PURPOSES OF PROTECTION: MARC H FISHMAN (DOB: ▇▇▇▇) SHALL HAVE NO GIFTS SENT TO THE CHILDREN; (99)

**Caveat Text**
\*\* DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER - ORDER IS ENFORCEABLE \*\*

## Order of Protection

    **MKE:** FINAL
    **Court ORI:** NY059023J - WESTCHESTER COUNTY FAMILY COURT
    **Court Type:** FC
    **Law Enforcement ORI:** NY0590000 - WESTCHESTER COUNTY DEPARTMENT OF PUBLIC SAFETY
    914-864-7701
    **Court Order Number:** 2017-003872
    **Docket Number:** O-07850-14/16H
    **Family Unit:** 131794   **Family:** TRUE
    **Service Required:** FALSE   **Court Advised:** TRUE
    **Warrant Returned:** FALSE   **Brady:** TRUE
    **Judge:** SCHAUER, MICHELLE I
    **Issued:** 06/27/2017   **Served:** 06/27/2017   **Expires:** 06/27/2019
    **Served Date:**   **Time:**

## Order of Protection Against

**Name:** FISHMAN, MARC H
**Birth Date:** ▮▮▮▮
    **Sex:** MALE    **Race:** WHITE
  **Height:** 6 ft. 01 in.    **Weight:** 250 lbs.
  **Eye Color:** HAZ    **Hair Color:** BRO
      **SSN:** ▮▮▮▮
**Term Details:**

## Party Requesting Order

**NOTE: Requesting Party is Also a Protected Person**
    **Name:** SOLOMON, JENNIFER S
**Birth Date:** ▮▮▮▮
    **Sex:** FEMALE    **Race:** WHITE
      **SSN:** ▮▮▮▮
**Term Details:**
REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT, STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION, CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY, COERCION OR ANY CRIMINAL OFFENSE AGAINST JENNIFER S SOLOMON (DOB: ▮▮▮▮); (02)
REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL, VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH JENNIFER S SOLOMON (DOB: ▮▮▮▮) BY ANY MEANS, INCLUDING THROUGH THIRD PARTIES; (14)
STAY AWAY FROM THE PERSON : JENNIFER S SOLOMON (DOB: ▮▮▮▮); (1A)
STAY AWAY FROM THE HOME OF : THE HOME OF JENNIFER S SOLOMON (DOB: ▮▮▮▮); (1B)
STAY AWAY FROM THE PLACE OF EMPLOYMENT OF : THE PLACE OF EMPLOYMENT OF JENNIFER S SOLOMON (DOB: ▮▮▮▮) AT THE CHATSWORTH SCHOOL, INCLUDING THE CHATSWORTH SCHOOL GROUNDS; (1E)

## Caveat Text
** DEFENDANT ADVISED IN COURT OF ISSUANCE AND CONTENTS OF ORDER - ORDER IS ENFORCEABLE **

## Order of Protection
      **MKE:** FINAL
    **Court ORI:** NY059023J - WESTCHESTER COUNTY FAMILY COURT
    **Court Type:** FC
**Law Enforcement ORI:** NY0590000 - WESTCHESTER COUNTY DEPARTMENT OF PUBLIC SAFETY
    914-864-7701
**Court Order Number:** 2017-003873
**Docket Number:** O-07850-14/16J
**Family Unit:** 131794  **Family:** TRUE
**Service Required:** FALSE  **Court Advised:** TRUE
**Warrant Returned:** FALSE  **Brady:** TRUE
    **Judge:** SCHAUER, MICHELLE I
    **Issued:** 06/27/2017  **Served:** 06/27/2017  **Expires:** 06/27/2019
**Served Date:**  **Time:**

## Order of Protection Against
    **Name:** FISHMAN, MARC H
**Birth Date:** ▮▮▮▮
    **Sex:** MALE    **Race:** WHITE
  **Height:** 6 ft. 01 in.    **Weight:** 250 lbs.
  **Eye Color:** HAZ    **Hair Color:** BRO
      **SSN:** ▮▮▮▮
**Term Details:**

## Party Requesting Order

**NOTE: Requesting Party is Also a Protected Person**
    **Name:** SOLOMON, JENNIFER S
**Birth Date:** ▮▮▮▮

**Sex:** FEMALE   **Race:** WHITE
**SSN:** ▮

**Term Details:**

REFRAIN FROM ASSAULTING, HARASSING, ETC. THE PERSON : REFRAIN FROM ASSAULT, STALKING, HARASSMENT, AGGRAVATED HARASSMENT, MENACING, RECKLESS ENDANGERMENT, STRANGULATION, CRIMINAL OBSTRUCTION OF BREATHING OR CIRCULATION, DISORDERLY CONDUCT, CRIMINAL MISCHIEF, SEXUAL ABUSE, SEXUAL MISCONDUCT, FORCIBLE TOUCHING, INTIMIDATION, THREATS, IDENTITY THEFT, GRAND LARCENY, COERCION OR ANY CRIMINAL OFFENSE AGAINST JENNIFER S SOLOMON (DOB: ▮); (02)

REFRAIN FROM COMMUNICATION BY MAIL OR BY TELEPHONE, E-MAIL, VOICE MAIL, OR OTHER ELECTRONIC MEANS : REFRAIN FROM COMMUNICATION OR ANY OTHER CONTACT BY MAIL, TELEPHONE, E-MAIL, VOICE-MAIL OR OTHER ELECTRONIC OR ANY OTHER MEANS WITH JENNIFER S SOLOMON (DOB: ▮) BY ANY MEANS, INCLUDING THROUGH THIRD PARTIES; (14)

STAY AWAY FROM THE PERSON : JENNIFER S SOLOMON (DOB: ▮); (1A)

STAY AWAY FROM THE HOME OF : THE HOME OF JENNIFER S SOLOMON (DOB: ▮); (1B)

STAY AWAY FROM THE PLACE OF EMPLOYMENT OF : THE PLACE OF EMPLOYMENT OF JENNIFER S SOLOMON (DOB: ▮) AT THE CHATSWORTH SCHOOL, INCLUDING THE CHATSWORTH SCHOOL GROUNDS; (1E)

**Transaction ID:** 6ce23de7-0084-11e9-82fd-202020201012

BACK