U.F. 24-2

**NEW ROCHELLE POLICE DEPARTMENT**
NEW ROCHELLE, NEW YORK

## NOTICE OF CONSTITUTIONAL RIGHTS

DATE _15 Dec 18_   TIME _1305_ AM/PM   LOCATION _NRPD_

I, _P.O. Schlosstraber_ , HAVE READ THE FOLLOWING TO
(ARRESTING OFFICER)

PRISONER _Ishmael, Marc H_   ARREST # _292_

WARNING, I AM A POLICE OFFICER AND THESE ARE YOUR CONSTITUTIONAL RIGHTS. YOU HAVE THE RIGHT TO REMAIN SILENT. ANYTHING YOU SAY CAN AND WILL BE USED AGAINST YOU IN A COURT OF LAW. YOU HAVE THE RIGHT TO TALK TO A LAWYER AND HAVE HIM PRESENT WITH YOU WHILE YOU ARE BEING QUESTIONED. IF YOU CANNOT AFFORD TO HIRE A LAWYER, ONE WILL BE APPOINTED TO REPRESENT YOU BEFORE ANY QUESTIONING, IF YOU WISH ONE. YOU ARE ALSO ALLOWED TO MAKE THREE PHONE CALLS. DO YOU UNDERSTAND WHAT I HAVE JUST STATED TO YOU? IF YOU DO, DO YOU WISH TO MAKE A STATEMENT AT THIS TIME?

_____     _____
(SIGNATURE OF WITNESSING OFFICER)     (SIGNATURE OF ARRESTING OFFICER)