| User: SKANE, | New Rochelle Police Department | 12/15/2018 12:53 |
|---|---|---|
| | **BOOKING REPORT** | CASE# 18006162 |

| Booking # | | Status | |
|---|---|---|---|
| 292 | *JM292* | Active | |
| Date/Time | Cell Location | | |
| 12/15/2018 12:43 | | | |
| Booking Officer | Name ID | | |
| KANE, S. (10263) | 3171 | | |
| Fingerprint Officer | Prior Bookings | | No Image on File |
| N/A | None | | |
| Arresting Officer | | | |
| Schlesinger, Lane | | | |
| Fingerprint | Arrest Date | Arrest Time | |
| N/A | 12/15/2018 | 1200 | |
| Property Bins | | | |
| None | | | |

### INMATE INFORMATION

| Name | | Local ID (Names) | | |
|---|---|---|---|---|
| FISHMAN, MARC | | N/A | | |
| Address | | Race | Sex | |
| | | W | M | |
| ▓▓▓▓▓▓▓▓▓▓ | | Hair | Eye | *IM3171* |
| | | BAL | BRO | |
| DOB | Age | Height | Weight | |
| ▓▓▓▓▓▓ | 46 | 6'01 | 250 | |
| SSN | Marital Status | Time Lived In Area | | |
| Unk | Divorced, 0 Dependents | Unk | | |
| Local ID (Jail) | SID | FBI # | | |
| N/A | N/A | N/A | | |
| Juvenile | Country of Birth | Citizenship | | |
| Adult | Unk | Unk | | |
| Employer | | Court Return Date | | |
| N/A | | | | |
| Employer Address | | Employer Phone # | | |
| N/A | | N/A | | |
| Attorney | | Attorney Phone # | | |
| Unk | | N/A | | |
| AKA | | | | |
| None | | | | |
| Jail Alerts | | | | |
| None | | | | |

### CHARGES

| Case ID | Date Arrested | Officer | Agency | Charge | UCR | Charge: Type | Status | Bond: Amount | Status | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 18006162 | 12/15/2018 | Schlesinger, L. | NRPD | CRIMINAL CONTEMPT-2ND:DISOBEY COURT | 90Z | M | PRET | $300.00 | ACTI | CASH |

### NOTES

Release authorized by Lt. Wenzler.