# Witness Statement
## City of New Rochelle, N.Y. Police Department

EV# 63365-18
CR# 6162-18

State of New York         )
County of Westchester)  ss: Marc Fishman (DOB ▮▮▮▮ )
City of New Rochelle   )

Date: 12/18/2018
Time: 1630hrs

**I, Jennifer Solomon (DOB ▮▮▮▮ ), being duly sworn, deposes and say:**

    I am giving this statement to Police Officer Bird whom I know to be a New Rochelle Police Officer of my own free will and she is typing this statement on my behalf at New Rochelle Police Station, located at 475 North Ave, New Rochelle NY 10801.

    On Saturday Dec 15th at around 9:30-10 am at ▮▮▮▮ my doorbell rang and I opened the door. Ann Elliot, who supervises visitation between my ex-husband, Marc Fishman, and my four children, was standing outside on my front porch. I was surprised to see her. The day before, Friday December 14, 2018, we had spoken on the phone and agreed to cancel the visit on 12/15/18. On the previous visit, my ex-husband Marc Fishman had been abusive to my children, and they did not want to have a visit with him. On Friday December 15, 2018, Ann and I agreed that the visit should be cancelled. She also spoke with my daughter ▮▮▮ to confirm that is what the she wanted. When I asked her why she was there, she said that marc wanted to speak with the children to apologize for his behavior. I reminded her that we cancelled the visit, and I felt like they were forcing themselves on us. She then showed me her cell phone with a snap shot of texts that Marc claimed to be between my daughter ▮▮▮ and her father. Again, I told her that this was a violation of the order of protection, and that he should not be communicating with ▮▮▮ outside supervised visits. Around this time, I saw a slow moving car in front of my house. I think it was a gold Toyota Camry. I saw my ex Marc Fishman staring at me with his girlfriend Isabel Bolivar driving him. Ann and I looked at them, Ann said, "He is trying to intimidate you." I told her this is harassment and a violation of the order of protection. I told her he had to leave. The vehicle pulled alongside my driveway, where my son ▮▮▮ was playing hockey with our neighbor, George. The car pulled just past my driveway in front of my neighbor Mike Walsh's house. Marc got out of the car and stood on the sidewalk and called to ▮▮▮ to come to him, several times. ▮▮▮ did not respond. I called to ▮▮▮ to come inside. He grabbed his hockey stick and ran to the front of the house. Ann left and went to the car where Marc was. I went inside and contacted New Rochelle Police Department. I wish to follow-up with this matter and pursue charges.

The making of false statements in this instrument is punishable as a Class A Misdemeanor pursuant to Section 210:45 of the Penal Law of the State of New York.

_Jennifer Lee_ (Signature)

Subscribed and sworn to before me
this 18 day of December 2018

_____
Witness