USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/2020

**MEMORANDUM ENDORSEMENT**

Fishman v. City of New Rochelle et al.

The Court reviewed the Plaintiff's request for an extension of time to serve his opposition papers in response to Defendants' motions to dismiss (ECF No. 24, ECF No. 27). As the original deadline has passed, the Plaintiff has indicated he would like time to supplement his already-filed opposition papers.

The Court grants the Plaintiff fifteen days to serve supplemental papers to his oppositions (ECF No. 31, ECF No. 33) on Defendants. Plaintiff's supplemental papers are due on October 14, 2020.

Defendants have fifteen days to file supplemental papers to their replies (ECF No. 26, ECF No. 32). Defendants' supplements are due on October 29, 2020. Defendants are directed to file all supplemental papers, including Plaintiff's opposition on the reply date.

Parties should email one courtesy copy and mail two courtesy hard copies to Chambers. **Supplemental papers are not to exceed ten pages. This is a final extension.**

The Clerk of the Court is respectfully directed to mail a copy of this endorsement to Plaintiff and file proof of service on the docket.

    Dated:  September 29, 2020
              White Plains, NY

    SO ORDERED.

    _____
    Nelson S. Román, U.S.D.J.

MEMO ENDORSED