AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Marc H. Fishman ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 19-cv-00265-NSR |
| City of New Rochelle, et al. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Marc H. Fishman

Date:  11/10/2021

/s/ Caner Demirayak
*Attorney's signature*

Caner Demirayak CD7920
*Printed name and bar number*

Law Office of Caner Demirayak, Esq., P.C.
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
*Address*

caner@canerlawoffice.com
*E-mail address*

(718) 344-6048
*Telephone number*

(646) 679-2527
*FAX number*