UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    ELECTRONICALLY FILED
-------------------------------------------------------------------x
MARC H. FISHMAN,

                Plaintiff,                  **NOTICE OF APPEARANCE**

                                                                          **19 CIV 265 (NSR)**

   -against-

CITY OF NEW ROCHELLE, WESTCHESTER
COUNTY et al.

                Defendants.
-------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that John M. Nonna, Westchester County Attorney, by Irma Cosgriff, Associate County Attorney, of Counsel, hereby appears as attorney for Defendant, the County of Westchester, in the above-captioned action.

Dated: White Plains, New York
         February 10, 2022

                                                          JOHN M. NONNA
                                                         Westchester County Attorney
                                                         Attorney for County Defendants

                                                         By: __/s/ Irma Cosgriff_____
                                                         IRMA W. COSGRIFF (     )
                                                         Associate County Attorney
                                                            of Counsel
                                                        600 Michaelian Office Building
                                                       148 Martine Avenue
                                                     White Plains, New York 10601
                                                     (914) 995-3577
                                                     Iwc1@westchestergov.com

To:    All Counsel: via ECF