

Lalit K. Loomba, Esq.
Direct dial: (914) 872-7118
lalit.loomba@wilsonelser.com

March 16, 2022

**By ECF**

Hon. Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    **Re**:    Marc H. Fishman, v. City of New Rochelle, et al Docket No. 19-CV-265 (NSR)
            Our File No. 07367.00109

Dear Judge Román:

We represent the City of New Rochelle, Police Officer Lane Schlesinger, Retired Commissioner Joseph F. Schaller, Sergeant Myron Joseph and Commissioner Robert Gazzola (collectively, the "City Defendants") in the referenced action.

In connection with plaintiff's amended complaint, the parties have entered into a stipulation extending the time for all defendants to respond. This agreement sets up a single response date for all defendants.

We respectfully request that the Court so order the attached stipulation and enter the So-Ordered Stipulation on the docket of this action.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*Lalit K. Loomba*

Lalit K. Loomba

Enclosure

Cc (w/encl.): All Counsel of Record via ECF

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Kentucky • Las Vegas • London • Los Angeles • Miami
Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Virginia • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

wilsonelser.com

11257326v.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
MARC H. FISHMAN,

                Plaintiff,

        -against-

CITY OF NEW ROCHELLE, POLICE OFFICER
LANE SCHLESINGER SHIELD # 1058, JOSEPH F.
SCHALLER, ROBERT GAZZOLA, IN HIS OFFICIAL
CAPACITY AS POLICE COMMISSIONER OF
THE CITY OF NEW ROCHELLE POLICE DEPARTMENT,
SERGEANT MYRON JOSEPH SHIELD # 18,
& COUNTY OF WESTCHESTER

                Defendants.
-------------------------------------------------------------------------x

Docket No. 19 CV 265 (NSR)

STIPULATION EXTENDING TIME TO ANSWER AND/OR RESPOND TO AMENDED COMPLAINT

WHEREAS plaintiff Marc Fishman filed his amended complaint on March 10, 2022; and

WHEREAS per Court Order plaintiff Marc Fishman has until April 18, 2022 to serve the individual defendants; and

WHEREAS for the convenience of the parties, and the Court, counsel for the undersigned parties have agreed to set a single deadline for the municipal defendants and the individual defendants, assuming they are served, to respond to the amended complaint;

NOW THEREFORE, counsel for the undersigned parties hereby agree as follows:

1.     The deadline for the City of New Rochelle and Commissioner Robert Gazzola, sued in his official capacity only, to answer and/or respond to the amended complaint is adjourned until May 13, 2022;

2.     The deadline for the County of Westchester to answer and/or respond to the amended complaint is adjourned until May 13, 2022; and

-1-

8293850v.1

3. The deadline for the individual defendants Lane Schlesinger, Joseph Schaller and Myron Joseph to answer and/or respond to the amended complaint is adjourned until May 13, 2022.

Dated:   White Plains, New York
         March 16, 2020

| WILSON, ELSER, MOSKOWITZ EDELMAN & DICKER LLP<br>Attorneys for the City<br><br>*/s/ Lalit K. Loomba*<br>Lalit K. Loomba<br><br>1133 Westchester Avenue<br>White Plains, NY  10604<br>(914) 323-7000<br>File No. 07367.00109 | OFFICE OF THE WESTCHESTER COUNTY ATTORNEY<br>Attorneys for Westchester County<br><br>s\ Irma Cosgriff<br>Irma Cosgriff<br><br>148 Martine Avenue, 6th Floor<br>White Plains, NY  10601<br>(914) 995-3577 |
| --- | --- |
| LAW OFFICES OF CANER DEMIRAYAK, ESQ.,<br>Attorneys for Plaintiff Marc Fishman<br><br>*Caner J. Demirayak*<br>Caner Demirayak<br><br>300 Cadman Plaza West<br>One Pierrepoint Plaza, 12th Floor<br>Brooklyn, NY  11201<br>(718) 344-6048 | |

SO ORDERED:

_____
United States District Judge