```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARC H. FISHMAN,
                          Plaintiff,

          -against-                                              Docket No. 19 CV 265
                                                                 (NSR)
CITY OF NEW ROCHELLE, POLICE OFFICER
LANE SCHLESINGER SHIELD # 1058, JOSEPH F.        STIPULATION
SCHALLER, ROBERT GAZZOLA, IN HIS OFFICIAL        EXTENDING TIME TO
CAPACITY AS POLICE COMMISSIONER OF               ANSWER AND/OR
THE CITY OF NEW ROCHELLE POLICE DEPARTMENT,      RESPOND TO AMENDED
SERGEANT MYRON JOSEPH SHIELD # 18,               COMPLAINT
 & COUNTY OF WESTCHESTER

                          Defendants.
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2022

WHEREAS plaintiff Marc Fishman filed his amended complaint on March 10, 2022; and

WHEREAS per Court Order plaintiff Marc Fishman has until April 18, 2022 to serve the individual defendants; and

WHEREAS for the convenience of the parties, and the Court, counsel for the undersigned parties have agreed to set a single deadline for the municipal defendants and the individual defendants, assuming they are served, to respond to the amended complaint;

NOW THEREFORE, counsel for the undersigned parties hereby agree as follows:

1. The deadline for the City of New Rochelle and Commissioner Robert Gazzola, sued in his official capacity only, to answer and/or respond to the amended complaint is adjourned until May 13, 2022;

2. The deadline for the County of Westchester to answer and/or respond to the amended complaint is adjourned until May 13, 2022; and

-1-

8293850v.1

3. The deadline for the individual defendants Lane Schlesinger, Joseph Schaller and Myron Joseph to answer and/or respond to the amended complaint is adjourned until May 13, 2022.

Dated: White Plains, New York
March 16, 2020

| WILSON, ELSER, MOSKOWITZ EDELMAN & DICKER LLP<br>Attorneys for the City<br><br>_____<br>Lalit K. Loomba<br><br>1133 Westchester Avenue<br>White Plains, NY 10604<br>(914) 323-7000<br>File No. 07367.00109 | OFFICE OF THE WESTCHESTER COUNTY ATTORNEY<br>Attorneys for Westchester County<br><br>s\ Irma Cosgriff<br>_____<br>Irma Cosgriff<br><br>148 Martine Avenue, 6th Floor<br>White Plains, NY 10601<br>(914) 995-3577 |
| LAW OFFICES OF CANER DEMIRAYAK, ESQ.,<br>Attorneys for Plaintiff Marc Fishman<br><br>Caner J Demirayak<br>_____<br>Caner Demirayak<br><br>300 Cadman Plaza West<br>One Pierrepoint Plaza, 12th Floor<br>Brooklyn, NY 11201<br>(718) 344-6048 | |

The Clerk of Court is directed to terminate the motion at ECF No. 61.

Dated: March 17, 2022
White Plains, NY

SO ORDERED:

_____
United States District Judge

-2-