UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
  MARC H. FISHMAN,

                 Plaintiffs.                        Index No.: 19-cv-00265-NSR

          - against -

                                                      **DECLARATION**

  CITY OF NEW ROCHELLE, ET AL.,

                 Defendants.
------------------------------------------------------------------------X

      CANER DEMIRAYAK, ESQ>, pursuant to 28 U.S.C. 1746(2) declares as follows:

    1.    I am the attorney for plaintiff in the above captioned matter.

    2.    The following exhibits are attached to this Declaration in support of the motion for a pre-motion conference:

            a.    Lexisnexis comprehensive person report Lane Schlesinger

            b.    United Process Activity Report Lane Schlesinger

            c.    United Process Activity Report Myron Joseph

            d.    E-mails with United Process Service.

    3.    I under penalty of perjury that the foregoing is true and correct.

Executed on April 11, 2022

                                                 _____/s/_____
                                                 **CANER DEMIRYAK**