# 10228 - CANER DEMIRAYAK, ESQ., P.C.

[Back to Client Services Home](#)

## Activity Information for:

**Work Ticket #:** 782313
**Plaintiff:** MARC H. FISHMAN
**Defendant:** CITY OF NEW ROCHELLE, ETAL
**Recipient:** POLICE OFFICER LANE SCHLESINGER SHIELD # 1058
**Date of Service:** PENDING
**Type of Papers:** SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT

## Activity Log

| Date/Time | Entry |
| --- | --- |
| 05-Apr-22 @ 04:07 PM | As per your instructions, United Process Service, Inc. will attempt to serve POLICE OFFICER LANE SCHLESINGER SHIELD # 1058 at 7916 209th ST OAKLAND GARDENS NY the address you provided. |
| 05-Apr-22 @ 04:06 PM | Should United complete a postal search for POLICE OFFICER LANE SCHLESINGER SHIELD # 1058 at 540 ELLSWORTH AVENUE, APT. B1, BRONX, NY 10465-1740? |
| 05-Apr-22 @ 02:48 PM | SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT was not served because we were unable to verify whether POLICE OFFICER LANE SCHLESINGER SHIELD # 1058 is located at 540 ELLSWORTH AVENUE, APT. B1, BRONX, NY 10465-1740 |

[Top]   [Back to Client Services Home]