## 10228 - CANER DEMIRAYAK, ESQ., P.C.

Back to Client Services Home

### Activity Information for:

**Work Ticket #:**   782311
**Plaintiff:**   MARC H. FISHMAN
**Defendant:**  CITY OF NEW ROCHELLE, ETAL
**Recipient:**   SERGEANT MYRON JOSEPH SHIELD # 18
**Date of Service:**  PENDING
**Type of Papers:**   SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT

### Activity Log

| Date/Time | Entry |
|---|---|
| 04-Apr-22 @ 10:21 AM | Should United complete a postal search for SERGEANT MYRON JOSEPH SHIELD # 18 at 720 PELHAM ROAD, APT. 53, NEW ROCHELLE, NY 10805-1042? |
| 04-Apr-22 @ 10:21 AM | Should United complete a postal search for SERGEANT MYRON JOSEPH SHIELD # 18 at 585 NORTH AVENUE, APT. 421, NEW ROCHELLE, NY 10801-2654? |
| 04-Apr-22 @ 10:19 AM | SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT was not served because SERGEANT MYRON JOSEPH SHIELD # 18 cannot be located at 585 NORTH AVENUE, APT. 421, NEW ROCHELLE, NY 10801-2654 as the apt # does not exist. Please check the service address that you provided and forward the correct address |
| 04-Apr-22 @ 10:18 AM | SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT was not served because SERGEANT MYRON JOSEPH SHIELD # 18 cannot be located at 720 PELHAM ROAD, APT. 53, NEW ROCHELLE, NY 10805-1042 as the apt # does not exist. Please check the service address that you provided and forward the correct address (POSSIBILITY APT IS 5F WILL HAVE SERVER RE-CHECK) |

[Top]   [Back to Client Services Home]