Gmail

**Caner Demirayak <caner@canerlawoffice.com>**

## United Process Service, Inc. Activity Report
8 messages

**UPS** <jgraber@unitedprocess.com>  Wed, Apr 6, 2022 at 7:04 AM
To: CANER DEMIRAYAK <CANER@canerlawoffice.com>

Activity Report

To: CANER DEMIRAYAK, ESQ., P.C. - 10228
CANER DEMIRAYAK
CANER@CANERLAWOFFICE.COM

From: UNITED PROCESS SERVICE, INC.
Phone: (212) 619-0728
Fax: (212) 619-2288
Email: info@unitedprocess.com

Listed below is updated information regarding the following
case(s). Please read this report and reply via email
directing us what to do next, when requested to do so.

You can go to: http://www.unitedprocess.com/clients/
to view all your account information.

If you haven't received your username and password, call
United Process Service to obtain them so that you can
view this document and access your account on United's website.

MARC H. FISHMAN
    VS
CITY OF NEW ROCHELLE, ETAL
Recipient: POLICE OFFICER LANE SCHLESINGER SHIELD # 1058
Invoice #: 782313
Date Received: 23-Mar-22

### Activity Log

| Date/Time | Entry |
|---|---|
| 04/05/22 4:07:14 PM | As per your instructions, United Process Service, Inc. will attempt to serve POLICE OFFICER LANE SCHLESINGER SHIELD # 1058 at , the address you provided. |
| 04/05/22 4:06:45 PM | Should United complete a postal search for POLICE OFFICER LANE SCHLESINGER SHIELD # 1058 at 540 ELLSWORTH AVENUE, APT. B1, BRONX, NY 10465-1740? |
| 04/05/22 2:48:37 PM | SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT was not served because we were unable to verify whether POLICE OFFICER LANE SCHLESINGER SHIELD # 1058 is located at 540 ELLSWORTH AVENUE, APT. B1, BRONX, NY 10465-1740 |

ANTONIO MALLET
    VS
NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ETAL
Recipient: ANTHONY L. RITACCIO
Invoice #: 782487
Date Received: 25-Mar-22

### Activity Log

| Date/Time | Entry |
|---|---|
| 04/05/22 12:29:10 PM | United Process Service, Inc. will attempt to serve ANTHONY L. RITACCIO at [4500 SAN PABLO ROAD, S. JACKSONVILLE, FL 32224](#), the address you provided. |
| 04/05/22 12:28:40 PM | SUMMONS IN A CIVIL ACTION AND COMPLAINT, CERTIFICATE OF MERIT was not served because ANTHONY L. RITACCIO is no longer employed at [47 NEW SCOTLAND AVENUE, ALBANY, NY 12208](#) |

ANTONIO MALLET
     VS
NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ETAL
Recipient: NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
Invoice #: 782793
Date Received: 25-Mar-22

## Activity Log

| Date/Time | Entry |
|---|---|
| 04/05/22 4:20:47 PM | As per your instructions, United Process, Inc. has discontinued all attempts at serving NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION at C/O NYS ATTORNEY GENERAL, MANAGING ATTORNEY'S OFFICE, 28 LIBERTY STREET, 16TH FLOOR, NEW YORK, NY 10005 and is holding the documents awaiting further instructions. |
| 04/05/22 4:18:03 PM | SUMMONS IN A CIVIL ACTION AND COMPLAINT, CERTIFICATE OF MERIT was not served because NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION at C/O NYS ATTORNEY GENERAL, MANAGING ATTORNEY'S OFFICE, 28 LIBERTY STREET, 16TH FLOOR, NEW YORK, NY 10005 CLERK STATED NOT AUTOHRIZED TO ACCEPT SERVICE AT STATE OF NEW YORK |

ANTONIO MALLET
     VS
NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ETAL
Recipient: ANTHONY J. ANNUCCI
Invoice #: 782793
Date Received: 25-Mar-22

## Activity Log

| Date/Time | Entry |
|---|---|
| 04/05/22 4:20:51 PM | As per your instructions, United Process, Inc. has discontinued all attempts at serving ANTHONY J. ANNUCCI at C/O NYS ATTORNEY GENERAL, MANAGING ATTORNEY'S OFFICE, 28 LIBERTY STREET, 16TH FLOOR, NEW YORK, NY 10005 and is holding the documents awaiting further instructions. |
| 04/05/22 4:18:47 PM | SUMMONS IN A CIVIL ACTION AND COMPLAINT, CERTIFICATE OF MERIT was not served because ANTHONY J. ANNUCCI at C/O NYS ATTORNEY GENERAL, MANAGING ATTORNEY'S OFFICE, 28 LIBERTY STREET, 16TH FLOOR, NEW YORK, NY 10005 CLERK STATED NOT AUTOHRIZED TO ACCEPT SERVICE AT STATE OF NEW YORK |

