

300 Cadman Plaza W, 12 FL  
Brooklyn, NY 11201  
Fax: 646-679-2527

718-344-6048  
caner@canerlawoffice.com

Hon. Nelson S. Román  
United States District Judge  
Southern District of New York  
United States Courthouse  
300 Quarropas Street  
White Plains, New York 10601

April 12, 2022

Re: **00194-Fishman v City of New Rochelle, et al.**
    **19-cv-00265-NSR**

Dear Judge Román:

    I am the attorney of record for plaintiff, Marc H. Fishman, and submit this letter motion to seal ECF docket number 67, and particularly exhibit 1. Prior to filing this motion I submitted a request to the ECF Helpdesk to immediately seal ECF 67 temporarily and the entry is now sealed. This entry was inadvertently submitted without a sealing request. I am now making this motion in an abundance of caution and at the insistence of defense counsel. The proposed redacted version is hereby submitted in accordance with ECF Rule 21.3.

    As detailed in the motion for a pre-motion conference on plaintiff's request for an extension of time to effect service on officers Lane Schlesinger and Myron Joseph, such defendants have been exceedingly difficult to serve. When plaintiff was pro se he hired a process server who waited for hours at the New Rochelle Police Department to serve the officers as the department would not accept service. Once I was retained and prepared amended summonses, I sought to determine the residences of such defendants to avoid repeating the pro se plaintiff's prior inability to serve these defendants. However, the defendants are still engaging in methods to avoid service. As the plaintiff has an obligation to show due diligence in attempting to serve the defendants, I wanted to show the Court that the home addresses were are attempting to serve Schlesinger at are legitimate and current. The defendants are doing everything possible to avoid plaintiff's meritorious claims.

    As such, the plaintiff respectfully requests the court seal ECF 67 and accept for filing the redacted version of exhibit 1 to the undersigned's declaration.

Very truly yours,

*Caner J Demirayak*
Caner Demirayak, Esq.

CC:   All counsel via ECF