Caner Demirayak <caner@canerlawoffice.com>

## Emergency Sealing Request 7:19-cv-265-NSR
2 messages

**Caner Demirayak** <caner@canerlawoffice.com>  Tue, Apr 12, 2022 at 9:44 AM
To: helpdesk@nysd.uscourts.gov
Cc: "Loomba, Lalit K." <lalit.loomba@wilsonelser.com>

Good Morning:

I represent plaintiff in the matter of Fishman v City of New Rochelle, 19-cv-265-NSR. I request that the court immediately seal and remove from public view exhibit 1 to the declaration filed under ECF docket entry 67. This was an inadvertent filing without a request to seal. While I do not agree the information contained in there is of the nature that must be sealed, defense counsel has demanded it be sealed as the individual it involves is an active police officer. Thank you.

I will be immediately filing a motion with the assigned district judge to confirm this sealing, but please immediately seal temporarily.

--
Caner Demirayak, Esq.
The Law Office of Caner Demirayak, Esq.
300 Cadman Plaza West
One Pierrepont Plaza, 12th Floor
Brooklyn, New York 11201
1-718-344-6048 (tel)
1-646-679-2527 (fax)

**Help Desk NYSD** <Help_Desk@nysd.uscourts.gov>  Tue, Apr 12, 2022 at 9:53 AM
To: Caner Demirayak <caner@canerlawoffice.com>
Cc: "Loomba, Lalit K." <lalit.loomba@wilsonelser.com>

Good morning,

Dkt. 67-1 has been placed under seal. Please refresh and attempt to view the document, it should be restricted.

Please be sure to make the appropriate application with the Court per ECF Rule 21.7 and review the Judge's individual rules.

https://www.nysd.uscourts.gov/judges

Thank you,
Allyson Eames
Help Desk Services
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
(212) 805 - 0800

**From:** Caner Demirayak <caner@canerlawoffice.com>
**Sent:** Tuesday, April 12, 2022 9:44:05 AM
**To:** Help Desk NYSD <Help_Desk@nysd.uscourts.gov>
**Cc:** Loomba, Lalit K. <lalit.loomba@wilsonelser.com>
**Subject:** Emergency Sealing Request 7:19-cv-265-NSR

**CAUTION - EXTERNAL:**

[Quoted text hidden]

**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**