UNITED STATES DISTRICT COURT NEW YORK ATTORNEY LK, ESQ., P.C.

---

MARC H. FISHMAN

                                       **Plaintiff(s)**

- against -                                               Index # 7:19-CV-00265-NSR

Purchased March 12, 2022

CITY OF NEW ROCHELLE, ETAL

                                       **Defendant(s)**

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DERRICK MULDROW BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 18, 2022 at 10:44 AM at

C/O CITY HALL/NEW ROCHELLE POLICE DEPT.
475 NORTH AVENUE, #2
NEW ROCHELLE, NY 10801

deponent served the within SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT on POLICE OFFICER LANE SCHLESINGER SHIELD # 1058 therein named,

**SUITABLE AGE**    by delivering thereat a true copy of each to MARIE PAPA a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 51 | 5'5 | 140 |

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O CITY HALL/NEW ROCHELLE POLICE DEPT.
475 NORTH AVENUE, #2
NEW ROCHELLE, NY 10801

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on April 20, 2022 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE**    Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: April 20, 2022

| JOSEPH KNIGHT | VINETTA BREWER | JOEL GRABER | DERRICK MULDROW |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01KN6178241 | No. 01BR4949206 | No. 02GR4699723 | |
| Qualified In New York County | Qualified in Bronx County | Qualified in New York County | |
| Commission Expires November 26, 2023 | Commission Expires April 3, 2023 | Commission Expires February 10, 2026 | Invoice #: 783543 |

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045