UNITED STATES DISTRICT COURT OF NEW YORK                                        CANER DEMIRAYAK, ESQ., P.C.

---

MARC H. FISHMAN

                                             Plaintiff(s)

- against -                                    Index # 7:19-CV-00265-NSR

CITY OF NEW ROCHELLE, ETAL                         Purchased March 12, 2022

                                             Defendant(s)

**AFFIDAVIT OF DUE DILIGENCE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

MARTIN FRIEDMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

CANER DEMIRAYAK, ESQ., P.C. requested that I serve a copy of the SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT in the above action for personal service upon POLICE OFFICER LANE SCHLESINGER SHIELD # 1058 at

7916 209TH STREET
OAKLAND GARDENS, NY 11364

Your deponent made proper and diligent effort to serve said process on the above named person(s). I called at the aforementioned address on

April 12, 2022 at 1645 Hours and I was unable to serve the defendant. At the given address is a private house where the defendant's name does not appear on any bell or mailbox. I knocked on the door but I received no answer. I attempted service again on April 19, 2022 at 1517 Hours and I knocked on the door and spoke to a female relative of the defendant named "Arlene Schlesinger". "Arlene Schlesinger" told me the defendant does not reside at this address.

Your deponent verily believes that he will be unable to effect personal service upon the above named person(s) herein, although your deponent made due and diligent efforts to effect same.

Sworn to me on: April 21, 2022

| | | | |
|---|---|---|---|
| JOSEPH KNIGHT<br>Notary Public, State of New York<br>No. 01KN6178241<br>Qualified In New York County<br>Commission Expires November 26, 2023 | VINETTA BREWER<br>Notary Public, State of New York<br>No. 01BR4949206<br>Qualified in Bronx County<br>Commission Expires April 3, 2023 | JOEL GRABER<br>Notary Public, State of New York<br>No. 02GR4699723<br>Qualified in New York County<br>Commission Expires February 10, 2026 | **MARTIN FRIEDMAN**<br>License #: 2067370<br>Invoice #: 782313 |

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728  NYCDCA#1102045