UNITED STATES DISTRICT COURT OF NEW YORK  CANER DEMIRAYAK, ESQ., P.C.

---

MARC H. FISHMAN

          Plaintiff(s)

- against -

Index # 7:19-CV-00265-NSR

Purchased March 12, 2022

CITY OF NEW ROCHELLE, ETAL

          Defendant(s)

**AFFIDAVIT OF DUE DILIGENCE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

CANER DEMIRAYAK, ESQ., P.C. requested that I serve a copy of the SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT in the above action for personal service upon POLICE OFFICER LANE SCHLESINGER SHIELD # 1058 at

540 ELLSWORTH AVENUE, APT. B
BRONX, NY 10465-1740

Your deponent made proper and diligent effort to serve said process on the above named person(s). I called at the aforementioned address on

March 30, 2022 at 2125 Hours and April 2, 2022 at 1458 Hours and I was unable to serve the defendant. At the given address is an apartment building where the defendant's name does not appear on any bell, mailbox or directory. On each attempt I knocked on the door to Apt. B1 but I received no answer. I spoke to several neighbors who had no information pertaining he whereabouts of the defendant and I could not verify whether or not the defendant lived at said premises.

Your deponent verily believes that he will be unable to effect personal service upon the above named person(s) herein, although your deponent made due and diligent efforts to effect same.

Sworn to me on: April 22, 2022

| JOSEPH KNIGHT | VINETTA BREWER | JOEL GRABER |
|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York |
| No. 01KN6178241 | No. 01BR4949206 | No. 02GR4699723 |
| Qualified In New York County | Qualified in Bronx County | Qualified in New York County |
| Commission Expires November 26, 2023 | Commission Expires April 3, 2023 | Commission Expires February 10, 2026 |

BYRAN E. MCELDERRY
License #: 869802
Invoice #: 782313

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045