MARC H. FISHMAN

Plaintiff(s)

- against -

Index # 7:19-CV-00265-NSR

CITY OF NEW ROCHELLE, ETAL

Purchased March 12, 2022

Defendant(s)

**AFFIDAVIT OF DUE DILIGENCE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JONATHAN GRABER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

CANER DEMIRAYAK, ESQ., P.C. requested that I serve a copy of the SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT in the above action for personal service upon SERGEANT MYRON JOSEPH SHIELD # 18 at

720 PELHAM ROAD, APT. 53
NEW ROCHELLE, NY 10805-1042

Your deponent made proper and diligent effort to serve said process on the above named person(s). I called at the aforementioned address on

March 30, 2022 at 1833 Hours and I was unable to serve the defendant. At the given address is an apartment building where the defendant's name does not appear on any bell, mailbox or directory. I ascertained the given apartment does not exist. I attempted service again on April 7, 2022 at 0722 Hours and I rang the bell to Apt. 5F but I received no answer. I attempted service again on April 8, 2022 at 1056 Hours and I rang the bell to Apt. 5F and spoke to a female tenant via the intercom who told me the defendant is unknown.

Your deponent verily believes that he will be unable to effect personal service upon the above named person(s) herein, although your deponent made due and diligent efforts to effect same.

Sworn to me on: April 26, 2022

| | | | |
|---|---|---|---|
| JOSEPH KNIGHT | VINETTA BREWER | JOEL GRABER | JONATHAN GRABER |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01KN6178241 | No. 01BR4949206 | No. 02GR4699723 | |
| Qualified in New York County | Qualified in Bronx County | Qualified in New York County | |
| Commission Expires November 26, 2023 | Commission Expires April 3, 2023 | Commission Expires February 10, 2026 | Invoice #: 782311 |

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045