UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: CANER DEMIRAYAK, ESQ., P.C.

---

MARC H. FISHMAN

Plaintiff(s)

- against -

Index # 7:19-CV-00265-NSR

Purchased March 12, 2022

CITY OF NEW ROCHELLE, ETAL

Defendant(s)

**AFFIDAVIT OF DUE DILIGENCE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

JONATHAN GRABER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

CANER DEMIRAYAK, ESQ., P.C. requested that I serve a copy of the SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT in the above action for personal service upon SERGEANT MYRON JOSEPH SHIELD # 18 at

585 NORTH AVENUE, APT. 421
NEW ROCHELLE, NY 10801-2654

Your deponent made proper and diligent effort to serve said process on the above named person(s). I called at the aforementioned address on

Date:  03/30/22      Time:  1822        Reason: AT THE GIVEN ADDRESS IS AN APARTMENT BUILDING WHERE THE DEFENDANT'S NAME DOES NOT APPEAR ON ANY BELL, MAILBOX OR DIRECTORY. I ASCERTAINED THE GIVEN APARTMENT DOES NOT EXIST.

Your deponent verily believes that he will be unable to effect personal service upon the above named person(s) herein, although your deponent made due and diligent efforts to effect same.

Sworn to me on:  April 19, 2022

| JOSEPH KNIGHT | VINETTA BREWER | JOEL GRABER |
|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York |
| No. 01KN6178241 | No. 01BR4949206 | No. 02GR4699723 |
| Qualified In New York County | Qualified in Bronx County | Qualified in New York County |
| Commission Expires November 26, 2023 | Commission Expires April 3, 2023 | Commission Expires February 10, 2026 |

JONATHAN GRABER

Invoice #: 782311

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY  10007 - (212) 619-0728   NYCDCA#1102045