

**George Latimer**
**County Executive**

Office of the County Attorney

John M. Nonna
County Attorney

May 20, 2022

Hon. Nelson S. Roman
United States District Judge
Southern District of New York
The Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

Re:     *Marc H. Fishman v. City of New Rochelle, et al.*
        19-000265 (NSR)
        First Request for Extension to Serve Motion to Dismiss

Dear Judge Roman,

  I represent the County of Westchester ("County") in the above referenced action. In acdcordance with Rule 1(E) of Your Honor's Individual Practice, the County respectfully requests a two week extension from May 26, 2022 to June 8, 2022 to serve its motion to dismiss. This is the **first** such request which is necessitated because the undersigned had to take severeal days off over the past week as well as because of several conflicting deadlines and depositions in other cases. <u>Counsel for Plaintiff and Co-defendant do not object to this request</u>. If this request is granted, the following briefing schedule is proposed:

  June 8, 2022   County's motion to dismiss will be served not filed;
  July 11, 2022   Plaintiff's opposition to the County's motion will be served not filed; and
  July 26, 2022   County's reply papers and all motion papers will be filed[1].

---

[1] In accordance with the Court's directive on April 25, 2022, two copies of all motion papers will be mailed to the Court at the time they are served. *See*, Dkt. No. 77.

Thank you for your time and consideration of the foregoing. Should Your Honor's staff need to contact me, I am available by phone at 914.995.3577 or by email at iwc1@westchestergov.com.

        Respectfully,
        JOHN M. NONNA
        Westchester County Attorney
        By: s/ Irma Cosgriff_____
           Irma Cosgriff
           Associate County Attorney

Cc: Counsel of record via ECF