

**George Latimer**
**County Executive**

Office of the County Attorney

John M. Nonna
County Attorney



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/2022
```

May 20, 2022

Hon. Nelson S. Roman
United States District Judge
Southern District of New York
The Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

Re:     *Marc H. Fishman v. City of New Rochelle, et al.*
        19-000265 (NSR)
        First Request for Extension to Serve Motion to Dismiss

Dear Judge Roman,

    I represent the County of Westchester ("County") in the above referenced action. In acdcordance with Rule 1(E) of Your Honor's Individual Practice, the County respectfully requests a two week extension from May 26, 2022 to June 8, 2022 to serve its motion to dismiss. This is the **first** such request which is necessitated because the undersigned had to take severeal days off over the past week as well as because of several conflicting deadlines and depositions in other cases. <u>Counsel for Plaintiff and Co-defendant do not object to this request</u>. If this request is granted, the following briefing schedule is proposed:

| | |
|---|---|
| June 8, 2022 | County's motion to dismiss will be served not filed; |
| July 11, 2022 | Plaintiff's opposition to the County's motion will be served not filed; and |
| July 26, 2022 | County's reply papers and all motion papers will be filed[1]. |

---

[1] In accordance with the Court's directive on April 25, 2022, two copies of all motion papers will be mailed to the Court at the time they are served. *See*, Dkt. No. 77.

Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601    Telephone: (914)995-2676    Website: westchestergov.com

Thank you for your time and consideration of the foregoing. Should Your Honor's staff need to contact me, I am available by phone at 914.995.3577 or by email at iwc1@westchestergov.com.

> Respectfully,
> JOHN M. NONNA
> Westchester County Attorney
> By: s/ Irma Cosgriff
> Irma Cosgriff
> Associate County Attorney

Cc: Counsel of record via ECF

The County's request for an extension is granted. The briefing schedule is amended as follows: the County's moving papers shall be served (not filed) on or before June 8, 2022; Plaintiff's opposition papers shall be served (not filed) on or before July 11, 2022; the County's reply papers shall be served on or before July 26, 2022. All motion documents shall be filed on the reply date, July 26, 2022. The parties are directed to mail two courtesy copies of their motion documents to Chambers as they are served.

The Clerk of Court is kindly directed to terminate the motion at ECF No. 82.

Dated: May 23, 2022
       White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge