

300 Cadman Plaza W, 12 FL
Brooklyn, NY 11201
**Fax: 646-679-2527**

718-344-6048
caner@canerlawoffice.com

Hon. Nelson S. Román
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

June 23, 2022

        **Re:**    **00194-Fishman v City of New Rochelle, et al.**
                  **19-cv-00265-NSR**

Dear Judge Román:

       I am the attorney of record for plaintiff, Marc H. Fishman, and submit this letter motion requesting an extension of time to serve and file the plaintiff's opposition to the City of New Rochelle defendants' motion to dismiss to bring the briefing schedule in line with the extended schedule for the County of Westchester. This would render the plaintiff's opposition to the City Defendants' motion to dismiss due July 11, 2022 the City Defendants' Reply due July 26, 2022 and that all motion papers be filed and served on July 26, 2022. Counsel for the City Defendants does not oppose this request. The requested extension is necessary due to significant litigation responsibilities of the undersigned and to streamline the motion briefing and consideration timeframes. The requested extension will not affect any other deadlines.

       Thank you for your time and attention to this matter.

                               Very truly yours,

                             *Caner J Demirayak*
                             Caner Demirayak, Esq.

CC:    All counsel via ECF