

LAW OFFICE OF
**CANER DEMIRAYAK ESQ.**

300 Cadman Plaza W, 12 FL
Brooklyn, NY 11201
Fax: 646-679-2527

718-344-6048
caner@canerlawoffice.com

Hon. Nelson S. Román
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

June 23, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/2022

Re: <u>00194-Fishman v City of New Rochelle, et al.</u>
<u>19-cv-00265-NSR</u>

Dear Judge Román:

    I am the attorney of record for plaintiff, Marc H. Fishman, and submit this letter motion requesting an extension of time to serve and file the plaintiff's opposition to the City of New Rochelle defendants' motion to dismiss to bring the briefing schedule in line with the extended schedule for the County of Westchester. This would render the plaintiff's opposition to the City Defendants' motion to dismiss due July 11, 2022 the City Defendants' Reply due July 26, 2022 and that all motion papers be filed and served on July 26, 2022. Counsel for the City Defendants does not oppose this request. The requested extension is necessary due to significant litigation responsibilities of the undersigned and to streamline the motion briefing and consideration timeframes. The requested extension will not affect any other deadlines.

    Thank you for your time and attention to this matter.

Very truly yours,

*Caner J Demirayak*

Caner Demirayak, Esq.

CC: All counsel via ECF

**MEMO ENDORSED**

Plaintiff's request for an extension is granted. The briefing schedule is amended as follows: Plaintiff's opposition papers shall be served (not filed) on or before July 11, 2022; the City Defendants' reply papers shall be served on or before July 26, 2022. All motion documents shall be filed on the reply date, July 26, 2022. The parties are directed to mail two courtesy copies of their motion documents to Chambers as they are served. The Clerk of Court is kindly directed to terminate the motion at ECF No. 84.

Dated: June 23, 2022
    White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge