Exhibit "1"

Affidavits of Service and Due Diligence for Lane Schlesinger

MARC H. FISHMAN

Plaintiff(s)

- against -

Index # 7:19-CV-00265-NSR

Purchased March 12, 2022

CITY OF NEW ROCHELLE, ETAL

Defendant(s)

**AFFIDAVIT OF DUE DILIGENCE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

CANER DEMIRAYAK, ESQ., P.C. requested that I serve a copy of the SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT in the above action for personal service upon POLICE OFFICER LANE SCHLESINGER SHIELD # 1058 at

540 ELLSWORTH AVENUE, APT. B
BRONX, NY 10465-1740

Your deponent made proper and diligent effort to serve said process on the above named person(s). I called at the aforementioned address on

March 30, 2022 at 2125 Hours and April 2, 2022 at 1458 Hours and I was unable to serve the defendant. At the given address is an apartment building where the defendant's name does not appear on any bell, mailbox or directory. On each attempt I knocked on the door to Apt. B1 but I received no answer. I spoke to several neighbors who had no information pertaining he whereabouts of the defendant and I could not verify whether or not the defendant lived at said premises.

Your deponent verily believes that he will be unable to effect personal service upon the above named person(s) herein, although your deponent made due and diligent efforts to effect same.

Sworn to me on: April 22, 2022

| JOSEPH KNIGHT | VINETTA BREWER | JOEL GRABER |
|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York |
| No. 01KN6178241 | No. 01BR4949206 | No. 02GR4699723 |
| Qualified In New York County | Qualified in Bronx County | Qualified in New York County |
| Commission Expires November 26, 2023 | Commission Expires April 3, 2023 | Commission Expires February 10, 2026 |

BYRAN E. MCELDERRY
License #: 869802
Invoice #: 782313

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045

MARC H. FISHMAN

Plaintiff(s)

- against -

Index # 7:19-CV-00265-NSR

CITY OF NEW ROCHELLE, ETAL

Purchased March 12, 2022

Defendant(s)

**AFFIDAVIT OF DUE DILIGENCE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

MARTIN FRIEDMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

CANER DEMIRAYAK, ESQ., P.C. requested that I serve a copy of the SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT in the above action for personal service upon POLICE OFFICER LANE SCHLESINGER SHIELD # 1058 at

7916 209TH STREET
OAKLAND GARDENS, NY 11364

Your deponent made proper and diligent effort to serve said process on the above named person(s). I called at the aforementioned address on

April 12, 2022 at 1645 Hours and I was unable to serve the defendant. At the given address is a private house where the defendant's name does not appear on any bell or mailbox. I knocked on the door but I received no answer. I attempted service again on April 19, 2022 at 1517 Hours and I knocked on the door and spoke to a female relative of the defendant named "Arlene Schlesinger". "Arlene Schlesinger" told me the defendant does not reside at this address.

Your deponent verily believes that he will be unable to effect personal service upon the above named person(s) herein, although your deponent made due and diligent efforts to effect same.

Sworn to me on: April 21, 2022

| JOSEPH KNIGHT | VINETTA BREWER | JOEL GRABER |
|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York |
| No. 01KN6178241 | No. 01BR4949206 | No. 02GR4699723 |
| Qualified In New York County | Qualified in Bronx County | Qualified in New York County |
| Commission Expires November 26, 2023 | Commission Expires April 3, 2023 | Commission Expires February 10, 2026 |

**MARTIN FRIEDMAN**
License #: 2067370
Invoice #: 782313

UNITED STATES DISTRICT COURT: STATE OF NEW YORK COUNTY OF WESTCHESTER — JONATHAN R. RATNER, ESQ., P.C.

MARC H. FISHMAN

Plaintiff(s)

- against -

Index # 7:19-CV-00265-NSR

CITY OF NEW ROCHELLE, ETAL

Purchased March 12, 2022

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DERRICK MULDROW BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 18, 2022 at 10:44 AM at

C/O CITY HALL/NEW ROCHELLE POLICE DEPT.
475 NORTH AVENUE, #2
NEW ROCHELLE, NY 10801

deponent served the within SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT on POLICE OFFICER LANE SCHLESINGER SHIELD # 1058 therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to MARIE PAPA a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 51 | 5'5 | 140 |

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O CITY HALL/NEW ROCHELLE POLICE DEPT.
475 NORTH AVENUE, #2
NEW ROCHELLE, NY 10801

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on April 20, 2022 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE** Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: April 20, 2022

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Commission Expires February 10, 2026

**DERRICK MULDROW**

Invoice #: 783543

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045