Exhibit "2"

Affidavits of Service and Due Diligence for Myron Joseph

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: CANER DEMIRAYAK, ESQ., P.C.

---

MARC H. FISHMAN

Plaintiff(s)

- against -

Index # 7:19-CV-00265-NSR

Purchased March 12, 2022

CITY OF NEW ROCHELLE, ETAL

Defendant(s)

**AFFIDAVIT OF DUE DILIGENCE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JONATHAN GRABER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

CANER DEMIRAYAK, ESQ., P.C. requested that I serve a copy of the SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT in the above action for personal service upon SERGEANT MYRON JOSEPH SHIELD # 18 at

585 NORTH AVENUE, APT. 421
NEW ROCHELLE, NY 10801-2654

Your deponent made proper and diligent effort to serve said process on the above named person(s). I called at the aforementioned address on

Date: 03/30/22   Time: 1822   Reason: AT THE GIVEN ADDRESS IS AN APARTMENT BUILDING WHERE THE DEFENDANT'S NAME DOES NOT APPEAR ON ANY BELL, MAILBOX OR DIRECTORY. I ASCERTAINED THE GIVEN APARTMENT DOES NOT EXIST.

Your deponent verily believes that he will be unable to effect personal service upon the above named person(s) herein, although your deponent made due and diligent efforts to effect same.

Sworn to me on: April 19, 2022

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Commission Expires February 10, 2026

JONATHAN GRABER

Invoice #: 782311

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045

---

MARC H. FISHMAN

Plaintiff(s)

- against -

Index # 7:19-CV-00265-NSR

CITY OF NEW ROCHELLE, ETAL

Purchased March 12, 2022

Defendant(s)

**AFFIDAVIT OF DUE DILIGENCE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

JONATHAN GRABER BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

CANER DEMIRAYAK, ESQ., P.C. requested that I serve a copy of the SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT in the above action for personal service upon SERGEANT MYRON JOSEPH SHIELD # 18 at

720 PELHAM ROAD, APT. 53
NEW ROCHELLE, NY 10805-1042

Your deponent made proper and diligent effort to serve said process on the above named person(s). I called at the aforementioned address on

March 30, 2022 at 1833 Hours and I was unable to serve the defendant. At the given address is an apartment building where the defendant's name does not appear on any bell, mailbox or directory. I ascertained the given apartment does not exist. I attempted service again on April 7, 2022 at 0722 Hours and I rang the bell to Apt. 5F but I received no answer. I attempted service again on April 8, 2022 at 1056 Hours and I rang the bell to Apt. 5F and spoke to a female tenant via the intercom who told me the defendant is unknown.

Your deponent verily believes that he will be unable to effect personal service upon the above named person(s) herein, although your deponent made due and diligent efforts to effect same.

Sworn to me on: April 26, 2022

| JOSEPH KNIGHT | VINETTA BREWER | JOEL GRABER |
|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York |
| No. 01KN6178241 | No. 01BR4949206 | No. 02GR4699723 |
| Qualified in New York County | Qualified in Bronx County | Qualified in New York County |
| Commission Expires November 26, 2023 | Commission Expires April 3, 2023 | Commission Expires February 10, 2026 |

JONATHAN GRABER

Invoice #: 782311

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728  NYCDCA#1102045

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK  JOHN DEMIRAYAK, ESQ., P.C.
Case 7:19-cv-00265-NSR-VR   Document 87-2   Filed 06/28/22   Page 4 of 4

MARC H. FISHMAN

                                                      **Plaintiff(s)**

                - against -

    Index # 7:19-CV-00265-NSR

CITY OF NEW ROCHELLE, ETAL

    Purchased March 12, 2022

                                                      **Defendant(s)**

    **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DERRICK MULDROW BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 18, 2022 at 10:44 AM at

C/O CITY HALL, NEW ROCHELLE POLICE DEPT.
475 NORTH AVENUE, #2
NEW ROCHELLE, NY 10801

deponent served the within SUMMONS IN A CIVIL ACTION AND AMENDED COMPLAINT on SERGEANT MYRON JOSEPH SHIELD # 18 therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to MARIE PAPA a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 51 | 5'5 | 140 |

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O CITY HALL, NEW ROCHELLE POLICE DEPT.
475 NORTH AVENUE, #2
NEW ROCHELLE, NY 10801

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on April 20, 2022 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE** Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: April 20, 2022

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Commission Expires February 10, 2026

**DERRICK MULDROW**

Invoice #: 783544

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY  10007 - (212) 619-0728   NYCDCA#1102045