UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
MARC H. FISHMAN,

       Plaintiffs.      19-cv-00265-NSR

- against -

**REPLY DECLARATION OF**
**CANER DEMIRAYAK**

CITY OF NEW ROCHELLE, POLICE OFFICER
LANE SCHLESINGER SHIELD # 1058, JOSEPH
F. SCHALLER, ROBERT GAZZOLA, IN HIS
OFFICIAL CAPACITY AS POLICE
COMMISSIONER OF THE CITY OF NEW
ROCHELLE POLICE DEPARTMENT,
SERGEANT MYRON JOSEPH SHIELD # 18, &
COUNTY OF WESTCHESTER,

       Defendants.
----------------------------------------------------------------------X

  CANER DEMIRAYAK, ESQ., pursuant to 28 U.S.C. 1746(2) declares as follows:

  1.  I am the attorney for the plaintiff MARC H. FISHMAN in the above captioned matter.

  2.  I submit the following Declaration in further support of the plaintiff's motion seeking an extension of time to serve the amended complaint on the defendants LANE SCHLESINGER and MYRON JOSEPH and to permit alternative service in a manner as directed by the Court.

  3.  The exhibits annexed to this Declaration were received on March 27, 2022, at 5:39 a.m., via an e-mail response to our Freedom of Information Law requests to New Rochelle. Thus, they were not available at the time the motion was served.

  4.  The following exhibits are annexed:

    a. Exhibit 1: Command Discipline Report, August 11, 2014

    b. Exhibit 2: Command Discipline Report, February 29, 2012.

5.	I under penalty of perjury that the foregoing is true and correct.

>	Executed on June 28, 2022
>
>	_/s/ Caner Demirayak_
>	**CANER DEMIRYAK**