WILSON, ELSER, MOSKOWITZ
ELDEMAN & DICKER, LLP
Attorneys for the City of New Rochelle Defendants
1133 Westchester Avenue
White Plains, NY  10604
(914) 323-7000
Attn:  Peter A. Meisels

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

MARC FISHMAN, INDIVIDUALLY, and on behalf of all others similarly situated,

                Plaintiff,

-against-

CITY OF NEW ROCHELLE, LANE SCHLESINGER SHEILD #1058, JOSEPH F. SCHALLER, ROBERT GAZOLLA, IN HIS OFFICIAL CAPACITY AS POLICE COMMISSIONER OF THE CITY OF NEW ROCHELLE POLICE DEPARTMENT, SERGEANT MYRON JOSEPH SHIELD #18, & COUNTY OF WESTCHESTER,

                Defendants.

------------------------------------------------------------------------------- x

Docket No. 19 CV 265 (NSR)

NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP has been retained and hereby appears in the above-captioned action as attorneys for City of New Rochelle, Joseph F. Schaller, Robert Gazolla and Sergeant Myron Joseph Shield #18, (the City of New Rochelle Defendants) and demands that all papers .served or required to be served in this case be given and served upon the undersigned at the following office address and telephone number:

        Wilson, Elser, Moskowitz, Edelman & Dicker LLP
        1133 Westchester Avenue
        White Plains, New York 10604
        Attn:  Peter A. Meisels, Esq.
        Tel: (914) 323-7000
        Fax: (914) 323-7001

272748874v.1

E-mail: peter.meisels@wilsonelser.com

PLEASE TAKE FURTHER NOTICE that, the foregoing demand also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, e-mail or otherwise.

Dated: White Plains, New York
July 7, 2022

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: *Peter A. Meisels*
Peter A. Meisels, Esq.
 Attorneys for the City of New Rochelle.
Defendants
1133 Westchester Avenue
White Plains, New York 10604
(914) 323-7000
Our File No.: 07367.00109