UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARC FISHMAN,

       Plaintiff,

 -against-

CITY OF NEW ROCHELLE, LANE SCHLESINGER
SHIELD #1058, JOSEPH F. SCHALLER, ROBERT
GAZOLLA, IN HIS OFFICIAL CAPACITY AS
POLICE COMMISSIONER OF THE CITY OF NEW
ROCHELLE POLICE DEPARTMENT, SERGEANT
MYRON JOSEPH SHIELD #18, & COUNTY OF
WESTCHESTER

       Defendants.
------------------------------------------------------------------X

Docket No.
19-CV-265 (NSR)

CONSENT TO CHANGE
ATTORNEYS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

  IT IS HEREBY STIPULATED, AGREED and CONSENTED that, as of the date hereof, The Quinn Law Firm, 399 Knollwood Road, White Plains, NY 10603 (914) 997-0555, is to be substituted as attorneys of record for defendants City of New Rochelle, P.O. Lane Schlesinger Shield #1058, Joseph F. Schaller, Robert Gazolla (sued in his official capacity only) and Sergeant Myron Joseph, Shield #18 (collectively, the "City Defendants"), in the above-captioned action in place and stead of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, 1133 Westchester Avenue, White Plains, NY 10604 (914) 323-7000.

  All notices and papers directed to any of the City Defendants should be served upon: The Quinn Law Firm, 399 Knollwood Road, White Plains, NY 10603 (914) 997-0555, Attn: Lalit K. Loomba, Esq.; LLoomba@quinnlawny.com.

-1-

IT IS FURTHER STIPULATED, AGREED and CONSENTED that the signatures appearing below will be deemed to be originals and that the within document may be signed in counterparts and filed without further notice with the Clerk of the Court.

| | |
|---|---|
| Dated: White Plains, New York<br>      July __, 2022<br><br>WILSON, ELSER, MOSKOWITZ<br>EDELMAN & DICKER, LLP<br>Outgoing Counsel<br><br>By: __Peter A. Meisels__<br>      Peter A. Meisels, Esq.<br><br>1133 Westchester Avenue<br>White Plains, NY 10604<br>(914) 323-7000<br>Peter.mesiels@wilsonelser.com | Dated: White Plains, New York<br>      July 20, 2022<br><br>THE QUINN LAW FIRM<br>Incoming Counsel<br><br>By: _[signature]_<br>      Lalit K. Loomba, Esq.<br><br>399 Knollwood Road<br>White Plains, NY 10603<br>(914) 997-0555<br>LLoomba@quinnlawny.com |
| | Dated: New Rochelle, New York<br>      July __, 2022<br><br>_[signature]_<br>Kathleen Gill, Esq.<br>Corporation Counsel<br><br>City of New Rochelle<br>515 North Avenue<br>New Rochelle, NY 10801 |