UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

MARC FISHMAN,                                    :        Docket No.
                                                 :        19-CV-265 (NSR)
                        Plaintiff,               :
                                                 :
   -against-                                     :
                                                 :        **NOTICE OF**
CITY OF NEW ROCHELLE, LANE SCHLESINGER           :        **APPEARANCE**
SHIELD #1058, JOSEPH F. SCHALLER, ROBERT         :
GAZOLLA, IN HIS OFFICIAL CAPACITY AS             :
POLICE COMMISSIONER OF THE CITY OF NEW           :
ROCHELLE POLICE DEPARTMENT, SERGEANT             :
MYRON JOSEPH SHIELD #18, & COUNTY OF             :
WESTCHESTER                                      :
                                                 :
                        Defendants.              :
                                                 :
-------------------------------------------------------------------------X

     PLEASE TAKE NOTICE that Lalit K. Loomba, Esq. of The Quinn Law Firm

does hereby enter his appearance in the above-captioned action on behalf of defendants

the City of New Rochelle, Lane Schlesinger Shield #1058, Joseph F. Schaller, Robert

Gazolla, in his official capacity as Police Commissioner of the City of New Rochelle

Police Department, and Sergeant Myron Joseph Shield #18.

Dated: White Plains, New York
       July 22, 2022

                      Respectfully submitted,

                      THE QUINN LAW FIRM

              By:   *Lalit K. Loomba*
                  _____

                  Lalit K. Loomba

                  399 Knollwood Road, Suite 220
                  White Plains, New York 10603
                  Tel: (914) 997-0555
                  lloomba@quinnlawny.com