WILSON, ELSER, MOSKOWITZ
ELDEMAN & DICKER, LLP
Attorneys for the City Defendants
1133 Westchester Avenue
White Plains, NY 10604
(914) 323-7000
Attn: Lalit K. Loomba, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------- x
MARC FISHMAN, INDIVIDUALLY, and on behalf of all others similarly situated,

                 Plaintiff,

-against-

CITY OF NEW ROCHELLE, LANE SCHLESINGER SHEILD #: 1058, JOSEPH F. SCHALLER, ROBERT GAZOLLA, IN HIS OFFICIAL CAPACITY AS POLICE COMMISSIONER OF THE CITY OF NEW ROCHELLE POLICE DEPARTMENT, SERGEANT MYRON JOSEPH SHIELD #18, & COUNTY OF WESTCHESTER,

                 Defendants.
----------------------------------------------------------------------------- x

Docket No. 19 CV 265 (NSR)

CITY DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

TO:  LAW OFFICES OF CANER DEMIRAYAK, ESQ., P.C.
       Attorneys for Plaintiff
       300 Cadman Plaza West
       One Pierrepont Plaza, 12th Floor
       Brooklyn, NY 11201
       (718) 344-6048
       caner@canerlawoffice.com

       PLEASE TAKE NOTICE that, upon the annexed declaration of Lalit K. Loomba, Esq., dated May 26, 2022; the accompanying memorandum of law dated May 26, 2022; and all the prior proceedings herein, defendants City of New Rochelle, Commissioner Robert Gazzola, sued in his official capacity only (collectively, the "City"), Lane Schlesinger, Joseph F. Schaller and Myron W. Joseph (together with the City, the "City Defendants"), will move this Court, before the Hon. Nelson S. Roman, on July 12, 2022, or on such other date as the Court may determine,

for an Order, pursuant to Rule 12(b)(2), Rule 12(b)(5) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing portions of plaintiff's amended complaint as more particular set forth in the accompanying memorandum of law with prejudice, dismissing the individual City Defendants from this action with prejudice, and for such other, different and further relief as the Court in its discretion may deem just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to the briefing schedule established by order of the Court, opposition to the within motion must be served (but not filed) on the undersigned on June 27, 2022, and reply papers must be served on July 12, 2022. All papers are to be electronically filed on July 12, 2022.

Dated:   White Plains, New York
         May 26, 2022

                                                    Respectfully submitted,

                                                    WILSON, ELSER, MOSKOWITZ,
                                                    EDELMAN & DICKER LLP
                                                    Attorneys for the City Defendants

                                                    Lalit K. Loomba

                                                    1133 Westchester Avenue
                                                    White Plains, NY 10604
                                                    (914) 323-7000
                                                    Our File No. 07367.00109

8293850v.1