UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
MARC H. FISHMAN,

                      Plaintiff,                **DECLARATION**

  -against-                                  **19 CIV 265 (NSR)**

CITY OF NEW ROCHELLE, WESTCHESTER
COUNTY, et al.

                      Defendants.
---------------------------------------------------------------x

      **IRMA W. COSGRIFF,** an Attorney duly admitted to practice before the United States District Court for the Southern District of New York, declares pursuant to 28 U.S.C. § 1746:

      1.    I am an Associate County Attorney in the Office of John M. Nonna, Westchester County Attorney, attorney for the County of Westchester, (hereinafter "County Defendant") in the above-captioned action. I submit this Declaration in support of the County Defendant's Motion to Dismiss the First Amended Complaint.

      2.    Attached to this Declaration as **Exhibit A** is the Plaintiff's First Amended Complaint filed on March 10, 2022. *See*, Dkt. No. 47

      I declare, under penalty of perjury, that the foregoing is true and correct.


Executed on June 7, 2022                          **JOHN M. NONNA**
White Plains, New York                          Westchester County Attorney
                                                        *Counsel for the County Defendant*
                                                         /s/ Irma Cosgriff
                                                         _____
                                                         By:  Irma Cosgriff
                                                         Associate County Attorney
                                                        148 Martine Avenue, Suite 600
                                                        White Plains, New York 10601
                                                         (914) 995-3577

TO:    Caner Demirayak
        Law Office of Caner Demirayak, Esq.
        300 Cadman Plz W  FL 12
        Brooklyn, NY  11201
        Caner@canerlawoffice.com

        Lalit K. Loomba, Esq.
        Wilson Elser Moskowitz Edelman & Dicker, LLP
        1133 Westchester Avenue
        White Plains, NY 10604