## AFFIDAVIT OF SERVICE BY REGULAR FIRST CLASS MAIL

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF WESTCHESTER  )

NAILE HOXHAJ, being duly sworn, deposes and says:

I am not a party to this action, I am over 18 years of age; I am employed in White Plains, New York.

On June 7, 2022, I served one copy of the within ***NOTICE OF MOTION, DECLARATION WITH EXHIBIT "A" AND MEMORANDUM OF LAW*** (Re: Marc H. Fishman v. City of New Rochelle, et al. 19 Civ 265 (NSR) on the following

Caner Demirayak
Law Office of Caner Demirayak, Esq.
300 Cadman Plz W  FL 12
Brooklyn, NY  11201
Caner@canerlawoffice.com

Lalit K. Loomba, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
1133 Westchester Avenue
White Plains, NY 10604

being the address designated for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

NAILE HOXHAJ

Sworn to before me this
8th day of June 2022

NOTARY PUBLIC

Ellen A. Trotta
Notary Public, State of New York
Registration #01TR6043686
Qualified in Westchester County
My Commission Expires June 26, 2026