CITY COURT OF THE CITY OF NEW ROCHELLE
COUNTY OF WESTCHESTER

---

THE PEOPLE OF THE STATE OF NEW YORK

v.

MARC FISHMAN
3200 Netherland Avenue, #G
Bronx, New York 10463
D/O/B: 08/31/73    Defendants(s)

**MISDEMEANOR COMPLAINT**

---

BE IT KNOWN that the complainant herein: PO Schlesinger of the City of New Rochelle Police Department, Westchester County, New York, accuses the defendant(s) named above of the following offense(s) committed at 54 Halcyon Terrace in the City of New Rochelle, on or about December 15, 2018 at approximately 10:00 AM.

**COUNT ONE:** The Offense of CRIMINAL CONTEMPT IN THE SECOND DEGREE, a violation of Penal Law PL2155003AM2.

The Defendant(s) at the above date, time and place did engage in conduct that was intentional disobedience or resistance to the lawful process or other mandate of a court except in cases involving or growing out of labor disputes as defined by subdivision two of section seven hundred fifty-three-a of the judiciary law.

**To wit:** The defendant(s) at the above date, time and place, did violate an order of protection issued by Westchester County Family Court under docket O-07850-14/14A on June 27, 2017 that will expire on June 27, 2019 in favor of the victim Jennifer Solomon. Said order mandates that the defendant, *inter alia*, stay away from the victim's home. The defendant did violate the duly issued order by going to the victim's home in violation of the duly issued order of protection. The defendant stated in substance, that he was under the impression that because the social worker was with him, that he could go to the house. **THE PEOPLE INTEND TO INTRODUCE THE ABOVE STATEMENT AT TRIAL PURSUANT TO CPL 710.30.**

The above allegation(s) of fact are made by the complainant herein on direct knowledge (and upon information and belief), with the source(s) of complainant's information and the grounds for his or her belief being: police investigation, the defendant's statements, as well as the forthcoming order of protection issued by the Westchester Family Court.

**NOTICE:** PURSUANT TO THE PENAL LAW §210.45, IT IS A CRIME PUNISHABLE AS A CLASS A MISDEMEANOR TO KNOWINGLY MAKE A FALSE STATEMENT HEREIN.

December 17, 2018

PO / #1058

PO Schlesinger