...his attorney, Ian Spier, Esq., who must then provide that information to the mother's attorney and the Attorney for the Children, who must approve of that aide being present during the visits.

Since the conclusion of the trial, this Court has modified its interim order of visitation approximately three times to accommodate requests made by Mr. Fishman. At this point, the Court finds that the children are entitled to have a regular schedule of access to their father and Mr. Fishman's continuously changing visitation demands are not in their best interests. Consequently, there will be no further modification requests entertained by Mr. Fishman pending a final decision in the underlying matter.

Accordingly, it is hereby

ORDERED, that Jennifer Solomon shall continue to have sole legal and physical custody of Joanna Fishman (DOB:2/9/2004), Jonah Fishman (DOB: 11/20/2005), Aidan Fishman (DOB:7/14/2008) and Skye Fishman (DOB:7/14/2008); and it is further

ORDERED, that Marc Fishman may have supervised visits with the subject children every Saturday, commencing March 31, 2018, from 4PM to 7PM, supervised by Anne Elliot, LCSW; and it is further

ORDERED that if Mr. Fishman is unavailable for the visit, it shall not be rescheduled; and it is further

ORDERED, that Jennifer Solomon shall transport the children to and from that visit; and it is further

ORDERED that Mr. Fishman shall not operate a vehicle in which any of the children are passengers; and it is further

ORDERED, that the paternal grandparents may be present at any visit but no other third parties are to be present; and it is further

ORDERED, that Marc Fishman shall be solely responsible for the cost of the supervised visit; and it is further

ORDERED, that Mr. Fishman shall be permitted to take photos of the children during the visit; and it is further

ORDERED, that if Mr. Fishman chooses to secure an "aide" to be present during his visits, to assist him with the care of the children prior to the visit taking place he must provide the name and CV or resume and contact information of that ADA aide to his attorney Ian Spier, Esq. who must then provide that information to the mother's attorney and the Attorney for the Children; and it is further

Page 4 of 5

*[Handwritten note at bottom]:* So not complete Sty any im ev/dr of — protection cs Ms Solomon traveled and met us at visits

ORDERED that Mr. Fishman personally is not to send any further communication to this court, nor shall he forward any further demands for his attorney to forward to this Court, including any further "disability accommodation requests," as there is currently no further pending court proceeding.

This order shall remain in effect until further order of the court.

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE ATTORNEY FOR THE CHILD UPON THE APPELLANT, WHICHEVER IS EARLIEST.

Dated: March 30, 2018

ENTER

*[signature]*

Hon. Michelle I. Schauer
Judge of the Family Court