PLEASE TAKE NOTICE that the within
· a true copy of an order entered in
e office of the Clerk of the Family
6, 551, 656, 842 & 1056 the State of New York in the
County of Westchester.

GF5a 12/2013

No: NY059023J
der No: 2017-003868
NYSID No: _____

Date: 6/27/17

Jan H Vadis

Chief Clerk of the Court

Order Distributed
☐ P  ☑ R-ATY
☐ R  ☑ C-ATY
☐ DSS/SCU
☐ OTHER..........
☐ H

At a term of the Family Court of the State of New York, held in and for the County of Westchester, at Yonkers Family Court, 131 Warburton Avenue, Yonkers, NY 10701, on June 27, 2017

**PRESENT:** Honorable Michelle I. Schauer

In the Matter of a FAMILY OFFENSE Proceeding

Jennifer S Solomon (DOB: 12/24/1974),
    Petitioner

- against -

Marc H Fishman (DOB: 08/21/1972),
    Respondent

File # 131794
Docket # O-07850-14/14A & 15D & 16H & 16J

Order of Protection

Both Parties Present in Court

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CRIMINAL CONTEMPT, AND/OR MAY SUBJECT YOU TO FAMILY COURT PROSECUTION AND INCARCERATION FOR UP TO SIX MONTHS FOR CONTEMPT OF COURT.

THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY AGAINST WHOM THE ORDER IS ISSUED. THIS ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE COURT. THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS ORDER.

A petition under Article 8 of the Family Court Act, having been filed on September 11, 2014 in this Court and After Hearing, and Marc H Fishman having been present in Court and advised of the issuance and contents of this Order.

NOW, THEREFORE, IT IS HEREBY ORDERED that Marc H Fishman (DOB ███████) observe the following conditions of behavior:

[01] Stay away from:

[A] Jennifer S Solomon (DOB: ███████);

[B] the home of Jennifer S Solomon (DOB: ███████);

[E] the place of employment of Jennifer S Solomon (DOB: ███████) AT THE CHATSWORTH SCHOOL, INCLUDING THE CHATSWORTH SCHOOL GROUNDS.;

[14] Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other means with Jennifer S Solomon (DOB: ███████) BY ANY MEANS, INCLUDING THROUGH THIRD PARTIES.;

[02] Refrain from assault, stalking, harassment, aggravated harassment, menacing, reckless endangerment, strangulation, criminal obstruction of breathing or circulation, disorderly conduct, criminal mischief, sexual abuse, sexual misconduct, forcible touching, intimidation, threats, identity theft, grand larceny, coercion or any criminal offense against Jennifer S Solomon (DOB: ███████);

GF-5a Page 2
O-07850-14/14A
2017-003868

It is further ordered that this order of protection shall remain in force until and including June 27, 2019.

Dated: June 27, 2017

ENTER



Honorable Michelle I. Schauer

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE ATTORNEY FOR THE CHILD UPON THE APPELLANT, WHICHEVER IS EARLIEST.

**The Family Court Act** provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties authorizes, and sometimes requires such officer to arrest a person who is alleged to have violated its terms and to bring him or her before the court to face penalties authorized by law.

**Federal law** requires that this order is effective outside, as well as inside, New York State. It must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if the person restrained by the order is an intimate partner of the protected party and has or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect due process rights (18 U.S.C §§ 2265, 2266).

**It is a federal crime to:**
- cross state lines to violate this order or to stalk, harass or commit domestic violence against an intimate partner or family member;
- buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition while this Order remains in effect (Note: there is a limited exception for military or law enforcement officers but only while they are on duty) ; and
- buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition after a conviction of a domestic violence-related crime involving the use or attempted use of physical force or a deadly weapon against an intimate partner or family member, even after this Order has expired (18 U.S.C. §§ 922(g)(8), 922(g)(9), 2261, 2261A, 2262).

**Check Applicable Box(es):**

[x] Party against whom order was issued was advised in Court of issuance and contents of Order

[x] Order personally served in Court upon party against whom order was issued

[ ] Service directed by other means[specify]: _____

[ ] [Modifications or extensions only]: Order mailed on [specify date and to whom mailed]:

[ ] Warrant issued for party against whom order was issued[specify date]: _____

[ ] ADDITIONAL SERVICE INFORMATION [specify]: _____

STATE OF NEW YORK [certification stamp, partially illegible]
I, James M. [illegible], Chief Clerk ... do hereby certify ... is a true and correct copy ... IN WITNESS WHEREOF ... the official Seal of ... Court for the County of Westchester
Date: 12/21/18
Chief Clerk