## Command Discipline Report
### New Rochelle Police Department

| Officer's Name | Rank | Employee Number | Assignment |
|---|---|---|---|
| Lane Schlesinger | Police Officer | 10097 | P.S.D. – Third Tour |

Investigation has been completed concerning the violation charged herein. The finding and the disciplinary action recommended are indicated below. You may accept the finding and the proposed disciplinary action or decline to accept the finding and the proposed disciplinary action in lieu of a statutory hearing on written charges before a hearing officer.

**Summary of Investigation and Disposition of Complaint:**

On July 18, 2013, Police Officer Lane Schlesinger made an arrest for which criminal chargers were to be filed with the District Attorney's office. P.O. Schlesinger failed to file the appropriate charges prior to the Defendant's return to court on July 23, 2013.

By his actions, P.O. Schlesinger violated section. 7.5 of this Department's Rules and Regulations.

| Finding | Disciplinary Action Recommended |
|---|---|
| Sustained | Letter of Reprimand |
| Signature of Division Commander | Date 10/8/13 |

**To Be Completed By Officer Charged:**

I understand that I do not have to accept the findings and the disciplinary action recommended by my commanding officer. My right to a statutory hearing before a hearing officer has been explained to me and I hereby voluntarily:

( ✓ ) **Accept** the finding and the proposed disciplinary action.

(   ) **Decline** to accept any disciplinary action without a statutory hearing.

| Officer's Signature | Date | Witnessed by: |
|---|---|---|
| P.O. Schlesinger | 10/8/13 | CAPT GAZZOLA |

CO 1A

City Of New Rochelle
New York

Interdepartmental communication

To: Police Officer Lane Schlesinger  P.O. #1038

From: Captain Robert Gazzola

Subject: Letter of Reprimand

Date: Oct. 8, 2013

This letter of Reprimand is issued in connection with Command Discipline Number 30/13, which was served upon you on 10/8/13 and accepted by you on 10/8/13.

You are hereby formally reprimanded for the conduct stated in the above referenced Command Discipline. Failing to file appropriate charges with the District Attorney's office regarding an arrest you made interferes with the efficient and orderly operation of the Police Department.

You are hereby advised that any further misconduct on your part including, but not limited to, the conduct described above, will result in the imposition of discipline as provided for in Chapter 6 of the New Rochelle Police Departments Manual of Procedure and Article 75 of the New York State Civil Service Law.

cc: Disciplinary File

City Of New Rochelle
New York

Interdepartmental communication

To: Police Officer Lane Schlesinger

From: Captain Robert Gazzola

Subject: Proposed Disciplinary Action

Date:

1) Attached hereto please find a copy of charges against you alleging misconduct on your part.

2) A penalty of a letter of reprimand is proposed.

3) You have eight (8) days in which to answer this communication. Such answer shall be on the form attached or in similar form and must be in my office no later than _____.

   Should you fail to respond, such failure shall be construed as not contesting the proposed disciplinary action and accepting the proposed penalty therefore without a hearing.

4) You have the right to be represented by Counsel and / or other representative of your choosing.