## Command Discipline Report
## New Rochelle Police Department

| Officer's Name | Rank | Employee Number | Assignment |
|---|---|---|---|
| Myron Joseph | Sergeant | 6866 | PSD/ Traffic Unit |

Investigation has been completed concerning the violation charged herein. The finding and the disciplinary action recommended are indicated below. You may accept the finding and the proposed disciplinary action or decline to accept the finding and the proposed disciplinary action in lieu of a statutory hearing on written charges before a hearing officer.

**Summary of Investigation and Disposition of Complaint:**

On March 14, 2005 at 2100 hrs, Sergeant Myron Joseph, while supervising harassment complaint failed to take proper police action in that he attempted to legitimize the actions of the suspect and therefore prevented his lawful arrest. Sergeant Joseph's inappropriate action was also detrimental the good order and efficiency of the department.

By his actions he violated sections 1.2 & 2.8 of this Department's Rules and Regulations.

| Finding | Disciplinary Action Recommended |
|---|---|
| **Sustained** | **Loss of one (1) leave day** |

| Signature of Division Commander | Date |
|---|---|
| [signature] | 5/17/05 |

**To Be Completed By Officer Charged:**

I understand that I do not have to accept the findings and the disciplinary action recommended by my commanding officer. My right to a statutory hearing before a hearing officer has been explained to me and I hereby voluntarily:

( ✓ ) **Accept** the finding and the proposed disciplinary action.

(    ) **Decline** to accept any disciplinary action without a statutory hearing.

| Officer's Signature | Date | Witnessed by: |
|---|---|---|
| [signature] Myron Joseph COPIA | 5-17-05 | CPT GAZZOLA [signature] |

| | POLICE DEPARTMENT<br>CITY OF NEW ROCHELLE, N.Y. | |
|---|---|---|
| DATE OF REPORT<br>11 May 2005 | | COMPLAINT NUMBER<br>22-05 |
| COMPLAINANT'S NAME<br>Lieut George Masseo | ADDRESS<br>475 North Ave. | PHONE NO. (HOME & BUSINESS)<br>654-2221 |
| DATE AND TIME RECEIVED | COMPLAINT RECEIVED BY | HOW RECEIVED |
| DATE AND TIME OF OCCURRENCE<br>14 March 05 2100 hrs | LOCATION OF OCCURRENCE<br>475 North Ave. | |
| OFFICER(S) INVOLVED<br>Sgt Myron Joseph  Shield #18  Employee # 6866 | RANK | SHIELD NUMBER(S) |
| WITNESSES NAME | ADDRESS | PHONE NO. (HOME & BUSINESS) |

STATEMENT OF COMPLAINT

Section 1.2 of the NRPD Rules and Regulations states that members of the Department will always take approate police action.
Section 2.8 of the NRPD Rules and regulations states that members of the Department will not take action which is detrimental to the good order and efficiency of the Department.

To wit:
Based on an investigation conducted by Lt Fortunato it was found that at the above stated place date and time Sgt Joseph while supervising a harassment complaint failed to take proper police action in that he attempted to legitimatize the actions of the suspect and therefore preventing his lawful arrest in violation of section 1.2 of the NRPD Rules and Regulations. His failure to take action was conduct which was also detrimental to the good order and efficiency of the Department which is a violation of section 2.8 Of the NRPD Rules and Regulations.

For these violations I recommend the loss of one days leave.

In making this complaint I agree to be available for any Department Trial or Hearing as may come due. I further understand that the making of a false statement in this instrument is punishable as a Class A Misdemeanor pursuant to Section 210.45 of the Penal Law of the Sate of New York.

MP
6-22-05

_____
SIGNATURE OF COMPLAINANT

Sworn to before me this

_____ day of _____ 20___

_____
NOTARY PUBLIC, WESTCHESTER COUNTY