# Command Discipline Report
## New Rochelle Police Department

| Officer's Name | Rank | Employee Number | Assignment |
|---|---|---|---|
| Myron Joseph | Sergeant | 6866 | P.S.D -. Traffic Supervisor |

Investigation has been completed concerning the violation charged herein. The finding and the disciplinary action recommended are indicated below. You may accept the finding and the proposed disciplinary action or decline to accept the finding and the proposed disciplinary action in lieu of a statutory hearing on written charges before a hearing officer.

**Summary of Investigation and Disposition of Complaint:**

On July 20, 2008 at approximately 0015 hours, Sergeant Myron Joseph was working a Special Duty Detail at New Roc City and took police action without notifying the dispatcher. As a result, no CAD entry was generated.

By his actions, Sgt. Joseph violated section 1.12 of this Department's Rules and Regulations.

| Finding | Disciplinary Action Recommended |
|---|---|
| Sustained | Letter of Reprimand |
| Signature of Division Commander | Date |
| [signed] | 7/6/09 |

**To Be Completed By Officer Charged:**

I understand that I do not have to accept the findings and the disciplinary action recommended by my commanding officer. My right to a statutory hearing before a hearing officer has been explained to me and I hereby voluntarily:

( ✓ ) **Accept** the finding and the proposed disciplinary action.

(   ) **Decline** to accept any disciplinary action without a statutory hearing.

| Officer's Signature | Date | Witnessed by: |
|---|---|---|
| Sgt M Joseph [signed] CO 1A | 7/6/09 | CAPT. GAZZOLA |

City Of New Rochelle
New York

Interdepartmental communication

To: Sergeant Myron Joseph  *SM Joseph 18*

From: Captain Robert Gazzola  *Cpt [signature]*

Subject: Letter of Reprimand

Date:  July 6, 2009

This letter of Reprimand is issued in connection with Command Discipline Number 80/08, which was served upon you on ___7/6/09___ and accepted by you on ___7/6/09___.

You are hereby formally reprimanded for the conduct stated in the above referenced Command Discipline. Failing to ensure that all calls for service receive a CAD entry interferes with the efficient and orderly operation of the Police Department.

You are hereby advised that any further misconduct on your part including, but not limited to, the conduct described above, will result in the imposition of discipline as provided for in Chapter 6 of the New Rochelle Police Departments Manual of Procedure and Article 75 of the New York State Civil Service Law.

cc:  Disciplinary File

City Of New Rochelle
New York

Interdepartmental communication

To:   Sgt. Myron Joseph

From: Capt. Robert Gazzola

Subject: Proposed Disciplinary Action

Date:

1) Attached hereto please find a copy of charges against you alleging misconduct on your part.

2) A penalty of a letter of reprimand is proposed.

3) You have eight (8) days in which to answer this communication. Such answer shall be on the form attached or in similar form and must be in my office no later than_____.

   Should you fail to respond, such failure shall be construed as not contesting the proposed disciplinary action and accepting the proposed penalty therefore without a hearing.

4) You have the right to be represented by Counsel and / or other representative of your choosing.

| | | |
|---|---|---|
| **DATE OF REPORT**<br>12 August 2008 | **POLICE DEPARTMENT**<br>**CITY OF NEW ROCHELLE, N.Y.** | **COMPLAINT NUMBER**<br>80/08 |
| **COMPLAINANT'S NAME**<br>Lt George Marshall | **ADDRESS**<br>475 North Avenue NR, NY | **PHONE NO. (HOME & BUSINESS)** |
| **DATE AND TIME RECEIVED**<br>23 July 2008 1300hrs | **COMPLAINT RECEIVED BY** | **HOW RECEIVED** |
| **DATE AND TIME OF OCCURRENCE**<br>20 July 2008 0015hrs | **LOCATION OF OCCURRENCE**<br>New Roc City | |

| OFFICER(S) INVOLVED | RANK | SHIELD NUMBER(S) |
|---|---|---|
| Myron Joseph | Sergeant | 6866 |

| WITNESSES NAME | ADDRESS | PHONE NO. (HOME & BUSINESS) |
|---|---|---|
| | 100 New Street Lofts Apartments | |

**STATEMENT OF COMPLAINT**

The New Rochelle Police Department Rules and Regulations state:

1.12 All calls for service will receive a CAD entry.

On 20 July 2008 at approximately 0015hrs Sergeant Joseph, who was working a SDD assignment at New Roc City received a complaint of a loud party at 100 New Street/ The Loft Apartments being held by Mr.         . Sgt Joseph received the complaint in person from a security officer at New Roc. Sgt Joseph responded to the location and took police action to resolve the matter. He failed to notify the dispatcher that he was responding to the incident location therefore no CAD entry was generated.

I find that Sergeant Joseph did violate 1.12 of the Rules and Regulations of the New Rochelle Police Department.

In making this complaint I agree to be available for any Department Trial or Hearing as may come due. I further understand that the making of a false statement in this instrument is punishable as a Class A Misdemeanor pursuant to Section 210.45 of the Penal Law of the Sate of New York.

SIGNATURE OF COMPLAINANT

Sworn to before me this

_____ day of _____ 20___

NOTARY PUBLIC, WESTCHESTER COUNTY
STATE OF NEW YORK