| | |
|---|---|
| CITY COURT OF THE CITY OF NEW ROCHELLE<br>COUNTY OF WESTCHESTER | Family Offense |
| THE PEOPLE OF THE STATE OF NEW YORK<br>v.<br><br>MARC FISHMAN<br>3200 Netherland Ave, #G<br>Bronx, NY 10466<br>D/O/B: 08/21/1972          Defendant(s) | SUPERCEDING<br>MISDEMEANOR<br>INFORMATION |

BE IT KNOWN that the complainant herein: PO ___MOSKALIK___ of the City of New Rochelle Police Department, Westchester County, New York, accuses the defendant(s) named above of the following offense(s) committed at 54 HALCYON TERRACE, in the City of New Rochelle, on or about DECEMBER 15, 2018 at approximately 10:00 AM.

**COUNT ONE:** The Offense of CRIMINAL CONTEMPT IN THE SECOND DEGREE, a violation of Penal Law PL2155003AM2.

The Defendant(s) at the above date, time and place did engage in conduct that was intentional disobedience or resistance to the lawful process or other mandate of a court except in cases involving or growing out of labor disputes as defined by subdivision two of section seven hundred fifty-three-a of the judiciary law.

To wit: The defendant(s) at the above date, time and place, did violate an order of protection issued by Westchester County Family Court under docket )-07850-14/14A on June 27, 2017, that expires on June 27, 2019, in favor of the victim, Jennifer Solomon. Said order mandates that the defendant, inter alia, stay away from the victims' home. The defendant violated the duly issued order of protection by going to the victims' home in violation of the duly issued order of protection. The defendant stated in substance, that he was under the impression that because the social worker was with him, that he could go to the house. **PURSUANT TO CPL 710.30, THESE STATEMENTS WILL BE USED AGAINST DEFENDANT AT TRIAL.**

The above allegation(s) of fact are made by the complainant herein on direct knowledge (and upon information and belief), with the source(s) of complainant's information and the grounds for his or her belief being: attached supporting deposition, the defendant's statements and the attached Family Court Order of Protection (File #121794) and Decision and Order After Fact-Finding from the Honorable Michelle Schauer.

**NOTICE: PURSUANT TO THE PENAL LAW §210.45, IT IS A CRIME PUNISHABLE AS A CLASS A MISDEMEANOR TO KNOWINGLY MAKE A FALSE STATEMENT HEREIN.**

November 7, 2019

_____PO. Moskalik #1074_____
Signed