UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MARC H. FISHMAN,

                Plaintiffs.

- against -

CITY OF NEW ROCHELLE, POLICE OFFICER
LANE SCHLESINGER SHIELD # 1058, JOSEPH
F. SCHALLER, ROBERT GAZZOLA, IN HIS
OFFICIAL CAPACITY AS POLICE
COMMISSIONER OF THE CITY OF NEW
ROCHELLE POLICE DEPARTMENT,
SERGEANT MYRON JOSEPH SHIELD # 18, &
COUNTY OF WESTCHESTER,

                Defendants.
------------------------------------------------------------------------X

Index No.: 19-cv-00265-NSR

**<u>DECLARATION OF SERVICE</u>**

CANER DEMIRAYAK, ESQ., pursuant to 28 U.S.C. 1746(2) declares as follows:

1. That he is not a party to this matter and is above the age of 18 and that on July 11, 2022 he served the within OPPOSITION PAPERS TO MOTIONS TO DISMISS upon the following persons by e-mail and mail:

| Wilson Elser Moskowitz Edelman & Dicker LLP<br>1133 Westchester Avenue<br>White Plains, NY 10604<br>914.872.7118 (Direct)<br>914.500.3902 (Cell)<br>914.323.7000 (Main)<br>914.323.7001 (Fax)<br>lalit.loomba@wilsonelser.com | Irma W. Cosgriff<br>Associate County Attorney<br>of counsel to<br>John M. Nonna<br>Westchester County Attorney<br>148 Martine Avenue, 6th Floor<br>White Plains, New York 10601<br>914-995-3577<br>914-995-3132 (fax)<br>IWC1@Westchestergov.com |
|---|---|

2. I under penalty of perjury that the foregoing is true and correct.

Executed on July 11, 2022

                           _____/s/_____
                           **CANER DEMIRAYAK**