

**Littler Mendelson, P.C.**
290 Broadhollow Road
Suite 305
Melville, NY  11747

Vernée C. Pelage
631.247.4763 direct
631.247.4700 main
631. 479.1974 fax
vpelage@littler.com

February 4, 2023

**VIA ECF**

Honorable Nelson Stephen Román
United States District Judge
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    ***Fishman v. City of New Rochelle et al.***
                 **Docket No.: 19-cv-00265 (NSR)**

Dear Judge Román:

I write to respectfully request withdrawal as counsel for Defendants City of New Rochelle, Robert Gazzola, Myron Joseph, and Joseph F. Schaller ("Defendants"), in the above-referenced matter. I am no longer associated with Wilson Elser Moskowitz Edelman & Dicker LLP, thus, I am no longer involved in this matter.

Accordingly, I request to be removed as counsel and for the Clerk of the Court to remove me from any future ECF bounces or filings.

Thank you for your time and attention to this matter.

Respectfully submitted,

*V. Pelage*

Vernée C. Pelage