UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
FISHMAN,

                          Plaintiff(s),

- against -

CITY OF NEW ROCHELLE, et al.

                          Defendant(s).
-------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

19 cv 0265 (NSR)(PED)

The above-entitled action is referred to the Honorable Paul E. Davison, United States Magistrate Judge, for the following purpose(s):

__X__ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

____ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

____ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

____ JURY SELECTION

____ HABEAS CORPUS

____ INQUEST AFTER DEFAULT / DAMAGES HEARING

____ SOCIAL SECURITY

____ SETTLEMENT

____ CONSENT UNDER 28 U.S.C. 636(C) FOR ALL PURPOSES (including trial)

____ CONSENT UNDER 28 U.S.C. 636(C) FOR LIMITED PURPOSE OF _____

Dated: White Plains, New York
       **March 17, 2023**

SO ORDERED:

_____
NELSON S. ROMÁN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: **3/17/2023**

* Do not check if already referred for General Pre-Trial.     Rev. 9/10