UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

MARC FISHMAN

                                                 Plaintiff(s),

**CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

- against -

CITY OF NEW ROCHELLE, ET AL.,

                                         Defendant(s).   19 CV 265 (NSR)

-------------------------------------------------------------x

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: 3/17/2023

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [XXXX consent] [do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case [is] [XXX is not] to be tried to a jury.

3. Joinder of additional parties must be accomplished by __04-03-23__.

4. Amended pleadings may be filed until __04-03-23__.

5. Interrogatories shall be served no later than __05-26-23__, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 [shall] [shall not] apply to this case.

6. First request for production of documents, if any, shall be served no later than 04-28-23.

7. Non-expert depositions shall be completed by 09-29-23.

   a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

   b. Depositions shall proceed concurrently.

   c. Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than 10-27-23.

9. Requests to Admit, if any, shall be served no later than 11-30-23.

10. Expert reports shall be served no later than 01-31-24.

11. Rebuttal expert reports shall be served no later than 02-29-24.

12. Expert depositions shall be completed by 03-29-24.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY** 03-29-24.

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. __Paul E. Davison__.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for __April 18, 2024__, at __10:00 am__. (The Court will set this date at the initial conference.) This conference will be held by AT&T Teleconference. To access the teleconference, please follow these directions: (1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest.

SO ORDERED.

Dated: White Plains, New York
       **March 17, 2023**

Nelson S. Román, U.S. District Judge