# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

March 22, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Fishman,<br><br>Plaintiff(s),<br><br>*- against -*<br><br>City of New Rochelle, et al.,<br><br>Defendant(s). | **SCHEDULING ORDER**<br><br>7:19-cv-00265-NSR-PED |

The Court has scheduled a **Telephone Conference** before the Honorable Paul E. Davison, United States Magistrate Judge, on **April 25, 2023 at 10 a.m.**

**PLEASE NOTE JUDGE DAVISON'S COVID-19 ORDER** (docketed separately) setting forth procedures applicable to all civil cases.

**PLEASE NOTIFY YOUR ADVERSARY OF THIS SCHEDULE IMMEDIATELY**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Mar 22, 2023**

DOC # _____

SO ORDERED:

*[signature]*
Hon. Paul E. Davison
United States Magistrate Judge

3/22/23