

300 Cadman Plaza W, 12 FL
Brooklyn, NY 11201
Fax: 646-679-2527

718-344-6048
caner@canerlawoffice.com

April 21, 2023

Hon. Paul E. Davison
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

      **Re:**    File: <u>00194-Fishman</u>
              Marc Fishman v City of New Rochelle, et al
              Case Number: 19-cv-00265-NSR

Dear Magistrate Judge Davison:

      I am counsel to the plaintiff in the above captioned case. I write to you seeking an adjournment of the April 25, 2023 10:00 a.m. phone conference. The reason for this request is that I will be actively engaged in sentencing in the matter of *People v Campbell* for docket numbers IND-71330-21, IND-72276-21, IND-72965-22, and IND-73474-21 in the Supreme Court, Kings County: Criminal Term before the Honorable Susan Quirk at the same time the phone conference is scheduled, which cannot be rescheduled. I notified counsel for defendants on April 21, 2023 of this request and have not yet received a response. My availability for the adjournment is as follows: April 25, 2023 at 2:15 p.m., April 25, 2023 at 2:15 p.m., April 27, 2023 at 2:15 p.m., April 28, 2023 at 10:00 a.m., May 2, 2023, May 10, 2023, May 19, 2023 at 10:00 a.m., May 23, 2023 10:00 a.m., May 29, 2023, May 30, 2023 2:15 p.m.

      This adjournment should not result in a delay of discovery as both sides have exchanged their initial disclosures and the undersigned has provided over 1,300 pages of discovery thus far. Both sides have served Rule 34 demands and the undersigned has noticed defendants for their Rule 30b6 deposition and served limited interrogatories.

      This is the first request for an adjournment and my adversary has not yet taken a position on this request.

      Thank you for your consideration of this request.

                                                      Very truly yours,

                                                      Caner Demirayak, Esq.

CC:    Defense Counsel via ECF