

**399 KNOLLWOOD ROAD, SUITE 220**
**WHITE PLAINS, NEW YORK 10603**
Tel: 914.997.0555
Fax: 914.997.0550

April 21, 2023

*Via ECF*

Hon. Paul E. Davison
United States Magistrate Judge
United States District Court
 for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      **Re**: <u>Mark Fishman v. City of New Rochelle, et al., Docket No. 19-CV-265 (NSR)</u>

Dear Judge Davison:

    The Quinn Law Firm represents the City of New Rochelle in the referenced action. At this juncture, the City of New Rochelle is the sole remaining defendant.

    We write in response to plaintiff's request for an adjournment of the case management conference, currently scheduled for April 25, 2023, at 10:00 a.m. We do not oppose the request. We are available on each of the dates/times suggested by plaintiff's counsel with the exception of April 28, May 2 and May 29 (which is Memorial Day).

                          Respectfully submitted,

                          THE QUINN LAW FIRM

                          */s/ Lalit K. Loomba*
                          Lalit K. Loomba, Esq.

                          399 Knollwood Road, Suite 220
                          White Plains, NY 10603
                          (914) 997-0555

Cc: Counsel of Record via ECF