UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
MARC FISHMAN,                                  :   Docket No.
                                                              19-CV-265 (NSR)
                            Plaintiff,            :

  -against-                                         :   NOTICE OF APPEARANCE

CITY OF NEW ROCHELLE, LANE SCHLESINGER, :
SHIELD #1058, JOSEPH F. SCHALLER, ROBERT
GAZOLLA, IN HIS OFFICIAL CAPACITY AS        :
POLICE COMMISSIONER OF THE CITY OF NEW
ROCHELLE POLICE DEPARTMENT, SERGEANT :
MYRON JOSEPH SHIELD #18, & COUNTY OF
WESTCHESTER,                                              :

                      Defendants.              :

------------------------------------------------------------------- X

      **PLEASE TAKE NOTICE** that Marykate Acquisto, Esq. of The Quinn Law Firm **PLLC** does hereby enter her appearance on behalf of Defendant CITY OF NEW ROCHELLE in the above-captioned matter.

Dated: White Plains, New York
       July 31, 2023

                                        Respectfully submitted,
                                        THE QUINN LAW FIRM, PLLC

                By:   *Marykate Acquisto*
                        Marykate Acquisto (MA3041)
                        399 Knollwood Road, Suite 220
                        White Plains, New York 10603
                        Tel: (914) 997-0555
                        Fax: (914) 997-0550
                        macquisto@quinnlawny.com