UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

  MARC FISHMAN,

                          Plaintiff.

              - against -

CITY OF NEW ROCHELLE, LANE
SCHLESINGER, SHIELD # 1058, JOSEPH F.
SCHALLER, ROBERT GAZOLLA, IN HIS
OFFICIAL CAPACITY AS POLICE
COMMISSIONER OF THE CITY OF NEW
ROCHELLE POLICE DEPARTMENT,
SERGEANT MYRON JOSEPH SHIELD # 18,
AND COUNTY OF WESTCHESTER,

                      Defendants.
------------------------------------------------------------------------X

**NOTICE OF MOTION FOR RECONSIDERATION**

19-cv-00265-NSR

     **PLEASE TAKE NOTICE THAT** upon the annexed memorandum of law, and upon all the prior pleadings and proceedings in this matter, plaintiff, MARC FISHMAN will move this Court before the Honorable Nelson S. Roman, United States District Judge, Southern District of New York, United States Courthouse, 300 Quarropas Street, White Plains, New York on the **21st Day of August, 2023** for an order (1) **pursuant to 28 U.S.C. 636(b)(1)(A) for reconsideration of Magistrate Judge Victoria Reznik's docket order denying plaintiff's motion for recusal, (2) pursuant to 28 U.S.C. 636(b)(1)(A) for reconsideration of Magistrate Judge Victoria Reznik's *sua sponte* docket order compelling plaintiff to appear for a deposition in person as opposed to via a reliable remote video conferencing deposition** and for such other relief as the court deems proper.

     **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 6.1 answering papers, if any, must be served upon the undersigned at least fourteen (14) days before the return date of this motion and no later than August 7, 2023.

LAW OFFICE OF CANER DEMIRAYAK, ESQ., P.C.

Dated: Brooklyn, New York
       July 31, 2023

_____
Caner Demirayak, Esq.
300 Cadman Plaza West
One Pierrepont Plaza, 12th Floor
Brooklyn, New York 11201
718-344-6048
Fax: 646-679-2527
caner@canerlawoffice.com

TO:    The Quinn Law Firm
        399 Knollwood Road
        Suite 220
        White Plains, New York 10603