CASREF,ECF,PRO-SE

# U.S. District Court
## Southern District of New York (White Plains)
## CIVIL DOCKET FOR CASE #: 7:19-cv-00265-NSR-VR

| | |
|---|---|
| Fishman v. City of New Rochelle et al | Date Filed: 01/08/2019 |
| Assigned to: Judge Nelson Stephen Roman | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Victoria Reznik | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

**Marc H. Fishman**  represented by  **Caner Demirayak**
*Individually, and on behalf of all others* Law Office of Caner Demirayak, Esq.
*similary situated* 300 Cadman Plz W FL 12
*TERMINATED: 03/14/2022* 11201-3226
 Brooklyn, NY 11201
 718-344-6048
 Email: caner@canerlawoffice.com
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marc H. Fishman**  represented by  **Caner Demirayak**
 (See above for address)
 *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**City of New Rochelle**  represented by  **Lalit Kumar Loomba**
 The Quinn Law Firm
 399 Knollwood Road
 White Plains, NY 10603
 914-997-0555
 Email: lloomba@quinnlawny.com
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

 **Marykate Acquisto**
 The Quinn Law Firm, PLLC
 399 Knollwood Rd
 Suite 220
 White Plains, NY 10603
 914-997-0555
 Fax: 914-997-0550
 Email: macquisto@quinnlawny.com
 *ATTORNEY TO BE NOTICED*

 **Peter Alexander Meisels**
 Wilson Elser Moskowitz Edelman & Dicker

LLP (White Plains)  
1133 Westchester Avenue  
White Plains, NY 10604  
(914) 323-7000  
Fax: (914) 323-7001  
Email: peter.meisels@wilsonelser.com  
*ATTORNEY TO BE NOTICED*

**Vernee Ciara Pelage**  
Littler Mendelson  
290 Broadhollow Road  
Suite 305  
Melville, NY 11747  
631-247-4700  
Email: vpelage@littler.com  
*TERMINATED: 02/06/2023*

**Defendant**

**New Rochelle Police Department**  
*TERMINATED: 02/11/2019*

**Defendant**

**Police Officer Lane Schlesinger**  
*Shield No. 1058*  
*TERMINATED: 02/01/2023*

represented by **Lalit Kumar Loomba**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Commissioner Joseph F. Schaller**  
*TERMINATED: 02/01/2023*

represented by **Lalit Kumar Loomba**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Peter Alexander Meisels**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Vernee Ciara Pelage**  
(See above for address)  
*TERMINATED: 02/06/2023*

**Defendant**

**Police Detective W. Joseph**  
*Shield No. 18*  
*TERMINATED: 03/14/2022*

represented by **Lalit Kumar Loomba**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Westchester County**  
*TERMINATED: 03/14/2022*

represented by **Irma Wheatfield Cosgriff**  
Westchester County Attorney's Office  
148 Martine Avenue, Room 600  
White Plains, NY 10601  
(914) 995-3577

Fax: 914 995-3132
Email: iwc1@westchestergov.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Taryn Anita Chapman**
Westchester County Attorney's Office
148 Martine Avenue, 6th Floor
White Plains, NY 10048
(914)-995-2684
Fax: (914) 995-3132
Email: tal5@westchestergov.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Gazzola**
*in his official capacity as Police Commissioner of the City of New Rochelle Police Department*
*TERMINATED: 02/01/2023*

represented by **Lalit Kumar Loomba**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Alexander Meisels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vernee Ciara Pelage**
(See above for address)
*TERMINATED: 02/06/2023*

**Defendant**

**Sergeant Myron Joseph**
*Shield # 18*
*TERMINATED: 02/01/2023*

represented by **Lalit Kumar Loomba**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Alexander Meisels**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vernee Ciara Pelage**
(See above for address)
*TERMINATED: 02/06/2023*

**Defendant**

**County of Westchester**
*TERMINATED: 02/01/2023*

represented by **Irma Wheatfield Cosgriff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/19/2023 | | Minute Entry for proceedings held before Magistrate Judge Victoria Reznik. Telephone Status Conference held on 07/19/2023. The Court treats the Plaintiffs premotion letter (ECF Nos. 123, 124, 127), as a motion to recuse on the merits, because no further briefing is necessary to decide the issue. For the reasons explained on the record, the motion is |

| | |
|---|---|
| | DENIED pursuant to Advisory Opinion No. 97 from the Committee on Codes of Conduct. As for the parties dispute over whether to hold Plaintiffs deposition in person or remote, for the reasons explained on the record, the parties are directed as follows. The deposition should be held in person, at a location that is outside of New York State, but close enough to New York State so that defense counsel can reasonably travel to the deposition. The parties shall meet and confer as to the location. Additionally, the parties should ensure that Plaintiff is provided with real time transcription services during the deposition. Finally, the parties should meet and confer as to sharing the cost of this service. It appears that the remaining discovery issues raised in the parties letters (ECF Nos. 124, 125, 127), are not ripe for Court intervention. Defendant is waiting for Plaintiff to provide HIPAA authorizations. The parties will inform the Court if the requested documents have not been produced and/or whether they will need any extensions of discovery. Next Telephone Status Conference scheduled for September 7, 2023, at 11:00 AM. Recorded on AT&T Conference Line. (AR) (Entered: 07/19/2023) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/31/2023 15:51:51 | | | |
| **PACER Login:** | Canersoup | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 7:19-cv-00265-NSR-VR Start date: 7/19/2023 End date: 7/19/2023 |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |