Caner Demirayak <caner@canerlawoffice.com>

## Marc Fishman v City of New Rochelle
2 messages

---

**Caner Demirayak** <caner@canerlawoffice.com>                                                   Mon, Jul 31, 2023 at 3:55 PM
To: Lalit Loomba <lloomba@quinnlawny.com>

Dear Mr. Loomba:

I am enclosing for service, plaintiff's motion for reconsideration.

--
Caner Demirayak, Esq.
The Law Office of Caner Demirayak, Esq.
300 Cadman Plaza West
One Pierrepont Plaza, 12th Floor
Brooklyn, New York 11201
1-718-344-6048 (tel)
1-646-679-2527 (fax)

 **Motion to Recuse.pdf**
1900K

---

**Caner Demirayak** <caner@canerlawoffice.com>                                                   Mon, Jul 31, 2023 at 3:58 PM
To: Lalit Loomba <lloomba@quinnlawny.com>

[Quoted text hidden]

 **Image_20230731_0006.pdf**
268K