

**THE QUINN LAW FIRM**

**MEMO ENDORSED**

399 KNOLLWOOD ROAD, SUITE 220
WHITE PLAINS, NEW YORK 10603
Tel: 914.997.0555
Fax: 914.997.0550

January 5, 2024

**By ECF**

Hon. Victoria Reznik
United States Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

Re:   Fishman v. City of New Rochelle
      19-CV-265 (NSR) (VR)

Dear Magistrate Judge Reznik:

The Quinn Law Firm represents defendant City of New Rochelle ("City") in the above-referenced action.  At the Court's direction, we are submitting this letter, jointly with counsel for plaintiff, to advise regarding the status of discovery.

Earlier today I emailed plaintiff's counsel asking whether he intended on taking any additional depositions and whether there was anything else on his agenda regarding discovery. Plaintiff's counsel replied stating, in relevant part, "We are deeming discovery closed at this point."  The City likewise does not intend to pursue any additional discovery.

Respectfully submitted,

Lalit K. Loomba

Cc:  Caner Demirayak, Esq.

The Court thanks the parties for their status update.  As discovery appears to be complete, Judge Reznik will no longer require status updates or conferences with the parties.  Of course, the parties are welcome to contact Judge Reznik if any issues arise before their Case Management Conference before Judge Román, currently scheduled for April 18, 2024.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: January 8, 2024