

300 Cadman Plaza W, 12 FL  
Brooklyn, NY 11201  
Fax: 646-679-2527

718-344-6048  
caner@canerlawoffice.com

July 8, 2024

Hon. Nelson S. Roman  
United States District Judge  
Southern District of New York  
300 Quarropas Street  
White Plains, New York 10601-4150

    **Re:**    File: <u>00194-Fishman</u>  
            Marc Fishman v City of New Rochelle, et al  
            Case Number: 19-cv-00265-NSR

Dear Judge Roman:

    I represent the plaintiff Marc Fishman. In accordance with your order and individual rules, I write to advise that on July 8, 2024 I served the following papers in opposition to defendant's motion for summary judgment on defense counsel:

1. Local Rule 56.1 Counter Statement of Material Facts

2. Declaration of Caner Demirayak, Esq.
    a. Exhibits 1-16

3. Memorandum of Law

    All papers will be electronically filed on July 23, 2024 and courtesy copies will be provided to chambers. Thank you for your time and attention to this matter.

                              Respectfully submitted,

                              Caner Demirayak, Esq.

Encl.