UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

| | |
|---|---|
| MARC FISHMAN, | **NOTICE OF MOTION FOR SUMMARY JUDGMENT** |
| Plaintiff. | |
| | 19-cv-00265-NSR |
| - against - | |
| CITY OF NEW ROCHELLE, LANE SCHLESINGER, SHIELD # 1058, JOSEPH F. SCHALLER, ROBERT GAZOLLA, IN HIS OFFICIAL CAPACITY AS POLICE COMMISSIONER OF THE CITY OF NEW ROCHELLE POLICE DEPARTMENT, SERGEANT MYRON JOSEPH SHIELD # 18, AND COUNTY OF WESTCHESTER, | |
| Defendants. | |

-------------------------------------------------------------------------X

**PLEASE TAKE NOTICE THAT** upon the annexed memorandum of law, Local 56.1 Statement of Material Facts, and upon all the prior pleadings and proceedings in this matter, plaintiff will move this Court at the United States District Court, Southern District of New York located at 300 Quarropas Street, White Plains, New York 10601 on the 23rd Day of July, 2024, or as soon as convenient for the Court for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting the plaintiff summary judgment on the causes of action for violation of plaintiff's rights and discrimination in violation of Title II of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act and for such other relief as the court deems proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Honorable Nelson S. Roman's briefing schedule, opposition to this motion, if any, must be served by July 8, 2024 and any reply thereto must be served by July 23, 2024.

LAW OFFICE OF CANER DEMIRAYAK, ESQ., P.C.

Dated: Brooklyn, New York
June 5, 2024                        _____

                                              Caner Demirayak, Esq.  
                                              300 Cadman Plaza West  
                                              One Pierrepont Plaza, 12th Floor  
                                              Brooklyn, New York 11201  
                                              718-344-6048  
                                              Fax: 646-679-2527  
                                              caner@canerlawoffice.com

TO:    The Quinn Law Firm, PLLC  
         399 Knollwood Road  
         Suite 220  
         White Plains, New York 10603  
         914-997-0555