UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
  MARC FISHMAN,

                Plaintiff.                                       19-cv-00265-NSR

        - against -

CITY OF NEW ROCHELLE, LANE               **DECLARATION OF CANER**
SCHLESINGER, SHIELD # 1058, JOSEPH F.     **DEMIRAYAK, ESQ., IN SUPPORT**
SCHALLER, ROBERT GAZOLLA, IN HIS         **OF MOTION FOR SUMMARY**
OFFICIAL CAPACITY AS POLICE                       **JUDGMENT**
COMMISSIONER OF THE CITY OF NEW
ROCHELLE POLICE DEPARTMENT,
SERGEANT MYRON JOSEPH SHIELD # 18,
AND COUNTY OF WESTCHESTER,

                Defendants.
------------------------------------------------------------------------X

      CANER DEMIRAYAK, ESQ., pursuant to 28 U.S.C. 1746(2) declares as follows:

      1.      I am the attorney for the plaintiff Marc Fishman in the above referenced action and submit this Declaration in Support of the plaintiff's motion for summary judgment.

      2.      The plaintiff's Local Rule 56.1 Statement of Facts and Exhibits 1-13 are annexed.

      3.      As explained in the moving papers, plaintiff's motion for summary judgment should be granted and defendant's motion for summary judgment should be denied.

      4.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2024

                                                               *Caner J Demirayak*
                                                            **CANER DEMIRAYAK, ESQ.**