

**Ann Eliot Supervi...**

2:16 PM

Friday, December 14, 2018

> Please comform tomorrow's visit and pickup time. Thank you. Miss my kids and they miss me. Very hard having hannukah without the kids.

5:08 PM

Saturday, December 15, 2018

9am pick up
4:18 AM

I'm downstairs when u get here
6:07 AM