

**BRAIN INJURY IDENTIFICATION CARD**
I have a brain injury which may affect my behavior and ability to communicate.



Name: Marc Fishman
Emergency Contact: Joel Foshman
Emergency Phone: (914) 403-8100

Avoid Misunderstandings. Please Read Reverse Side for Symptoms

---

**Medtronic**

Marc Fishman
3200 Netherland Ave Apartment G
Bronx NY 10463

Stimulation System
Implant Date: 18-Mar-2014
Serial #:  NMD707257H
Model #: 97714
Emergency Physician(s): (914)948-0444
Alain Delotbiniere, MD

Call with changes 1-800-551-5544 
Medical Device Identification
617037

**PLAINTIFF'S EXHIBIT 5** 9/26/23 cd