UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MARC FISHMAN,

                Plaintiff.                      19-cv-00265-NSR

      - against -

CITY OF NEW ROCHELLE, LANE         **DECLARATION OF CANER**
SCHLESINGER, SHIELD # 1058, JOSEPH F.   **DEMIRAYAK, ESQ., IN REPLY**
SCHALLER, ROBERT GAZOLLA, IN HIS
OFFICIAL CAPACITY AS POLICE
COMMISSIONER OF THE CITY OF NEW
ROCHELLE POLICE DEPARTMENT,
SERGEANT MYRON JOSEPH SHIELD # 18,
AND COUNTY OF WESTCHESTER,

                Defendants.
------------------------------------------------------------------------X

        CANER DEMIRAYAK, ESQ., pursuant to 28 U.S.C. 1746(2) declares as follows:

        1.     I am the attorney for the plaintiff March Fishman in the above referenced action and submit this Declaration in Reply to the Opposition by the defendants to plaintiff's motion for summary judgment.

        2.     The following exhibits are annexed to this Declaration in Reply

           a.     Exhibit 1: FOIL Response from New Rochelle Police Department dated July 12, 2024 and received July 19, 2024

           b.     Exhibit 2: Affirmation of Joe Goubeaud, Esq.

        3.     As explained in the moving papers, plaintiff's motion for summary judgment should be granted and defendant's motion for summary judgment should be denied.

        4.     I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2024

                                                                        **CANER DEMIRAYAK, ESQ.**