New Rochelle Police Department  
475 North Ave  
New Rochelle, NY 10801



Main: (914) 654-2300

July 12, 2024

Marc Fishman

To Mr. Fishman,

We received your request for "PO Lane Schlesinger & Det Sgt Myron Joseph."

1. PO. Lane Schlesinger's last day of employment is 7/19/2024.
2. Your request is denied under the Public officers law 87 (2)(G) are inter-agency or intra-agency materials which are not:
   i. statistical or factual tabulations or data;
   ii. instructions to staff that affect the public;
   iii. final agency policy or determinations;
   iv. external audits, including but not limited to audits performed by the comptroller and the federal government; or
3. The last pay date for PO Schlesinger is 7/26/2024
4. Myron Joseph's hire date was 2/2/1986
5. Det. Sgt. Myron Joseph

Any person denied access to a record may within thirty days appeal in writing such denial to the head, chief executive or governing body of the entity, or the person therefor designated by such head, chief executive, or governing body, who shall within ten business days of the receipt of such appeal fully explain in writing to the person requesting the record the reasons for further denial, or provide access to the record sought. This appeal should be made to the Law Department of the City of New Rochelle.

Sincerely,

Lt. R. LaBarbera



Caner Demirayak <caner@canerlawoffice.com>

---

## Fwd: New Rochelle Police Department_FOIL
1 message

---

**marc fishman** <rentdriver@gmail.com>  
To: Caner Demirayak <caner@canerlawoffice.com>  
Fri, Jul 19, 2024 at 4:56 PM

---------- Forwarded message ---------  
From: **NRPD, FOIL** <nrpdfoil@newrochelleny.com>  
Date: Fri, Jul 19, 2024, 12:17 PM  
Subject: New Rochelle Police Department_FOIL  
To: rentdriver@gmail.com <rentdriver@gmail.com>

Thank you for contacting the FOIL Unit.

Please see the attached letter in regards to your request.

Thank you,

NRPD FOIL

Records Unit

New Rochelle Police Department

475 North Ave

New Rochelle, NY 10801

Phone:914-654-2205

Fax: 914-632-4277

NRPDFoil@newrochelleny.com

 **New Rochelle Police Department_240719151301.pdf**  
58K