THE QUINN LAW FIRM PLLC
Attorneys for the City of New Rochelle
399 Knollwood Road, Suite 220
White Plains, NY 10603
(914) 997-0555
Attn: Lalit K. Loomba, Esq.
lloomba@quinnlawny.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
MARC FISHMAN,                                                        :    Docket No.
                                                                          19-CV-265 (NSR)
                                    Plaintiff,                       :

    -against-                                                        :    CITY OF NEW
                                                                          ROCHELLE'S NOTICE OF
CITY OF NEW ROCHELLE, LANE SCHLESINGER,                              :    MOTION FOR SUMMARY
SHIELD #1058, JOSEPH F. SCHALLER, ROBERT                                  JUDGMENT
GAZOLLA, IN HIS OFFICIAL CAPACITY AS POLICE                          :
COMMISSIONER OF THE CITY OF NEW
ROCHELLE POLICE DEPARTMENT, SERGEANT                                 :
MYRON JOSEPH SHIELD #18, & COUNTY OF
WESTCHESTER,                                                         :
                                                                     :
                                    Defendants.                      :

-------------------------------------------------------------------- X

TO:

LAW OFFICE OF CANER DEMIRAYAK, ESQ., P.C.
Attorneys for Plaintiff
300 Cadman Plaza West
One Pierrepont Plaza, 12th Floor
Brooklyn, NY 11201
(718) 344-6048
caner@canerlawoffice.com

      PLEASE TAKE NOTICE that upon the annexed statement of material undisputed facts pursuant to Rule 56.1 of the Local Rules of the Southern District of New York, the annexed declaration of Lalit K. Loomba, Esq., and the exhibits thereto, the accompanying memorandum of law dated June 7, 2024, and all prior proceedings herein, defendant City of New Rochelle will

-1-

move this Court, before the Honorable Nelson S. Roman, on July 23, 2024, or as soon thereafter as the parties may be heard, for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment in favor of defendant City of New Rochelle, and dismissing this action with prejudice; and for such other, different and further relief as the Court, in its discretion, may deem just and proper.

PLEASE TAKE FURTHER NOTICE, that in accordance with the briefing schedule set by the court (D.E. 149), opposition papers must be served, but not filed, on July 8, 2024, and reply papers must be served on July 23, 2024. All motion papers must be filed on July 23, 2024.

Dated: White Plains, New York
       June 7, 2024

                         Respectfully submitted,

                         THE QUINN LAW FIRM PLLC
                         Attorneys for City of New Rochelle

                         Lalit K. Loomba

                         399 Knollwood Road, Suite 220
                         White Plains, NY 10603
                         (914) 997-0555
                         lloomba@quinnlawny.com