THE QUINN LAW FIRM PLLC
Attorneys for the City of New Rochelle
399 Knollwood Road, Suite 220
White Plains, NY 10603
(914) 997-0555
Attn: Lalit K. Loomba, Esq.
　　　lloomba@quinnlawny.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
MARC FISHMAN,                                      :   Docket No.
                                                                           19-CV-265 (NSR)
　　　　　　Plaintiff,                          :

　-against-                                                :   DECLARATION OF
                                                                    LALIT K. LOOMBA, ESQ.
CITY OF NEW ROCHELLE, LANE SCHLESINGER, :
SHIELD #1058, JOSEPH F. SCHALLER, ROBERT
GAZOLLA, IN HIS OFFICIAL CAPACITY AS POLICE :
COMMISSIONER OF THE CITY OF NEW
ROCHELLE POLICE DEPARTMENT, SERGEANT :
MYRON JOSEPH SHIELD #18, & COUNTY OF
WESTCHESTER,                                    :
                                                             :
　　　　　　Defendants.              :
------------------------------------------------------------------- X

　　　　LALIT K. LOOMBA, an attorney duly admitted to practice law before the courts of the state of New York, and the United States District Court for the Southern District of New York, hereby declares under penalty of perjury, and pursuant to 28 U.S.C. §1746, as follows:

　　　　1.　　I am a partner at the Quinn Law Firm PLLC, attorneys for defendant City of New Rochelle in the above-captioned action. I submit this declaration in support of the City's motion for summary judgment.

　　　　2.　　Annexed hereto as **Exhibit A** is the plaintiff's First-Amended Complaint.

　　　　3.　　Annexed hereto as **Exhibit B** are relevant pages from the deposition of plaintiff Marc Fishman, taken October 17, 2023.

-2-

4. Annexed hereto as **Exhibit C** are relevant pages from the deposition of Police Officer Lane Schlesinger, taken December 1, 2023.

5. Annexed hereto as **Exhibit D** are relevant pages from the deposition of Lieutenant Robert Wenzler, taken September 26, 2023.

6. Annexed hereto as **Exhibit E** are relevant pages from the deposition of Isabella Bolivar, taken December 4, 2023.

7. Annexed hereto as **Exhibit F** is are relevant pages from the deposition of Ann Elliot, taken December 4, 2023.

8. Annexed hereto as **Exhibit G** is a thumb drive containing surveillance video from within the New Rochelle Police Department Headquarters on December 15, 2018. The video file labeled **Exhibit G-1** shows footage from the public lobby of NRPD Headquarters. The video file labeled **Exhibit G-2** shows footage from the booking area of NRPD Headquarters. The video file labeled **Exhibit G-3** shows additional footage from the booking area of NRPD Headquarters.

9. Annexed hereto as **Exhibit H** is the declaration of Lieutenant Robert Wenzler of the New Rochelle Police Department, dated June 6, 2024.

WHEREFORE, for the reasons stated in the accompanying memorandum of law, the City's motion for summary judgment should be granted.

*Signature on Following Page*

-3-

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of June, 2024.

                                        THE QUINN LAW FIRM PLLC
                                        Attorneys for City of New Rochelle

                                        _____
                                        Lalit K. Loomba

                                        399 Knollwood Road, Suite 220
                                        White Plains, NY  10603
                                        (914) 997-0555
                                        lloomba@quinnlawny.com