```
                                                              Page 1
 1
 2     UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK
 3     --------------------------------------X
 4     MARC FISHMAN,
                                           Civil Action No.
 5                     PLAINTIFF,          19-CV-265(NSR)
                                           (VR)
 6            -against-
 7     CITY OF NEW ROCHELLE,
 8                     DEFENDANT.
       --------------------------------------X
 9                      300 Quarropas Street
                        White Plains, New York  10601
10                      December 4, 2023
                        12:45 p.m.
11
12
13        Examination Before Trial of ISABEL BOLIVAR,
       a Non-Party Witness in the above-captioned
14     matter, held at the above time and place, before
       Howard Breshin, a Notary Public of the State of
15     New York.
16
17
18
19
20
21
22
23
24
25
```

```
 1                       BOLIVAR
 2
     A P P E A R A N C E S:
 3
 4   LAW OFFICE OF CANER DEMIRAYAK
            Attorneys for Plaintiff
 5          300 Cadman Plaza West
            One Pierrepont Plaza - 12th Floor
 6          Brooklyn, New York  11201
     BY: CANER DEMIRAYAK, ESQ.
 7          718 344-6048
            canerlawoffice@gmail.com
 8
     THE QUINN LAW FIRM
 9          Attorneys for Defendant
            399 Knollwood Road - Suite 220
10          White Plains, New York  10603
     BY: LALIT LOOMBA, ESQ.
11          914 997-0555
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

1              STIPULATIONS
2           IT IS HEREBY STIPULATED AND AGREED
3    by and between the attorneys for the
4    respective parties hereto, that this
5    examination may be sworn to before any
6    Notary Public.
7           IT IS FURTHER STIPULATED AND
8    AGREED that the sealing and filing of
9    the said examination shall be waived.
10          IT IS FURTHER STIPULATED AND
11   AGREED that all objections to questions
12   except as to form shall be reserved for
13   trial.
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1               STIPULATIONS
2                   (Defendant's Exhibit A, a
3               Subpoena, so marked for
4               identification.)
5      I S A B E L   B O L I V A R, a witness called
6      on behalf of the Defendant, having been first
7      duly sworn, was examined and testified as
8      follows:
9                   THE COURT REPORTER:  Can I have
10              your name and address for the record?
11                  THE WITNESS:  Isabel Bolivar,
12              84-15 25th Avenue, East Elmhurst, New
13              York  11370.
14     EXAMINATION BY
15     MR. LOOMBA:
16         Q.    Good afternoon, Ms. Bolivar.
17         A.    Hi.
18         Q.    My name is Lalit Loomba.  I am a
19     lawyer at the Quinn Law Firm and we represent the
20     City of New Rochelle in a lawsuit brought by Mr.
21     Marc Fishman.  We subpoenaed you to appear today.
22     I want to thank you for coming in and we
23     appreciate that.
24         A.    Sure.
25         Q.    As you can hear, there is a fan on the

```
                                                          Page 10
 1                       STIPULATIONS
 2         A.    The, what do you call those, social
 3    media platforms on the computer.  I forget, I've
 4    forgotten what the system is called.
 5         Q.    He has referred to you as his fiancee,
 6    are you his fiancee?
 7         A.    Yes.
 8         Q.    To Mr. Fishman?
 9         A.    Yes.
10         Q.    When did you become engaged?
11         A.    So we became engaged in 2018.
12         Q.    Do you remember what month it was?
13         A.    I remember it was probably the fall.
14    I just don't remember the exact date.
15         Q.    And have you_-- are you married as
16    well or just engaged?
17         A.    We are not married.
18         Q.    Do you have a marriage date planned
19    with Mr. Fishman?
20         A.    No.  Because of all the litigation
21    that's taken place, I felt that it is better to
22    wait.
23         Q.    Where does Mr. Fishman reside
24    currently?
25         A.    He is currently in California.
```

Page 55

1                    CERTIFICATION
2
3    STATE OF NEW YORK       )
4                            )  ss:
5    COUNTY OF WESTCHESTER   )
6
7             I, HOWARD BRESHIN, a Court Reporter
8    and Notary Public within and for the State of New
9    York, do hereby certify:
10            That I reported the proceedings that
11   are hereinbefore set forth, and that such
12   transcript is a true and accurate record of said
13   proceedings.
14            I further certify that I am not
15   related to any of the parties to this action by
16   blood or marriage, and that I am in no way
17   interested in the outcome of this matter.
18            IN WITNESS WHEREOF, I have hereunto
19   set my hand.
20
21
22            HOWARD BRESHIN,
23            COURT REPORTER
24
25