Page 1

1

2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
3    ------------------------------------X
4    MARC FISHMAN,

                                    Civil Action No.
5                   PLAINTIFF,        19-CV-265(NSR)
                                      (VR)
6          -against-
7    CITY OF NEW ROCHELLE,
8                   DEFENDANT.
     ------------------------------------X
9                     300 Quarropas Street
                      White Plains, New York  10601
10                    December 4, 2023
                      10:10 a.m.
11

12

13        Examination Before Trial of ANN ELLIOTT, a
     Non-Party Witness in the above-captioned matter,
14   held at the above time and place, before Howard
     Breshin, a Notary Public of the State of New
15   York.
16
17
18
19
20
21
22
23
24
25

1                    ELLIOTT

2

   A  P  P  E  A  R  A  N  C  E  S:

3

4    LAW OFFICE OF CANER DEMIRAYAK
          Attorneys for Plaintiff
5          300 Cadman Plaza West
          One Pierrepont Plaza - 12th Floor
6          Brooklyn, New York  11201
     BY:  CANER DEMIRAYAK, ESQ.
7          718 344-6048
          canerlawoffice@gmail.com

8

     THE QUINN LAW FIRM
9          Attorneys for Defendant
          399 Knollwood Road - Suite 220
10         White Plains, New York  10603
     BY:  LALIT LOOMBA, ESQ.
11         914 997-0555

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

STIPULATIONS

1

2          IT IS HEREBY STIPULATED AND AGREED

3     by and between the attorneys for the

4     respective parties hereto, that this

5     examination may be sworn to before any

6     Notary Public.

7          IT IS FURTHER STIPULATED AND

8     AGREED that the sealing and filing of

9     the said examination shall be waived.

10         IT IS FURTHER STIPULATED AND

11    AGREED that all objections to questions

12    except as to form shall be reserved for

13    trial.

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

```
 1                    STIPULATIONS
 2                    (Defendant's Exhibit A, a
 3                 Subpoena, so marked for
 4                 identification.)
 5     A N N    E L L I O T T,  a witness called on
 6     behalf of the Defendant, having been first duly
 7     sworn, was examined and testified as follows:
 8                    THE COURT REPORTER:  Can I have
 9                 your name and address for the record?
10                    THE WITNESS:  My name is Ann
11                 Elliott.  My address is 898 St.
12                 Nicholas Avenue, New York, New York
13                 10032, Apartment 121.
14     EXAMINATION BY
15     MR. LOOMBA:
16          Q.    Good morning, Ms. Elliott.
17          A.    Good morning.
18          Q.    My name is Lalit Loomba.  I am an
19     attorney with the Quinn Law Firm and we represent
20     the City of New Rochelle in a civil action
21     entitled Marc Fishman versus City of New
22     Rochelle, and it is pending in the federal
23     courthouse, and we are here to take your
24     deposition.
25                    As you know, we served a subpoena on
```

1                     STIPULATIONS

2    you that required your attendance today.  I want

3    to thank you very much for appearing.  Can you

4    hear me okay?

5          A.    Absolutely, yes.

6          Q.    Okay, great.  You understand you have

7    been sworn in to tell the truth?

8          A.    I do.

9          Q.    Any problems with giving truthful

10   answers today?

11         A.    Absolutely not.

12         Q.    Have you testified under oath before?

13         A.    I have.

14         Q.    Many times, I imagine?

15         A.    Quite a few times.

16         Q.    I am going to show you what we marked

17   as Exhibit A, which is the letter and the

18   subpoena that we served on you sometime shortly

19   after November 6th.

