# EXHIBIT G



**Exhibit G** is a thumb drive containing surveillance video from within the New Rochelle Police Department Headquarters on December 15, 2018. The video file labeled **Exhibit G-1** shows footage from the public lobby of NRPD Headquarters. The video file labeled **Exhibit G-2** shows footage from the booking area of NRPD Headquarters. The video file labeled **Exhibit G-3** shows additional footage from the booking area of NRPD Headquarters.