THE QUINN LAW FIRM PLLC
Attorneys for the City of New Rochelle
399 Knollwood Road, Suite 220
White Plains, NY 10603
(914) 997-0555
Attn:  Lalit K. Loomba, Esq.
       lloomba@quinnlawny.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
MARC FISHMAN,                                : Docket No.
                                             : 19-CV-265 (NSR)
                    Plaintiff,               :
                                             :
    -against-                                : DECLARATION OF
                                             : ROBERT WENZLER
CITY OF NEW ROCHELLE, LANE SCHLESINGER, :
SHIELD #1058, JOSEPH F. SCHALLER, ROBERT
GAZOLLA, IN HIS OFFICIAL CAPACITY AS POLICE :
COMMISSIONER OF THE CITY OF NEW
ROCHELLE POLICE DEPARTMENT, SERGEANT :
MYRON JOSEPH SHIELD #18, & COUNTY OF
WESTCHESTER,                                 :
                                             :
                    Defendants.              :
                                             :
------------------------------------------------------------------ X

ROBERT WENZLER, hereby declares under penalty of perjury, and pursuant to 28 U.S.C. §1746, as follows:

1. I am a Lieutenant in the New Rochelle Police Department ("NRPD"), and am assigned as the Director of the Internal Affairs Unit.

2. In my capacity as Director of the Internal Affairs Unit, I am fully familiar with the system of surveillance cameras that capture video within NRPD headquarters.

3. Recordings made from the surveillance cameras within NRPD headquarters are created and maintained in the regular course of business of the NRPD.

4. I have reviewed the video clips that are marked Exhibits G-1, G-2 and G-3 in support of the City of New Rochelle's motion for summary judgment in this case.

5. The video file labeled Exhibit G-1 shows footage from Camera 8, which is positioned in the public lobby of NRPD Headquarters. Exhibit G-1 is a true a correct portion of video recorded from Camera 8 on December 15, 2018.

6. The videos file labeled Exhibits G-2 and Exhibit G-3 show footage from Camera 3, which is positioned in the booking area of NRPD Headquarters. Exhibits G-2 and G-3 are true and correction portions of video recorded from Camera 3 on December 15, 2018.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of June 2024.

_____
Robert Wenzler