

**CENTER FOR COGNITION AND COMMUNICATION**

3/22/21

**Patient's Name:** Marc Fishman
**Date of Birth:** ███
**Date of Injury:** 11/20/13

To Whom It May Concern:

Mr. Fishman sustained a Head Injury and Post-Concussion Syndrome and received cognitive rehabilitation treatment at our center (April 2017-January 2019). In April 2017, Mr. Fishman underwent an initial neuropsychological evaluation and demonstrated cognitive deficits in areas of verbal learning and memory trials, initial acquisition of non-verbal learning and memory, working memory, and verbal functioning (confrontation naming). In fact, he performed within the 8th percentile in memory and within the 6th percentile in verbal functioning. That is, 92% of his peers are performing better than him in the area of memory and 94% of his peers are performing better than him the area of verbal functioning. He continues to experience persistent tinnitus (hearing difficulty) along with considerable memory difficulties that interfere with his daily functioning. Due to the aforementioned difficulties, he struggles with processing and retaining information presented to him. If you have any further questions, we can be reached at (212)-535-8932.

Respectfully Submitted,

Kim Busichio, Ph.D.
Clinical Director, Neuropsychology

Jason Brown, M.D.
Clinical Professor, Neurology (ret.)
New York University Medical Center

19 EAST 37TH STREET
NEW YORK, NY 10016
TEL: (212) 689-2262

MAIN OFFICE
418 EAST 71ST STREET, NEW YORK, NY 10021
TEL: (212) 535-8932 • FAX: (212) 535-5443
WWW.CCCREHAB.COM

91-31 QUEENS BLVD., SUITE 308
ELMHURST, NY 11373
TEL: (212) 535-8932