

**BRAIN INJURY IDENTIFICATION CARD**
I have a brain injury which may affect my behavior and ability to communicate.

Name: Marc Fishman
Emergency Contact: Joel Foshman
Emergency Phone: (914) 403-8100

Avoid Misunderstandings. Please Read Reverse Side for Symptoms



**Medtronic**

Marc Fishman
3200 Netherland Ave Apartment G
Bronx NY 10463

Stimulation System
Implant Date: 18-Mar-2014
Serial #: NMD707257H
Model #: 97714

Emergency Physician(s):
Alain Delotbiniere, MD
(914)948-0444

Call with changes 1-800-551-5544
Medical Device Identification
617037





PLAINTIFF'S EXHIBIT 5
9/26/23 CD