Page 1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
MARC FISHMAN,
                                        Civil Action No.
            PLAINTIFF,                  19-CV-265(NSR)
                                        (VR)
       -against-
CITY OF NEW ROCHELLE,
            DEFENDANT.
---------------------------------------X
                  300 Quarropas Street
                  White Plains, New York  10601
                  December 4, 2023
                  12:45 p.m.


    Examination Before Trial of ISABEL BOLIVAR,
a Non-Party Witness in the above-captioned
matter, held at the above time and place, before
Howard Breshin, a Notary Public of the State of
New York.
```

Page 2

1                           BOLIVAR
2
     A P P E A R A N C E S:
3
4    LAW OFFICE OF CANER DEMIRAYAK
          Attorneys for Plaintiff
5         300 Cadman Plaza West
          One Pierrepont Plaza - 12th Floor
6         Brooklyn, New York  11201
     BY: CANER DEMIRAYAK, ESQ.
7         718 344-6048
          canerlawoffice@gmail.com
8
     THE QUINN LAW FIRM
9         Attorneys for Defendant
          399 Knollwood Road - Suite 220
10        White Plains, New York  10603
     BY: LALIT LOOMBA, ESQ.
11        914 997-0555
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1              STIPULATIONS
2           IT IS HEREBY STIPULATED AND AGREED
3     by and between the attorneys for the
4     respective parties hereto, that this
5     examination may be sworn to before any
6     Notary Public.
7           IT IS FURTHER STIPULATED AND
8     AGREED that the sealing and filing of
9     the said examination shall be waived.
10          IT IS FURTHER STIPULATED AND
11    AGREED that all objections to questions
12    except as to form shall be reserved for
13    trial.

Page 38

1                    STIPULATIONS
2       Q.    And then did Mr. Fishman then ask you
3    to drive to the police station?
4       A.    Yes.
5       Q.    And then you did drive to the police
6    station, correct?
7       A.    Absolutely.
8       Q.    Okay.  Did you come to learn at the
9    police station he was arrested?
10      A.    I have felt we were all arrested.
11   That was my impression.
12      Q.    I am not asking how you felt, I am
13   just asking whether you learned at the police
14   station whether Mr. Fishman had been placed under
15   arrest?
16      A.    After many hours.
17      Q.    Just say yes or no.
18      A.    Yes.
19      Q.    How did you learn that?
20      A.    So Lane Schlesinger approached me
21   after not allowing me to go into the room with
22   him and Ann Elliott.  And I think it was to
23   Marc's detriment because I had the older orders
24   and I could have explained, I could have
25   articulated the whole situation in a way that he

1                       STIPULATIONS
2    couldn't have at the time, right?  And so after
3    they finished he approached me, he gave me his
4    wallet and I think there was a question of how
5    much money you had to put in for bail.  Like I
6    think initially they said something to the effect
7    of $1,000, but then they looked at what he had in
8    his wallet and they took out $300.  And then they
9    ordered me to take Ann home and come back to pick
10   him up.  And upon picking him up, I realized the
11   gravity of the situation.
12              But the moment I stepped into that
13   precinct I wasn't sure what Ms. Solomon was going
14   to do and I was very intimidated by those police
15   officers, including Mr. Schlesinger.  And I
16   remember the other officer, Joseph Myron, telling
17   me that I should be ashamed of myself for
18   participating in this being an officer.  And I
19   found that very offensive as a minority and I
20   took everything in a very negative context.
21              So I left, I dropped Ann home and went
22   back to the precinct.  And then it was the same
23   posture, they said they would let him leave with
24   me, but until that moment I really thought that I
25   was being detained as well.  And, you know, later

Page 46

STIPULATIONS

1
2    when I say short-term memory I mean a span of
3    years, right?  So he could remember things in a
4    very detailed fashion that took place 20 years
5    ago but if you ask him something that took place
6    three years ago, he is not going to collect it.
7    And he still has some difficulty with it but he
8    has done a lot of therapy with a number of
9    specialists in New York and in California so he
10   is better but he still has some of these issues.
11              So I believe that I could have made
12   reference to the order from Schauer as well as
13   the order of protection that we were aware of
14   because we were not aware of the one that was
15   issued in 2017.  So I think I would have been
16   able to explain a lot of this and help avoid
17   everything that happened to the detriment of
18   these children, him and our families, right?
19        Q.    Is it your opinion that Marc wouldn't
20   have been able to explain that himself alone?
21        A.    I am sorry?
22        Q.    Is it your opinion that you wouldn't
23   be -- that Marc wouldn't have been able to
24   explain that to the officers himself?
25              MR. LOOMBA:  Objection to form.

Page 52

```
 1                    STIPULATIONS
 2             MR. LOOMBA:  I object to form.
 3        A.   I told him I wanted to go in with them
 4   to explain the situation, to participate in the
 5   interrogation and he literally put his arm out
 6   and he stopped me.  He didn't let me.
 7             MR. DEMIRAYAK:  I have no other
 8        questions.
 9             MR. LOOMBA:  No further questions
10        for me either.  Thank you very much.
11             THE COURT REPORTER:  Caner, are
12        you orderint this witness as well?
13             MR. DEMIRAYAK:  Yes.
14             (Time noted: 1:45 p.m.)
15
16
17
18
19
20
21
22
23
24
25
```