# Exhibit 14
# 911/Stationhouse Call
# On USB Drive