# Exhibit 16

# Full Videos Received from Defendant On USB Drive