UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
MARC FISHMAN,

                Plaintiff,                              19 **CIVIL** 0265 (NSR)

   -against-                                   **<u>JUDGMENT</u>**

CITY OF NEW ROCHELLE,

                Defendant.
-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 22, 2025, Plaintiff Marc Fishman's Motion for Summary Judgment is DENIED and Defendant City of New Rochelle's Motion for Summary Judgment is GRANTED. Judgment is entered in favor of the Defendant and the case is closed.

**Dated:** New York, New York
           January 22, 2025

                                                  **TAMMI M. HELLWIG**
                                                   **Clerk of Court**

                         **BY:**

                                                   **Deputy Clerk**