**Federal Rules of Appellate Procedure Form 1.   Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

RECEIVED
FEB 20 2025
U.S.D.C.
W.P.

United States District Court for the District of
Southern District of New York White Plains

File Number 19-CV-00265

Marc Fishman                    )
        *Plaintiff,*         )
    v.                           )                    Notice of Appeal
City of New Rochelle, Officer )
Lane Schlesinger, Westchew County )
        *Defendant.*        )

Notice is hereby given that    MARC FISHMAN                    , (plaintiffs)
(defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for
the Second Circuit (from the final judgment) (from an order (describing it)) entered in this
action on the 22nd day of January, 2025 in its entirety.

/s/ MARC Fishman, Pro se
3200 Netherland Ave Apt G
~~Attorney for~~
Address: Bronx, NY 10463
(914) 837 3209

[***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

Date: February 18, 2025

*See Rule 3(c) for permissible ways of identifying appellants

ORIGIN ID:FLXA (914) 837-3209
JOEL FISHMAN
J T F MANAGEMENT ASSOCIATES
325 E 201ST ST APT 1A

BRONX, NY 10458
UNITED STATES US

SHIP DATE: 18FEB25
ACTWGT: 0.05 LB
CAD: 6570441/ROSA2610

BILL THIRD PARTY

TO
**US DISTRICT COURT**
**300 QUARROPAS ST**

**WHITE PLAINS NY 10601**

(914) 390-4000          REF:
INV:
PO:                           DEPT:



**FedEx**
Express

**E**

TRK# 7721 5931 4590          **WED – 19 FEB 5:00P**
0201                          **STANDARD OVERNIGHT**



XE NESA    FEB 2 0 2025

DSR
**10601**
NY-US  **SWF**



RECEIVED
FEB 2 0 2025
PRO SE OFFICE

USM WP
SDNY