ANTONIO MALLET
     VS
NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ETAL
Recipient: DR. MERVAT MAKRAM, MD
Invoice #: 782793
Date Received: 25-Mar-22

## Activity Log

| Date/Time | Entry |
|---|---|
| 04/05/22 4:20:58 PM | As per your instructions, United Process, Inc. has discontinued all attempts at serving DR. MERVAT MAKRAM, MD at C/O NYS ATTORNEY GENERAL, MANAGING ATTORNEY'S OFFICE, 28 LIBERTY STREET, 16TH FLOOR, NEW YORK, NY 10005 and is holding the documents awaiting further instructions. |
| 04/05/22 4:20:11 PM | SUMMONS IN A CIVIL ACTION AND COMPLAINT, CERTIFICATE OF MERIT was not served because DR. MERVAT MAKRAM, MD at C/O NYS ATTORNEY GENERAL, MANAGING ATTORNEY'S OFFICE, 28 LIBERTY STREET, 16TH FLOOR, NEW YORK, NY 10005 CLERK STATED NOT AUTOHRIZED TO ACCEPT SERVICE AT STATE OF NEW YORK |

---

**Caner Demirayak** <caner@canerlawoffice.com>　　　　　　　　　　　　　　　　Fri, Apr 8, 2022 at 7:07 PM
To: UPS <jgraber@unitedprocess.com>

Please attempt service on Schlesinger at the address provided and also at the New Rochelle Police Department, City Hall, 475 North Ave #2, New Rochelle, NY 10801

Also try Schlesinger at 7916 209th Street, Oakland Gardens, NY 11364-3247 his number is 718-464-2819

Schlesinger has to be served by 4/17/22 so if this cannot be done let me know as I need to move in the court for an extension before 4/17/22. The lexis search report for this defendant is attached.

Please attempt service on DOCCS at their Albany address on the summons

Please attempt service on Annuci at the Albany address for DOCCS on the summons

Please attempt service on Makram at her Woodburne address on the summons

[Quoted text hidden]
--
Caner Demirayak, Esq.
The Law Office of Caner Demirayak, Esq.
300 Cadman Plaza West
One Pierrepont Plaza, 12th Floor
Brooklyn, New York 11201
1-718-344-6048 (tel)
1-646-679-2527 (fax)

 **Lane_Schlesinger.pdf**
52K

---

**Joel Graber** <jgraber@unitedprocess.com>　　　　　　　　　　　　　　　　Mon, Apr 11, 2022 at 7:47 AM
To: Caner Demirayak <caner@canerlawoffice.com>

Received

joel

[Quoted text hidden]

---

**Joel Graber** <jgraber@unitedprocess.com>　　　　　　　　　　　　　　　　Mon, Apr 11, 2022 at 8:45 AM
To: Caner Demirayak <caner@canerlawoffice.com>

On Schlesinger we don't have 90 days from 3/12/22 when the complaint was filed??

Joel

**From:** Caner Demirayak [mailto:caner@canerlawoffice.com]
**Sent:** Friday, April 8, 2022 7:08 PM
**To:** UPS <jgraber@unitedprocess.com>
**Subject:** Re: United Process Service, Inc. Activity Report

Please attempt service on Schlesinger at the address provided and also at the New Rochelle Police Department, City Hall, 475 North Ave #2, New Rochelle, NY 10801

[Quoted text hidden]
[Quoted text hidden]

---

**Caner Demirayak** <caner@canerlawoffice.com>                                    Mon, Apr 11, 2022 at 8:48 AM
To: Joel Graber <jgraber@unitedprocess.com>

No the court issued an order on service as this is an amended complaint, if you think we need more time I can make a motion today
[Quoted text hidden]

---

**Joel Graber** <jgraber@unitedprocess.com>                                       Mon, Apr 11, 2022 at 9:06 AM
To: Caner Demirayak <caner@canerlawoffice.com>

Plz send me the order

joel

[Quoted text hidden]

---

**Joel Graber** <jgraber@unitedprocess.com>                                       Mon, Apr 11, 2022 at 12:46 PM
To: Caner Demirayak <caner@canerlawoffice.com>

I really don't know if they can be served. So I suggest getting more time.

joel

**From:** Caner Demirayak [mailto:caner@canerlawoffice.com]
**Sent:** Monday, April 11, 2022 8:48 AM

[Quoted text hidden]

[Quoted text hidden]

---

**Caner Demirayak** <caner@canerlawoffice.com>                                    Mon, Apr 11, 2022 at 12:46 PM
To: Joel Graber <jgraber@unitedprocess.com>

Okay I will do this and I'll send over the order
[Quoted text hidden]