20         A.    Yes.  I am familiar with the document.

21         Q.    You recognize that as the subpoena?

22         A.    Yes, it is.

23         Q.    In the subpoena, in the central part

24   here the subpoena calls for you to bring with you

25   any emails or text messages with Marc Fishman

```
 1                    STIPULATIONS
 2      concerning the referenced action, which is the
 3      civil action, and/or the deposition notice
 4      through the subpoena.
 5                Did you bring any documents with you
 6      today?
 7           A.    I don't have those phones anymore --
 8      that phone anymore so I have no text messages to
 9      forward.  And unfortunately, it slipped my mind
10      to bring any emails that I have for Mr. Fishman.
11           Q.    Do you have emails from Mr. Fishman?
12           A.    Yes, I do believe since the time I
13      started the supervised visitation for the family,
14      I do have emails going back to that day.
15           Q.    The emails that you just referenced,
16      are they on a computer at your home or in your
17      office?
18           A.    On my laptop at home.
19           Q.    All right.  So I am going to request
20      that when you, you know, when it is convenient
21      and you get back to your computer, that you
22      email, forward those emails to me.  Can you do
23      that?
24           A.    Absolutely, sure.
25           Q.    Excellent.
```

```
 1                    STIPULATIONS
 2            MR. DEMIRAYAK:  Note my objection
 3          to the extent the request is overbroad.
 4          Over my objection you can continue.
 5            MR. LOOMBA:  I will give you my
 6          email address later so we can get that.
 7            MR. DEMIRAYAK:  I request that if
 8          any emails are going to be forwarded to
 9          defense counsel, they also be forwarded
10          to plaintiff's counsel, and we'll give
11          you our email address as well.
12       Q.   Do you have any problems with that,
13   Ms. Elliott?
14       A.   No, I don't.
15       Q.   Okay.  Ms. Elliott, what is your
16   highest level of education?
17       A.   Master's in business leadership.
18       Q.   Where do you have that?
19       A.   Concordia College of New York.
20       Q.   Is that the one in Bronxville?
21       A.   Correct.
22       Q.   What year did you get your master's?
23       A.   2017.
24       Q.   Where did you get your bachelor's
25   degree?
```

```
                                        Page 8
 1                    STIPULATIONS
 2        A.    City University of New York, City
 3   College.
 4        Q.    What year was that?
 5        A.    In 1990.
 6        Q.    What was your degree at City College
 7   in?
 8        A.    Sociology.
 9        Q.    Are you currently employed?
10        A.    I am currently employed.
11        Q.    What is your job?
12        A.    I am a family services coordinator
13   with Children's Village.
14        Q.    Is that the institution in Dobbs
15   Ferry, New York?
16        A.    That's our headquarters.  I am at the
17   Fordham Avenue location in the Bronx.
18        Q.    And how long have you had that job?
19        A.    I am two weeks in.
20        Q.    Congratulations.
21        A.    Thank you.
22        Q.    What was the job that you had before
23   that?
24        A.    I was still with Children's Village as
25   a family team conference facilitator.
```

1                    STIPULATIONS

2        Q.    How long did you hold that?

3        A.    From February 2022 until November 20th

4    of 2023.

5        Q.    Were you employed before February of

6    2022?

7        A.    I was, I was employed with Little

8    Flower Children's Services and I was employed

9    with them from March 2020 until February of 2021

10   and I was a case planner.

11       Q.    And before your job with Little Flower

12   Children's Services were you employed?

13       A.    Yes, I was employed with Sauti Yetu,

14   S-A-U-T-I  Y-E-T-U.  I was a family team

15   conference supervisor from 2018 to 2019.

16       Q.    When did you start that job?

17       A.    November 2018 until September 2019.

18       Q.    Was that the job that you had on

19   December 15th of 2018?

20       A.    Yes, it was.

21       Q.    Okay.  So in addition to your

22   employment at Sauti Yetu -- is that one word or

23   two words?

24       A.    Two words.

25       Q.    Okay, I got it.  Did you also serve as

Page 10

```
 1                    STIPULATIONS
 2     a court-appointed visitation supervisor?
 3          A.    Yes, I did.
 4          Q.    And was that something that was part
 5     of your job at Sauti Yetu or was that separate
 6     and different?
 7          A.    It was separate with me being a
 8     private contractor for the Supervised Visitation
 9     Network, and so I am listed on there as a private
10     contractor.  And so I did that part time in
11     addition to what I do at 9 to 5.
12          Q.    How long have you been listed as a
13     private contractor in this network?
14          A.    I think I had just listed myself when
15     Mr. Fishman reached out to me.
16          Q.    Was Mr. Fishman the first_-- your
17     first client?
18          A.    Yes.
19          Q.    Is that how you would refer to him as,
20     your client?
21          A.    Yes, ah-hah.
22          Q.    And when you work as a private
23     contractor for court supervised visitation, how
24     are you paid?
25          A.    I was paid by Mr. Fishman.
```

                        STIPULATIONS

1

2        Q.    And what rate would he pay you at?

3        A.    I was_-- my rate at the time I believe

4    was $50 an hour.  That was paid in cash or by

5    check.

6        Q.    Just stepping back for a second.

7              After you received the subpoena, did

8    you have any communications with Mr. Fishman

9    about it?

10       A.    He reached out to me because Isabella

11   had gotten it and so he wanted to know if I did

12   and I said yes, and I have to submit to a

13   deposition also.

14       Q.    When he reached out to you, was it a

15   telephone call?

16       A.    It was a telephone call.

17       Q.    Did you have more than one call with

18   Mr. Fishman about the subpoena or was it just one

19   call?

20       A.    It was just one call, I believe.

21       Q.    And, you know, not word for word, but

22   in sum and substance can you tell me what Mr.

23   Fishman said and what you said during the

24   conversation?

25       A.    Well, basically that conversation was

1                          STIPULATIONS

2          A.     Supervisor.

3          Q.     Is that okay?

4          A.     Yes.

5          Q.     Did you have to be formally appointed

6    as the visitation supervisor by the court?

7          A.     Absolutely, had to be court approved.

8          Q.     Can you describe that process?

9          A.     I forward my resume over to, I believe

10   it was a court_-- I can't remember if it is the

11   administrative clerk, and then they review it and

12   then they get back to me and they would tell me

13   that, you know, I am approved to do the visits,

14   and that's what occurred.

15         Q.     And before your first visit in which

16   you were the supervisor, did you review any court

17   orders or visitation agreements or anything of

18   that nature?

19         A.     I did.  I requested the first, you

20   know, the last stipulation, court order from the

21   court which was forwarded to me, so I read

22   through that, the stipulation around the visits.

23         Q.     And what was your understanding of the

24   stipulations for visits with the Fishman-Solomon

25   children?

```
                                          Page 18
 1                    STIPULATIONS
 2              MR. DEMIRAYAK:  Just note my
 3          objection.  The witness said she
 4          requested it, she didn't say she
 5          reviewed it.  Maybe ask her the
 6          question.
 7      Q.    Sure.  After receiving the
 8  documentation from the court, did you review that
 9  documentation?
10      A.    I reviewed it.
11      Q.    Did you form an understanding what the
12  stipulations were?
13      A.    Yes, this was five years ago so I
14  haven't reviewed anything prior to being here but
15  to my recollection, brief recollection is that
16  Ms. Solomon would drop the children off, she
17  would park a few yards from the home and I will
18  pick up the children, receive the children.  When
19  she leaves, then the children or Mr. Fishman
20  could be present and so they were going to the
21  home.  When the visit_--
22      Q.    Let me stop you for a second.  When
23  you say the home, which home are you referring
24  to?
25      A.    Mr. Fishman's apartment.
```

```
                                              Page 19

1                       STIPULATIONS
2          Q.    Where was that in 2018?
3          A.    I forgot what street it was on but it
4     was in Riverdale.
5          Q.    The Riverdale section of the Bronx?
6          A.    Yes.
7          Q.    So if I understand correctly, Ms.
8     Solomon would bring or would drive the
9     children_--
10         A.    Drive the children down.
11         Q.    To a location near Mr. Fishman's home?
12         A.    Yes.
13         Q.    Then you would meet the children by
14    her car?
15         A.    Yes.
16         Q.    Then Ms. Solomon would drive off?
17         A.    Correct.
18         Q.    And then you would bring the children
19    into Mr. Fishman's apartment?
20         A.    Correct.
21         Q.    How many children were there?
22         A.    There were four.
23         Q.    What were their ages in 2018,
24    approximately?
25         A.    Oh, I think Skye and Aiden maybe 10,
```

```
                                           Page 21
 1                      STIPULATIONS
 2     start at the same time?
 3          A.    Yes, they always start at the same
 4     time.
 5          Q.    What time was that?
 6          A.    10 o'clock.  10 or 11, I can't recall.
 7          Q.    So visits would run from 10 to
 8     approximately 2 in the afternoon?
 9          A.    Yes, ah-hah.
10          Q.    Were you always present during the
11     visits?
12          A.    Always present during the visits.
13          Q.    And at the end of the visits how would
14     the children return to Ms. Solomon?
15          A.    We would return either by his aide
16     driving and me with the kids in the car or --
17          Q.    Sorry, when you say his aide, do you
18     mean Isabel Bolivar?
19          A.    Isabel Bolivar.  Or most of the time
20     we took a passenger Uber car service and we drove
21     up with the kids.
22          Q.    When you say "we drove up," you meant
23     that you would drive to Ms. Solomon's home?
24          A.    Correct.
25          Q.    That's the home located in New
```

```
 1                    STIPULATIONS
 2            ever a different location that you
 3            would pick up the kids from or drop
 4            them off from?
 5                 THE WITNESS:  Yes, I was waiting
 6            for that follow-up question.
 7       Q.    Why don't you explain that?
 8       A.    Yes.  Sometimes when Jonah had hockey
 9  we would meet up for breakfast in New Rochelle
10  and we would have breakfast.  She would drop, you
11  know, the breakfast -- the drop-off, I would pick
12  up Jonah from the home, with Ms. Solomon's
13  permission for that to happen, and we would park
14  a few yards from the home and that was the
15  pick-up.  We go to breakfast and then to the
16  hockey rink.
17       Q.    And when you picked up, was it all
18  four children?
19       A.    I think we did the hockey rink maybe
20  three times.  The first time was all four
21  children.  I think another time it was_-- at that
22  time Ms. Solomon was there also.  I think the
23  second time it was with all children without Ms.
24  Solomon there.  And then the third time it was
25  just Jonah we went to pick up, which was the day
```

```
                                        Page 24
 1                    STIPULATIONS
 2    in question of the arrest.
 3         Q.    Understood.  When you say Ms. Solomon
 4    was there for those visits, can you explain?
 5         A.    Prior to_-- it was very important for
 6    Jonah to have both his parents see him play
 7    hockey, so I had extensive discussions with Ms.
 8    Solomon about that and she agreed for that to
 9    occur.  And my stipulation, we made the
10    arrangement how this would happen in light that I
11    was told there is an order of protection, I never
12    saw one, never got one.  So Ms. Solomon was okay
13    with that.  In terms of her proximity to Mr.
14    Fishman, that was on her discretion.
15              My role is to make sure that the
16    children, you know, interacted with their father
17    and all of that.  But if I felt that that whole
18    environment was being threatened on the opposite
19    of the order of protection, it is also my
20    discretion to make other arrangements and not
21    allow that to happen again.
22         Q.    Let's take the first of these
23    occasions.  Just walk us through exactly how the
24    day went.
25         A.    That day Ms. Solomon brought the_--
```

Page 25

1                          STIPULATIONS
2      that day Mr. Fishman and I and the aide would
3      drive, were at the rink and then Ms. Solomon came
4      with Jonah and the children.  And so she
5      proceeded to go inside because Jonah wanted his
6      father to assist him with the hockey gear.  And
7      so she understood that, she said okay, I will go
8      in.  So she was at the far end of the hockey
9      field.
10                     Mr. Fishman came and helped him, you
11     know, dress in his gear.  The other children also
12     are in the same place where we were.  And then we
13     proceeded to enter into the rink area.  And Mr.
14     Fishman was, you know, by a prearrangement, was
15     at the other end of the rink.  When there is
16     engagement, Jennifer never really moved from her
17     end.
18                     Jonah, it was important for him to
19     have that engagement with his father as a son.  A
20     young boy, you know, loved hockey.  So Mr.
21     Fishman and I was always in the presence of the
22     children, went with Jonah, we entered the hockey
23     rink, we stood there, we cheered him on, watched
24     him play hockey and everything.  And then after
25     it was over, it was time for Ms. Solomon to take

Page 26

                        STIPULATIONS
 1
 2    them home.
 3            Jonah begged and pleaded and pleaded
 4    and begged to sit and have lunch with his dad.
 5    And so I spoke to Ms. Solomon about it and I
 6    said, you know, this is what Jonah wants, he
 7    would love to sit and eat with his dad, because
 8    they had a little stand, food stand there.  And
 9    Jennifer consented, okay, if he wants that, I
10    will allow it, and so she left.  Jonah sat with
11    his dad with his other siblings, aide, and then
12    we drove the children back home.
13        Q.    When you say aide, you mean Ms.
14    Bolivar?
15        A.    Yes, Ms. Bolivar.
16        Q.    When you drove the children back home,
17    so there would have been three adults and four
18    children in the car?
19        A.    Yes.
20        Q.    Right, you, Ms. Bolivar, Mr. Fishman
21    and all the four children?
22        A.    Correct.
23        Q.    And then who drove?
24        A.    Ms. Bolivar.
25        Q.    And then how were the children brought

1                    STIPULATIONS

2    back to Ms. Solomon?

3         A.    I do.  We park yards away from the

4    home.

5         Q.    How many yards?

6         A.    I would say three, four, five houses.

7         Q.    Okay.

8         A.    Yes.  And the yard space, with the

9    yard space in between.  And then I would take the

10   children out and then we would walk to the home.

11        Q.    That was the first time that the

12   visitation was done at the hockey rink?

13        A.    Yes.

14        Q.    Do you remember the date of that, by

15   the way?

16        A.    I can't recall.

17        Q.    Was it the fall, summer, something

18   different?

19        A.    It was probably in the fall, yes.

20        Q.    Can you describe the second time that

21   the visitation was done at the hockey rink?

22        A.    Yes.  I think Ms. Solomon may have

23   dropped the kids off at the time and left.

24        Q.    Dropped them off where?

25        A.    At the hockey rink.

```
                                                  Page 28

 1                        STIPULATIONS
 2         Q.    All four kids?
 3         A.    Yes.  And then she left and then we --
 4    you know, Jonah had his hockey game and then
 5    again it was over, had a snack or something and
 6    then went back.
 7         Q.    That was all four children?
 8         A.    Yes, I believe it was all four
 9    children.
10         Q.    In terms of dropping the kids off at
11    the end of that visit, was it the same as you
12    described before?
13         A.    Correct.
14         Q.    Do you remember the date of that
15    visit?
16         A.    I can't recall.
17         Q.    When you were supervising the
18    children's visits did you have an opportunity to
19    communicate with Mr. Fishman in person?
20         A.    Yes.
21         Q.    You would speak to him regularly,
22    right?
23         A.    Yes.
24         Q.    And when you were talking with him in
25    person did you ever observe him to have any
```

```
 1                    STIPULATIONS
 2        Q.     Where?
 3        A.     At 231st, the number 1 train, and then
 4   we drive to the home before the children arrive.
 5   That's usually the standard way of me getting
 6   there.  They would pick me up from the train
 7   station and then we ride over to home.
 8        Q.     Okay.  So you had earlier described
 9   the first of two of three visitations at the
10   hockey rink.
11        A.     Yes.
12        Q.     Is that correct?
13        A.     Yes.  I think it was three, two and
14   then the time in question when the arrest.
15        Q.     Okay.  So the incident date is 12/15,
16   December 15th of 2018.
17        A.     Ah-hah.
18        Q.     Do you recall the immediately
19   preceding visit?  So if it was every two weeks,
20   it would have been December 1 of 2018.  Do you
21   recall that visit?
22        A.     No, I can't.
23        Q.     Do you recall a visit where some of
24   the children got upset?
25        A.     Yes, I think that may have been that
```

Page 35

1                    STIPULATIONS
2    visit.
3         Q.    Can you tell me what you can remember
4    about that?
5         A.    I think -- oh my God, my brain is so
6    foggy.  But I think there was a situation where
7    the children may have been upset and I know I
8    intervened in that.  I think they did not want to
9    have that visit with Mr. Fishman and I relayed
10   that to him and I did have a discussion around
11   that with Ms. Solomon also.
12        Q.    Let me stop you, I want to break that
13   down.  So when you say the children became upset,
14   was this during a point where they were present
15   with Mr. Fishman?
16        A.    Yes.  I think we went to a
17   basketball_-- if my memory serves me right, we
18   went to a basketball court not too far away from
19   home.
20             And I think Aiden was upset about
21   something and Aiden came at his father about
22   things he may have done to his mom when they were
23   married.  And I think Mr. Fishman was a little
24   upset because he's trying to tell Aiden that's
25   not the way it happened.  And so Aiden was very

Page 36

1                    STIPULATIONS

2   upset, he was going at his dad, going at his dad.

3   Dad is trying to tell Aiden that's not the way it

4   happened.  I think Aiden broke down and cried.

5               When he broke down and cried, his

6   father went over to comfort him, I think Aiden

7   kind of swang at his dad and his dad -- you know,

8   that's when I kind of stepped in because I was

9   observing, as I do in a therapeutic visit, his

10  father's approach to his son being upset, how is

11  his parenting going to happen, that is part of

12  what I do.  So my observation was seeing him go

13  over to his son, trying to comfort him, this is

14  not the way it happened, Aiden.  Aiden was very

15  upset.

16              So when I see Aiden became forceful in

17  pushing, that's when I said okay, and then asked

18  Mr. Fishman to step back because I could now tell

19  Mr. Fishman was getting a little upset after

20  repeatedly saying that's not the way it happened.

21  And mom said you did this.  And so it was getting

22  a little bit beyond where it needed to be, not in

23  a comfort space.  So I said, Mr. Fishman, step

24  back and I will handle this.  And so that is what

25  happened.

```
 1                    STIPULATIONS
 2              And so Skye is his twin brother and he
 3    becomes very protective of Aiden, because I think
 4    Aiden is the one that is mostly impacted by what
 5    has happened between his parents and he has a
 6    real sore spot against the dad.  Skye is more
 7    even keel.  And so he kind of hugged his brother,
 8    comforted him when I told Dad to step back.
 9              It was difficult to redirect Aiden at
10    the time.  He was very upset.  Mr. Fishman was
11    also upset and, again, you know, sees what their
12    mom tells them.  And so we went back to the home.
13         Q.    Before you get there, were the older
14    two children, Joanna and Jonah, present while
15    this was happening?
16         A.    They were also there present.
17         Q.    Can you explain what their reaction
18    was to all this?
19         A.    Joanna also went over to comfort her
20    brother.  Jonah is more like happy-go-lucky, you
21    know, it is another day.  He is like a
22    peacemaker, you know, tries to get everybody back
23    in harmony always.
24              And so, you know, we spent time
25    comforting Aiden.  And then when he stopped
```

```
 1                     STIPULATIONS
 2      crying, he was still upset, I could see he was
 3      still very upset, and we walked back to the home.
 4      And then I thought it was a good time for us to
 5      wrap up the visit and we head back to drop the
 6      children off.
 7           Q.    How did you get the children back at
 8      that time?
 9           A.    Isabella.
10           Q.    She drove you?
11           A.    She drove, yes.
12           Q.    Now, to the best of your recollection,
13      that was the visit that immediately preceded the
14      incident date, December 15th, 2018?
15           A.    I think it was that visit, yes.
16           Q.    After you dropped the children off,
17      was there communication between you and Ms.
18      Solomon concerning the visit where Aiden got so
19      upset?
20           A.    Always.  If there is a need to do a
21      post conference with either parent, I always do
22      that.  And so I would discuss, because she is
23      going to hear it from Aiden anyway, but as a
24      supervisor it is my responsibility to relay what
25      happened, what occurred.  Discuss that with Ms.
```

```
                                               Page 42
 1                    STIPULATIONS
 2    psychological well-being of the children.
 3              And so there was a discussion as to
 4    whether we will have a visit or not have a visit.
 5    If there would be a visit without Aiden being
 6    there, and I think there was a subsequent visit
 7    and I don't think Aiden was there.  I can't
 8    recall because it was five years ago.
 9         Q.    Right.
10         A.    But I know around that time there was
11    concern around that visit because the children
12    were upset because Aiden was upset.
13         Q.    Was the next visit which was scheduled
14    for December 15th, was that ever canceled?
15         A.    No, it was not canceled.
16         Q.    Was it ever modified?
17         A.    No.  I specifically recall calling Ms.
18    Solomon the Friday night because, you know,
19    prepare and confirming visits, we text or
20    whatever.  And she said to me that the twins will
21    not be there, they had something going on and
22    that Joanna also had something else also going
23    on, I don't know if it was school or what.  But
24    she said to me, you know, he is welcome to come
25    up, take Jonah to breakfast and go watch Jonah
```

Page 43

1                      STIPULATIONS
2       play hockey.  So that was the arrangement for
3       that day.
4            Q.    And that was a conversation that you
5       had with Ms. Solomon on the Friday night before?
6            A.    Correct.
7            Q.    Was the arrangement going to be that
8       Ms. Solomon would then drop off Jonah at the
9       diner or the restaurant as you had done before or
10      was it something different?
11           A.    I think we decided to just pick him up
12      because it was just Jonah, so we decided, okay,
13      we will come pick him up.
14                 But I also wanted to speak to Ms.
15      Solomon because Mr. Fishman had told me that his
16      daughter wants to see him, right, Joanna.
17      Because I am having a discussion with both of
18      them whether there is going to be a visit because
19      of how the children were feeling and I was
20      concerned about that.  And he was like, well,
21      Joanna wants to see me and I have texts that she
22      loves me.  And so I saw the text between him and
23      Joanna.  So I said, listen, I will come up
24      because I need to show you the text between
25      Joanna and her dad and my understanding is that,

Page 44

1                    STIPULATIONS

2    you know, this is not supposed to be happening.

3         Q.    You are describing a communication

4    between you and Ms. Solomon?

5         A.    Yes.

6         Q.    When was that communication?

7         A.    That was the Friday night.

8         Q.    The night before?

9         A.    Yes.

10        Q.    What did Ms. Solomon say?

11        A.    She said, okay, come on up.

12              And so I wanted her to see the text.

13   So we drove up that morning and Isabella parked

14   the usual yards away from the home.  And so I

15   went on the doorstep, Jonah was -- she lives on a

16   curve home, Jonah was at this house and there is

17   like a little yard space and he was hitting the

18   hockey, you know, against the fence, the ball

19   rolls back, you know.  And so I went on her

20   patio, I am showing her the text, she is going

21   through the phone.

22        Q.    Before you showed her the text, did

23   you ring the doorbell?

24        A.    Yes, she was expecting me.

25        Q.    So you rang the doorbell, she came to

Page 45

1                           STIPULATIONS

2        the door?

3             A.     I rang the doorbell, she came to the

4        door, she opened it.

5             Q.     What did she say?

6             A.     She said, hi, Ann, good morning.  I

7        said, hey Jennifer, how are you?  I wanted to

8        show you this text between Joanna and her dad.

9        So it is going from I don't want to see my dad

10       kind of feeling which is what she was saying to

11       text that I want to see my dad.

12            Q.     When you said she, you are referring

13       to Joanna?

14            A.     Joanna, yes.  So I wanted to know

15       which was it, you know.  So she looked at the

16       text and she said, oh, these are old texts,

17       something that was dealt with in court sometime

18       ago, it is not fresh text information.  So I

19       wasn't even aware of that.  And then I said, oh,

20       okay.

21                   And so I think it was around that time

22       Mr. Fishman and his aide passed the home, my back

23       was turned, and turned the curve.  And she said,

24       what is he doing here, what is he doing here?  I

25       said who?  And I turned around and I saw the car.

Page 46

1                    STIPULATIONS

2   By the time I turned around, it went to the side

3   where Jonah was.

4            So I immediately ran down the steps,

5   go around the corner, Mr. Fishman was maybe a

6   yard space and two houses down.  And I stood

7   between the car, the car was here, I was here and

8   Jonah was there.  And so he came out of the car

9   and he said, hey, Jonah, you know, we are here to

10  pick you up, we are going to breakfast and go to

11  the rink.

12           And so Ms. Solomon came to the side_--

13      Q.    You are describing that is something

14  that Mr. Fishman said to Jonah?

15      A.    Yes.

16      Q.    Where was he standing when he said

17  that?

18      A.    Jonah?

19      Q.    No, Mr. Fishman.

20      A.    He was by the car, he came by the car

21  and stood by the side of the car.

22      Q.    His feet were on the road?

23      A.    On the road, yes.

24      Q.    How many feet between him and Jonah

25  when Mr. Fishman made that statement, if you can

Page 47

1                    STIPULATIONS
2     estimate?
3         A.    Quite a bit because I was between them
4     and I wasn't even that close to Jonah.  Because I
5     emerged from the car --
6         Q.    Just give me an estimate in terms of
7     feet, if you can.  If you can't, you can tell me.
8         A.    Wow, I don't want to give a
9     guesstimate.  For me in terms of safety, it
10    simply was a very safe space and -- very safe
11    distance I should say and no different from what
12    we did in dropping off the children.
13        Q.    And where was Ms. Solomon, if you
14    know, if you could see her, when Mr. Fishman was
15    addressing his son?
16        A.    She was at the side of the patio, the
17    end of it where you could see, you know, down to
18    the street where we were, because she is on a
19    corner home.  And she could see Jonah, she could
20    see myself, Mr. Fishman, the car.  So that's
21    where she was, which is a whole house and a yard
22    space to where Jonah was in a yard space next to
23    her house.
24        Q.    When Mr. Fishman addressed his son did
25    his son respond?

Page 48

1            STIPULATIONS

2        A.    He didn't respond, he was sulking a

3    little bit.  And so his dad again tried to get

4    his attention, but Jennifer was talking and I was

5    more focused on Jonah to grasp fully what she was

6    saying, you know.  I think she was maybe he

7    shouldn't be here.  You know, she was very upset,

8    just in hysterics, because usually we are so far

9    out of sight, you know.  And so I think she was

10    probably alarmed at the close proximity or just

11    seeing him within the vicinity of her home, which

12    my understanding hadn't happened for so many

13    years, so I can understand how alarmed she was.

14    She was definitely triggered by seeing him and

15    she panicked and she was calling to Jonah, come

16    Jonah, get in, get in the home.  And I said, you

17    know, I am here, you know, everything is going to

18    be okay.  And so I spoke to Jonah and so_--

19        Q.    What did you say to Jonah?

20        A.    I said, hey, Jonah, you know, you

21    still want to go to the hockey rink?  So he was

22    still sulking a little bit.  My judgment was not

23    to allow that to happen that morning.

24        Q.    Allow what to happen?

25        A.    Not to go to the hockey rink.

Page 49

1                    STIPULATIONS

2        Q.    When you said to Jonah do you still

3   want to go to the hockey rink, did he respond to

4   you?

5        A.    No, he didn't.

6        Q.    He was silent?

7        A.    He was a little silent but it wasn't a

8   tense silent.  I said, Jonah, I am here to pick

9   you up to go to hockey, so when I said that I

10  noticed his facial expression softened a little

11  bit more.  But Ms. Solomon was very upset.  She

12  was telling him to come inside, come inside, come

13  inside.  So with that, Jonah came around and

14  proceeded to respond to his mom to go inside.

15  And so I said, okay, we are not going to have a

16  visit this morning.  And then Mr. Fishman of

17  course was upset, said she didn't have a right to

18  do that.

19       Q.    Let me stop you for a second.  So when

20  you are on the porch talking to Ms. Solomon, is

21  it fair to say you were trying to get

22  clarification whether Joanna would also join this

23  visit?

24       A.    No, Joanna had an event that she was

25  at.  My concern was about the text, because I had

```
                                               Page 55

 1                    STIPULATIONS
 2        A.    Yes.  After his mother called him out
 3   a couple of times he went, you know, he went
 4   inside.
 5        Q.    What happened after that?
 6        A.    He went inside and Mr. Fishman was
 7   very upset because he was looking forward to the
 8   visit and he felt she had no right to call Jonah
 9   to come inside when actually he came to, you
10   know, spend time with his son.  And so I said,
11   you know, Mr. Fishman, you know, the way things
12   are right now, I don't think we can have_-- we're
13   going to force to have a visit this morning which
14   is at my discretion.
15             However, he felt that the mother
16   influenced Jonah not to have the visit, to come
17   inside, she was interfering with his visit, with
18   his time.  And so we directed the aide to go to
19   the police station about this because he was
20   going to present the court paper regarding the
21   visit and demand that Jonah have a visit with him
22   that morning.  So we proceeded, you know, to go
23   to the police station.
24        Q.    To the police station?
25        A.    Correct.
```

1                        STIPULATIONS
2          Q.    Just taking one step back.  So when
3      you were driving up towards New Rochelle, did you
4      expect that you would be driving to the hockey
5      rink?
6          A.    No, there was no expectation of that
7      because I had the phone text that I wanted to
8      address with Ms._-- yes.
9          Q.    So when Ms. Bolivar drove to Ms.
10     Solomon's home, was that something that you were
11     surprised about or not surprised about?
12         A.    It wasn't the usual, but the fact she
13     gave_-- I am trying to recall.
14                Usually she would do the drop off and
15     I am just trying to recall what happened that
16     morning.  I was in the back of the car and the
17     aide drove.  So I am familiar now, okay.  We are
18     on the property where we do the drop off, right?
19     I said, oh, we are going to pick up Jonah?  And I
20     said_--
21         Q.    You said that in a questioning way?
22         A.    Yes, that we are going to pick up
23     Jonah this morning?  And he said yes and I said
24     okay.  I mean, you know, mom usually does the
25     drop off but there is some texts I need to

Page 57

                    STIPULATIONS

1
2    address with her anyway, which I was planning to
3    do once I dropped off after the hockey game.  So
4    we parked again a few yards where we normally
5    drop off and I would take the children in.  So
6    that's where we parked.  And so I said okay,
7    since we are here, let me address the texts as
8    opposed to after the visit.
9        Q.    Understood.  So it's fair to say as
10   you were driving into New Rochelle, you
11   anticipated that you would be going to the
12   restaurant or the hockey rink?
13       A.    Right, she would drop us off at the
14   breakfast spot.  I would text her and say we are
15   here.
16       Q.    What was the name of that breakfast
17   spot, by the way?
18       A.    I can't remember.
19       Q.    How close was it to_--
20       A.    It is just of his choosing, whether we
21   are going to go to the rink and eat or stop
22   somewhere.  It's like, hey, Jonah, what do you
23   want, you know, where do you want to go?
24       Q.    So it's fair to say as you were
25   driving up towards New Rochelle, you anticipated

Page 58

```
 1                    STIPULATIONS
 2    that Ms. Bolivar would drive to the breakfast
 3    spot?
 4         A.    Yes, because the plan was, okay, we
 5    are going to come up, we are going to do
 6    breakfast before and they would just drop off
 7    Jonah there, which wouldn't be too far from the
 8    home.
 9         Q.    Okay.  The way that would have worked
10    is you all would be at the breakfast spot, you
11    would communicate with Ms. Solomon by phone that
12    we are here, then she would drive Jonah and say I
13    am outside?
14         A.    And I will go pick up Jonah.
15         Q.    It did not happen that morning?
16         A.    It did not happen that morning, yes.
17         Q.    You were describing that Ms. Bolivar
18    was now driving towards police headquarters,
19    correct?
20         A.    No, she was driving to where we do the
21    drop-off.
22         Q.    No, no_--
23         A.    Oh, yes, yes from there, now.
24         Q.    I apologize because I went back and
25    forth a little bit.  But now I just want to fast
```

1              STIPULATIONS

2    hockey and then he walked to go inside his home.

3    And I think when he went in and came back out

4    while he seen his mom and I was talking and go

5    around, I think his dad may have seen that he was

6    around the corner and maybe probably told Ms.

7    Bolivar, you know, let's go meet up with Jonah on

8    the side.

9         Q.    Did you ever have a conversation with

10   Ms. Bolivar to unpack that possibility?

11        A.    No, we never discussed that.

12        Q.    And your testimony is that you never

13   saw a printed copy of the order of protection?

14        A.    I never did.  I was always given a

15   copy.

16        Q.    When you were interviewed by a member

17   of the police department, you said that was about

18   five, 10 minutes in length?

19        A.    No, I think it may have been 10

20   minutes, 15 minutes.

21        Q.    And as you sit here today, do you

22   recollect what you were asked and what you said?

23        A.    It was just to recount what had

24   happened around the visit.  Was the visit

25   confirmed, the stipulation of the order, the

```
                                              Page 115

 1                      STIPULATIONS

 2    arrangement?  You know, everything around the

 3    visit, what transpired the night before to that

 4    morning and on the way to the police station.

 5         Q.    Did you ever_-- do you recall in your

 6    conversation with the police officer mentioning

 7    that you believed that Mr. Fishman's presence

 8    near Ms. Solomon's house was either a violation

 9    of the order of protection or a problem in any

10    way?

11                   MR. DEMIRAYAK:  Note my objection

12              to form.  Over objection you can

13              answer.

14         A.    Yes, I don't believe I said that

15    because I don't believe it was.  I have no

16    paperwork.  I have no stipulation.  And it was

17    not out of what we were doing except we dropped

18    off the kids as opposed to this day we were there

19    to pick Jonah up.

20         Q.    Did you bill Mr. Fishman for the day?

21         A.    I can't even recall.  I wasn't even

22    thinking money.  I know I got paid, but...

23         Q.    He doesn't owe you money for that day,

24    correct?

25         A.    I don't think so.  No, he always paid.
```

```
                                    Page 116

 1              STIPULATIONS
 2          MR. LOOMBA:  That's it.  Thank you
 3     so much.  I appreciate it.
 4          MR. DEMIRAYAK:  Thank you.
 5          MR. LOOMBA:  Off the record.
 6          THE COURT REPORTER:  Mr.
 7     Demirayak, are you ordering the
 8     transcript?
 9          MR. DEMIRAYAK:  Yes, we'll order a
10     copy.
11              (Time noted: 12:30 p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 119

1                          CERTIFICATION

2

3    STATE OF NEW YORK       )

4                            )  ss:

5    COUNTY OF WESTCHESTER )

6

7              I, HOWARD BRESHIN, a Court Reporter

8    and Notary Public within and for the State of New

9    York, do hereby certify:

10              That I reported the proceedings that

11   are hereinbefore set forth, and that such

12   transcript is a true and accurate record of said

13   proceedings.

14              I further certify that I am not

15   related to any of the parties to this action by

16   blood or marriage, and that I am in no way

17   interested in the outcome of this matter.

18              IN WITNESS WHEREOF, I have hereunto

19   set my hand.

20

21

22                    HOWARD BRESHIN,

23                    COURT REPORTER

24

25